UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                 CRIMINAL NO. 05-80955

             Plaintiff,          HON.: AVERN COHN

    v.

- D-1  TERRY LEE FLENORY, a.k.a. "T,"
  "Southwest T," "Paulie," "Randy Jerome Seville,"
  "Terrence Welch," "Terry Lee Brown," &
  "Terry Williams,"
- D-2  DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"
  "Rico Seville," "Aundrez Malik Carothers,"
  "Ricardo Santos," & "Ronald B. Ivory,"
- D-3  NEIL JAMIL BAHURA,
- D-4  ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
- D-5  ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
- D-6  CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
  "Michael Damien Walker,"
- D-7  ALVIN DEMMINGS, II,
- D-8  BRIAN RONELL GARRETT, a.k.a. "White Boy,"
- D-9  JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
- D-10 ROBERT SHAWN JAMES, a.k.a. "Wimp,"
- D-11 BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
  "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
- D-12 CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
- D-13 STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
- D-14 BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
- D-15 CHARLES THEODORE PARSON,
- D-16 DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
- D-17 RENNEL MAURIS PITTS,
- D-18 KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
- D-19 BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
- D-20 CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
- D-21 CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
- D-22 TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"
- D-23 GREGORY RAY WEST, a.k.a. "David Blackmon,"
- D-24 HAROLD STANLEY WILCOX, a.k.a. "June,"  and
- D-25 KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"
                Defendants.
_____/.

1

**FORFEITURE BILL OF PARTICULARS**

NOW COMES the United States of America, by and through STEPHEN J. MURPHY, United States Attorney and JULIE A. BECK, Assistant United States Attorney, and submits this Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to clarify Count 11 of the Indictment and to add additional assets subject to criminal forfeiture.

Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981 (a)(1)(C), 18 U.S.C. § 982 and/or 28 U.S.C. §2461, real and personal properties subject to forfeiture are (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property involved in said violations, or any property traceable to such property; and (c) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, and include but are not limited to, the following assets:

**I.    JEWELRY**

   A.   Assorted Jewelry, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-458890.

   B.   Assorted Jewelry, seized on October 28, 2005, from 47080 Hidden River Circle, Canton, Michigan, Asset ID # 06-DEA-459814.

   C.   Assorted Jewelry, seized on October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459251.

**II.   VEHICLES**

   A.   One 2004 F-150 VIN: 1FTPW12574KB47809, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-459165.

   B.   One 2005 Dodge Magnum Station Wagon, VIN: 2D4GV58275H116692,

        seized on October 20, 2005 from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-459166.

C.     One 2004 Bentley Continental GT VIN: SCBCR63W54C021441, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-459167.

D.     One 1987 Chevrolet Caprice VIN: 1G1BN81Y6HA164946, seized on October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459482.

E.     One 1971 Buick Skylark VIN: 433371H153858, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459508.

F.     One 1970 Chevrolet Monte Carlo VIN: 138570F107881, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459510.

G.     One 1981 Cadillac Deville, VIN: 1G6AD474XB9250470, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459511.

H.     One 1971 Oldsmobile Cutlass, VIN: 342671M149629, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459519.

I.     One 1970 Chevrolet Camaro, VIN: 124870N559047, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset

ID # 06-DEA-459528.

J.  One 1973 Chevrolet Chevelle SS-454 VIN: 1D37Y3R480629, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459528.

K.  One 2003 Yukon Denali, VIN: 1GKEK63U43J252211, seized October 28, 2005, from 6321 Edmund, Romulus, Michigan, Asset ID # 06-DEA-459565.

L.  One 2003 Suzuki GSX1300RK3 1298CC Street Motorcycle, VIN: JS1GW71A232105719, seized October 28, 2005, from Performance Powersports 25341 Michigan Ave., Dearborn, Michigan, Asset ID # 06-DEA-459682.

M.  One 2004 Suzuki GSX1300RK4 1299CC Street Motorcycle VIN: JS1GW71A942100809, seized October 28, 2005, from Performance Powersports 25341 Michigan Ave., Dearborn, Michigan, Asset ID # 06-DEA-459726.

N.  One 2005 Maserati BTM: VIN: ZAMCE39A650019523, seized October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City, California, Asset ID # 06-DEA-459284.

O.  One 2001 BMW X5 VIN: WBAFB33561LH14583, seized October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City, California, Asset ID # 06-DEA-459290.

P.  One 2006 Land Rover LR3 VIN: SALMF134X6A207611, seized October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City,

    California, Asset ID # 06-DEA-459291.

Q.  One 2004 Infiniti QX56 VIN: 5N3AA08C44N808900, seized October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459294.

R.  One 1999 Iron Horse Stroker Motorcycle, VIN: 48DPW22A4XA000065, seized October 28, 2005, from 17607 Edinborough Road, Detroit, Michigan, Asset ID # 06-DEA-458969.

S.  One 2003 Hummer H2 VIN: 5GRGN23U03H109783, seized October 28, 2005, from 25956 Bridgewood Lane, Apartment #26, Brownstown, Michigan, Asset ID # 06-DEA-459194.

T.  2001 Big Dog Motorcycle VIN: 1B91BBH171W374103, seized October 28, 2005, from Performance Powesports, 25341 Michigan Ave., Dearborn, Michigan, Asset ID # 06-DEA-459727.

U.  One 2005 BMW VIN: WBAGN83505DK11265, seized October 28, 2005, from 40530 Deer Creek, Canton, Michigan.

**III.**  **CURRENCY**

 A.  Ten thousand two hundred twenty six dollars ($10,226.00) in U.S. currency, seized on October 20, 2005 from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-458855.

 B.  Four thousand four hundred forty five dollars ($4,445.00) in U.S. currency, seized October 28, 2005, from 25114 Coral Gables, Southfield, Michigan, Asset ID # 06-DEA-459249.

5

C. One thousand dollars ($1,000.00) in U.S. currency, seized October 28, 2005, from 6321 Edmund Street, Romulus, Michigan, Asset ID # 06-DEA-459595.

D. Two hundred thirty thousand six hundred two dollars ($230,602.00) in U.S. currency, seized October 28, 2005, from 47080 Hidden River Circle, Canton, Michigan, Asset ID # 06-DEA-459844.

E. Six thousand two hundred seventy dollars ($6,270.00) in U.S. currency, seized October 28, 2005, from 14935 Overbrook Dr. Apartment #308, Southgate, Michigan, Asset ID # 06-DEA-460023.

F. Seven thousand five hundred seventy four dollars ($7,574.00) in U.S. currency, seized October 28, 2005, from J & B Market 13207 W. McNichols Road, Detroit, Michigan, Asset ID # 06-DEA-460034.

G. Six thousand five hundred ninety six dollars ($6,596.00) in U.S. currency, seized October 28, 2005, from 5711 Templar Crossing, West Bloomfield, Michigan, Asset ID # 06-DEA-460038.

H. Four (4) travelers express Money Gram money orders totaling Two thousand dollars ($2,000.00) in U.S. currency, seized October 28, 2005, from 5711 Templar Crossing, West Bloomfield, Michigan, Asset ID # 06-DEA-460043.

I.  Sixteen thousand two hundred thirty-three dollars ($16,233.00) in U.S. currency, seized October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459357

          Respectfully submitted,

          STEPHEN J. MURPHY
          United States Attorney

          s/JULIE A. BECK
          Assistant United States Attorney
          211 West Fort Street, Suite 2001
          Detroit, MI 48226
          (313) 226-9717
          Julie.Beck@usdoj.gov
          [P53291]

Dated: February 24, 2006