AO 442 (Rev. 5/93) Warrant for Arrest     AUSA MICHAEL C. LEIBSON//AGENT ROBERT BELL

# United States District Court

| EASTERN | **DISTRICT OF** | MICHIGAN - SD |
|---|---|---|

UNITED STATES OF AMERICA

V.

D-2   DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory,"

**WARRANT FOR ARREST**

CASE NUMBER: 05-80955

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DEMETRIUS EDWARD FLENORY**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment

charging him or her with Conspiracy to Distribute 5 Kilograms or More of Cocaine,

in violation of Title  21   United States Code, Section(s)   846 and 841(a)(1)

DAVON ALLEN
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

OCT 2 0 2005
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

ARRESTED BY USMS DALLAS

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
LOCATION DALLAS, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 10/28/2005 | |

AO 442 (Rev. 5/93) Warrant for Arrest