UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 05-80995

TERRY LEE FLENORY, et al.,        HONORABLE AVERN COHN

    Defendants.

_____/

## **PRETRIAL ORDER**

### **A.**

This is forty-one (41) defendant criminal case. The indictment contains 13 counts. The facing page is attached as Exhibit A. On September 20, 2006 the Court held a status conference on the record at which it set the following dates to move this case to trial or resolution.

1.    Motion cut-off date: October 23, 2006.

2.    Final date for production of discovery by the government: November 01, 2006.

3.    Date by which the government shall advise the Court of the likely number of defendants who will go to trial and their names: December 01, 2006. This report may be filed under seal.

4.    Date by which the government shall respond to pending motions: October 30, 2006.

5. Date by which the government shall advise each of the defendants of the recommended guideline range of sentence should there be a conviction on all counts of the indictment: December 01, 2006.

**B.**

Because in this case there are various levels of culpability and the discovery material may not necessarily apply to each of the defendants in the totality, the government shall catalogue the discovery materials in a manner so that defendants of a lower degree of involvement than others need not review all of the discovery material. This cataloguing should make review of the discovery easier. Donald Ferris, Jr., Esq. Is designated to discuss the cataloguing on behalf of defendants. Additionally, the government shall lodge with the Court a matrix of counts of the indictment and defendants, with the defendants listed vertically and the counts listed horizontally within ten (10) days.

**C.**

Any objections to this Order shall be field within five (5) days.

SO ORDERED.

                                                s/ Avern Cohn
                                                **AVERN COHN**

Dated: September 22, 2006          UNITED STATES DISTRICT JUDGE
        Detroit, Michigan

S:\OPINIONS\September 2006\Flenory Pretrial Order.wpd