UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Criminal Case No. 2:05-80955
Hon. Avern Cohn

RONALD WAYNE CANYON (D-31),

    Defendant.
_____/

| | |
|---|---|
| Michael C. Leibson (P24092)<br>Dawn N. Ison (P43111)<br>Assistant U.S. Attorneys<br>Room 2001, 211 W. Fort St.<br>Detroit, MI 48226<br>(313) 226-9100 | Christopher A. Andreoff (P10193)<br>Jaffe, Raitt, Heuer & Weiss, PC<br>Attorney for Defendant<br>27777 Franklin Road, Suite 2500<br>Detroit, MI 48034<br>(248) 351-3000 |

_____/

## NOTICE OF JOINDER IN MOTIONS

NOW COMES Defendant Ronald Wayne Canyon, by his attorney, Christopher A. Andreoff of JAFFE, RAITT, HEUER, & WEISS, Professional Corporation, and gives Notice of Joinder in Motions filed by Co-Defendants in this case, specifically:

1. Motion Requesting Specific Pagination of Discovery Material (Dkt. 454);

2. Motion for Bill of Particulars (Dkt. 452);

3. Motion for Impeachment and Exculpatory Information (Dkt. 453);

4. Motion for Extension of Time to File a Franks Motion (Dkt. 459);

5. Motion to Suppress Electronic Surveillance (Dkt. 460); and

6. Motion for Bill of Particulars and Change of Venue (Dkt. 456 and 457).

                                                JAFFE, RAITT, HEUER & WEISS
                                                Professional Corporation

                                                By: /s/ Christopher A. Andreoff
                                                    Christopher A. Andreoff
                                                    Attorney for Defendant Canyon
                                                    27777 Franklin Road, Suite 2500
                                                    Southfield, MI 48034

Dated: October 23, 2006                        (248) 351-3000
                                                    E-Mail: candreoff@jaffelaw.com
                                                    Bar Number: P10193

1297992.01