**United States District Court**
**For the Eastern District of Michigan**
**Southern Division**

| United States of America, | Criminal No. 05-CR-80955 |
|---|---|
| Plaintiff, | |
| v. | Judge Avern Cohn |
| Randy Steele | Notice of Joinder in Motions |
| Defendant. | |

| | |
|---|---|
| Michael Leibson (P-24092) | Ellen Dennis (P-24400) |
| Dawn Ison (P-43111) | Attorney for Defendant |
| Attorneys for Plaintiff | 101 S. Ann Arbor St., Ste. 203A |
| United States Attorneys Office | Saline, Michigan 48176 |
| 211 W. Fort St, Ste. 2001 | Telephone: 734 944-5819 |
| Detroit, Michigan 48226 | |
| Telephone: 313 226-9615 | |
| 313 226-9567 | |

## Notice of Joinder in Motions

Now comes Defendant Randy Steele, by his attorney, Ellen Dennis, and hereby gives Notice of Joinder in the motions filed by co-defendants in case as follows: (1) Motion Requesting Specific Pagination of Discovery Material (Dkt. 454); (2) Motion for Bill of Particulars (Dkt. 452); (3) Motion for Impeachment and Exculpatory Information (Dkt. 453); Motion to Suppress Electronic Surveillance Because of Failure to Establish an Adequate Statutory Necessity (Dkt. 460); Motion for Extension of Time to File a *Franks* Motion (Dkt.459); Request and Notice in Compliance with Standing Order for Discovery and Inspection (Dkt. 442).

Respectfully submitted,

Dated: October 23, 2006

s/Ellen Dennis_____
Law Office of Ellen Dennis
Attorney for Defendant Arlee
101 S. Ann Arbor St., Ste. 203A
Saline, Michigan 48176
734 944-5819
l_den1947@yahoo.com
P-24400

## Certificate of Service

I hereby certify that on October 23, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Michael Leibson
Dawn Ison
Assistant U.S. Attorneys
211 W. Fort St., Ste. 2001
Detroit, MI 48226
michael.leibson@usdoj.gov
dawn.ison@usdoj.gov

                                        s/Ellen Dennis_____
                                        Law Office of Ellen Dennis
                                        Attorney for Defendant Steele
                                        101 S. Ann Arbor St., Ste. 203A
                                        Saline, Michigan 48176
                                        734 944-5819
                                        l_den1947@yahoo.com
                                        P-24400