

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC 15 2006
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

                                CRIMINAL NO. 05-80955

        Plaintiff,

                                HON. AVERN COHN

        v.

                         VIO:    21 U.S.C. § 846
                                   21 U.S.C. § 848

D-1  TERRY LEE FLENORY, a.k.a. "T,"                 21 U.S.C. § 841(a)(1)
      "Southwest T," "Paulie," "Randy Jerome Seville,"    21 U.S.C. §841(b)(1)(A)(ii)(II)
      "Terrence Welch," "Terry Lee Brown," &         21 U.S.C. §841(b)(1)(B)(ii)(II)
      "Terry Williams,"                          21 U.S.C. § 843(b)
D-2  DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"   18 U.S.C. § 1956(h)
      "Rico Seville," "Aundrez Malik Carothers,"
      "Ricardo Santos," & "Ronald B. Ivory,"
D-3  NEIL JAMIL BAHURA,
D-4  ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-5  ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
D-6  CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
      "Michael Damien Walker,"
D-7  ALVIN DEMMINGS, II,
D-8  BRIAN RONELL GARRETT, a.k.a. "White Boy,"
D-9  JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
D-10  ROBERT SHAWN JAMES, a.k.a. "Wimp,"
D-11  BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
      "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
D-12  CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
D-13  STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
D-14  BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
D-15  CHARLES THEODORE PARSON,
D-16  DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
D-17  RENNEL MAURIS PITTS,
D-18  KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
D-19  BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
D-20  CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
D-21  CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
D-22  TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"

1

D-23  GREGORY RAY WEST, a.k.a. "David Blackmon,"
D-24  HAROLD STANLEY WILCOX, a.k.a. "June,"
D-25  KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"
D-26  JACOB ARABOV, a.k.a. "Jacob the Jeweler,"
D-27  ERIC WAYNE BIVENS, a.k.a. "E," & "Slim," "Louis Jackson,"
D-28  GWENDOLYN DESHAWN BROWEN, a.k.a. "Luli," "Gwen," & "Girl Scout,"
D-29  CHAD F. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"
D-30  PAUL SHELDON BUFORD, JR,
D-31  RONALD WAYNE CANYON,
D-32  CHARLES EDWARD FLENORY, a.k.a.  "Pops,"
D-33  NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate,"
D-34  WAYNE DARNELL JOYNER, a.k.a. "Way,"
D-35  MAURICE PIERRE-GORDON KING, a.k.a."Mo," & "Marcus Morrison,"
D-36  DAVID J. SOLOMON, JR., a.k.a. "Wetback," "White Boy," & "Mr. Banks,"
D-37  LARRY VAN STEELE,
D-38  RANDY STEELE, a.k.a. "Fresh," "Tig,"
D-39  WILLIAM RICHARD TURNER, a.k.a. "Big Way," "Antonio Crawford,"
D-40  DAVID WALKER, a.k.a. "Tho," "Throwback," & "Gene Mitchell," and
D-41  MARLON TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin Corey Massie,"

Defendants.

_____/

## FOURTH SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(ii)(II) -
Conspiracy to Distribute 5 Kilograms or more of Cocaine)

D-1  TERRY LEE FLENORY, a.k.a.  "T,"
        "Southwest T," "Paulie," "Randy Jerome Seville,"
        "Terrence Welch," "Terry Lee Brown," &
        "Terry Williams,"
D-2  DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"
        "Rico Seville," "Aundrez Malik Carothers,"
        "Ricardo Santos," & "Ronald B. Ivory,"
D-4  ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-5  ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"

2

D-6   CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
         "Michael Damien Walker,"
D-7   ALVIN DEMMINGS, II,
D-8   BRIAN RONELL GARRETT, a.k.a. "White Boy,"
D-9   JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
D-10  ROBERT SHAWN JAMES, a.k.a. "Wimp,"
D-11  BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
         "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
D-12  CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
D-13  STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
D-14  BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
D-15  CHARLES THEODORE PARSON,
D-16  DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
D-17  RENNEL MAURIS PITTS,
D-18  KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
D-19  BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
D-20  CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
D-21  CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
D-22  TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"
D-23  GREGORY RAY WEST, a.k.a. "David Blackmon,"
D-24  HAROLD STANLEY WILCOX, a.k.a. "June," and
D-25  KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"
D-27  ERIC WAYNE BIVENS, a.k.a. "E," & "Slim," "Louis Jackson,"
D-28  GWENDOLYN DESHAWN BROWEN, a.k.a. "Luli," "Gwen," & "Girl Scout,"
D-29  CHAD E. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"
D-30  PAUL SHELDON BUFORD, JR.,
D-33  NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate,"
D-34  WAYNE DARNELL JOYNER, a.k.a. "Way,"
D-35  MAURICE PIERRE-GORDON KING, a.k.a."Mo," & "Marcus Morrison,"
D-36  DAVID J. SOLOMON, JR., a.k.a. "Wetback," "White Boy," & "Mr. Banks,"
D-38  RANDY STEELE, a.k.a. "Fresh," "Tig,"
D-39  WILLIAM RICHARD TURNER, a.k.a. "Big Way," "Antonio Crawford,"
D-40  DAVID WALKER, a.k.a. "Tho," "Throwback," & "Gene Mitchell," and
D-41  MARLON TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin Corey Massie,"

Defendants.

_____/

1. From on or about January 1, 1990, said date being approximate, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown" & "Terry Williams," DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos" & "Ronald B. Ivory," ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.," ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris," CLEVELAND EDWARD CATO, a.k.a. "Cuzo," & "Michael Damien Walker," ALVIN DEMMINGS, II, BRIAN RONELL GARRETT, a.k.a. "White Boy," JABARI HAYES, a.k.a. "Kenneth Torry Collins," ROBERT SHAWN JAMES, a.k.a. "Wimp," BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle," "Jeff Wilson," "Marcus Page," "Blanko," & "Blank," CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear," STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks," BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth," CHARLES THEODORE PARSON, DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson," RENNEL MAURIS PITTS, KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson," BENJAMIN HENRY SMITH, a.k.a. "Big Ben," CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball," CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig," TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni," GREGORY RAY WEST, a.k.a. "David Blackmon," HAROLD STANLEY WILCOX, a.k.a. "June," KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim," ERIC WAYNE BIVENS, a.k.a. "E," & "Slim," "Louis Jackson," CHAD E. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"GWENDOLYN DESHAWN BROWEN, a.k.a. "Luli," "Gwen," & "Girl Scout," PAUL SHELDON BUFORD, JR.,

4

NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate," WAYNE DARNELL

JOYNER, a.k.a. "Way, MAURICE PIERRE-GORDON KING, a.k.a."Mo," & "Marcus

Morrison,"DAVID J. SOLOMON, JR., a.k.a. "Wetback,""Whiteboy," & "Mr. Banks," RANDY

STEELE, a.k.a. "Fresh," "Tig," WILLIAM RICHARD TURNER, a.k.a. "Big Way," "Antonio

Crawford," DAVID WALKER, a.k.a. "Tho," "Throwback," & "Gene Mitchell," MARLON

TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin Corey Massie," and others known and

unknown to the Grand Jury, did knowingly, intentionally and unlawfully combine, conspire,

confederate and agree with one another to commit an offense or offenses against the United States,

that is, to knowingly or intentionally possess with intent to distribute and to distribute 5 kilograms

or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

2. It was a part of the conspiracy that TERRY LEE FLENORY and DEMETRIUS

EDWARD FLENORY, by the early 1990's, had established a drug organization which was dealing

in kilogram quantities of cocaine in the Detroit metropolitan area. By the mid 1990's, the

organization was extended into other areas of the United States including St. Louis, Missouri, Los

Angeles, California and Atlanta, Georgia. At various times during the life of the conspiracy,

BENJAMIN JOHNSON and ARNOLD EDWARD BOYD, JR., ERIC WAYNE BIVENS, CHAD

E. BROWN and PAUL SHELDON BUFORD, JR., acted as managers over several aspects of the

illegal drug operation. Eventually, TERRY LEE FLENORY and DEMETRIUS EDWARD

FLENORY began to operate their illegal cocaine business from Atlanta, Georgia and Los Angeles,

California as well as Detroit. Between approximately 2001 and 2003, TERRY LEE FLENORY and

5

DEMETRIUS EDWARD FLENORY began to refer to their activities as being part of an entity they called the "Black Mafia Family" (BMF). Over the course of the conspiracy, the organization headed by the FLENORYS bought or sold cocaine in several states including, but not limited to, Kentucky, Georgia, Florida, Missouri, California, Texas and Michigan.

3. It was a further part of the conspiracy that TERRY LEE FLENORY, DEMETRIUS EDWARD FLENORY and others would arrange for large amounts of currency derived from the sale of cocaine in the Detroit metropolitan area and elsewhere to be transported to Texas, California, Georgia and elsewhere for the purpose of purchasing more cocaine.

4. It was a further part of the conspiracy that TERRY LEE FLENORY, DEMETRIUS EDWARD FLENORY, TONESA WELCH, and others would use currency derived from the sale of cocaine to purchase or lease luxury automobiles and to acquire real property.

5. It was a further part of the conspiracy that TERRY LEE FLENORY, DEMETRIUS EDWARD FLENORY and others would utilize vehicles equipped with traps and hidden compartments to conceal and transport the cash generated from the drug organization's sale of cocaine. Among the persons who would use these vehicles to transport the cash were BRIAN RONELL GARRETT, JABARI HAYES, STANLEY LEON LACKEY, JR., BRUCE ERNEST MARTIN, DERRICK KEITH PEGEUSE, JR., KARREAM HASSAN SHEARD, GREGORY RAY WEST, KIM VERNELL WILLIAMS and NATHAN ASHLEY GLETON.

6. It was a further part of the conspiracy that ARNOLD EDWARD BOYD, JR., ROY CHRISTOPHER BRADDY, CLEVELAND EDWARD CATO, ALVIN DEMMINGS, II, JABARI HAYES, ROBERT SHAWN JAMES, BENJAMIN ANTHONY JOHNSON, CHAUNCEY

6

MARCEL JOHNSON, CHARLES THEODORE PARSON, RENNEL MAURIS PITTS, BENJAMIN HENRY SMITH, CALVIN LEE SPARKS, CHRISTOPHER DELON TRIPLETT, HAROLD STANLEY WILCOX, GWENDOLYN DESHAWN BROWEN, NATHAN ASHLEY GLETON, WAYNE DARNELL JOYNER, MAURICE PIERRE-GORDON KING, DAVID J. SOLOMON, JR., RANDY STEELE, WILLIAM RICHARD TURNER, DAVID WALKER and MARLON TERRELL WELCH would facilitate the conspiracy by, *inter alia*, transporting and/or distributing cocaine, loading and unloading cocaine, counting drug related currency, processing cocaine and brokering cocaine transactions.

7. At various times during the existence of the conspiracy, police officials seized quantities of cocaine belonging to the drug organization run by TERRY LEE FLENORY and DEMETRIUS EDWARD FLENORY. This cocaine was intended for further distribution by the organization. These seizures included the following:

A. On or about May 10, 1999 in Polk County, Texas, police seized approximately 18 kilograms of cocaine.

B. On or about December 2, 2000 in or near Flagstaff, Arizona, police seized approximately 17 kilograms of cocaine.

C. On or about February 5, 2001 in Kansas City, Missouri, police seized approximately 9 kilograms of cocaine.

D. On or about September 15, 2002 in Collin County, Texas, police seized approximately 23 kilograms of cocaine.

7

E. On or about August 14, 2003 in Crawford County, Arkansas, police seized approximately 27 kilograms of cocaine.

F. On or about April 5, 2004 in Florissant, Missouri, police seized approximately 9 kilograms of cocaine.

G. On or about April 11, 2004 in St. Louis, Missouri, police seized approximately 113.5 kilograms of cocaine.

H. On or about October 4, 1998, in Panola County, Texas, police seized approximately 23 kilograms of cocaine.

I. On or about February 26, 1999, in Panola County, Teas, police seized approximately 49 kilograms of cocaine.

8. At numerous times during the existence of the conspiracy, TERRY LEE FLENORY, DEMETRIUS EDWARD FLENORY and others knowingly and intentionally used a communication facility, specifically, a telephone, in causing or facilitating the commission of the conspiracy to distribute cocaine.

Several of these telephone calls were made by TERRY FLENORY to and from places outside of the Eastern District of Michigan. These calls, include, but are not limited to the following:

| Date of Call | Time of Call |
| --- | --- |
| August 29, 2004 | 1:03 p.m. |
| August 30, 2004 | 9:03 p.m. |
| September 2, 2004 | 10:58 p.m. |

8

September 3, 2004     12:08 a.m.

September 7, 2004     10:24 p.m.

September 8, 2004     10:20 p.m.

September 9, 2004     4:21 p.m.

September 15, 2004     8:29 p.m.

9.  During the life of the conspiracy, TERRY LEE FLENORY, DEMETRIUS EDWARD

FLENORY and other conspirators, aiding and abetting each other, on a continuing basis, possessed

cocaine with the intent to distribute and did knowingly, intentionally and unlawfully combine,

conspire, confederate and agree with one another to commit an offense or offenses against the

United States, that is, to knowingly or intentionally possess with intent to distribute and to distribute

5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

Some of these transactions include the following:

A. In the fall of 2002, in excess of 200 kilograms of cocaine were possessed with the intent
to distribute in Georgia.

B. From late 2003 into early 2004, hundreds of kilograms of cocaine were possessed with
the intent to distribute at a house in Detroit, Michigan.

C. From approximately March through May, 2003, hundreds of kilograms of cocaine were
possessed with the intent to distribute at a house in Farmington Hills, Michigan.

D. In late 2003 over 280 kilograms of cocaine were possessed with the intent to distribute in
an apartment controlled by TERRY FLENORY in Georgia.

9

E. From late 2003 until June 2004, over 100 kilograms of cocaine were possessed with the intent to distribute at a location in Inkster, Michigan.

F. From late 2003 until early 2004 hundreds of kilograms of cocaine were possessed with the intent to distribute in an apartment controlled by TERRY FLENORY in Canton, Michigan.

G. In late 2003 over 100 kilograms of cocaine were possessed with the intent to distribute in another apartment controlled by TERRY FLENORY in Canton, Michigan.

H. In 2003 over 100 kilograms of cocaine were possessed with the intent to distribute in a house in Canton, Michigan.

I. In September 2005, over 100 kilograms of cocaine were possessed with the intent to distribute in a house controlled by TERRY FLENORY in California.

J. In June or July of 2000, 30 kilograms of cocaine were possessed with the intent to distribute at a house in Detroit, Michigan.

K. From 1997 through 2000, hundreds of kilograms of cocaine were possessed with the intent to distribute in a house in Detroit, Michigan.

L. In February, 2003, DEMETRIUS FLENORY was involved in the purchase of 300 kilograms of cocaine with the intent to distribute.

M. From February 2003 through May, 2005, DEMETRIUS FLENORY received hundreds of kilograms of cocaine in Atlanta, Georgia which was then distributed to others.

N. From June 2003 through late 2005, TERRY FLENORY delivered or arranged for the delivery of hundreds of kilograms of cocaine to Atlanta, Georgia.

O. From approximately March 2004 through June 2005, DEMETRIUS FLENORY delivered or arranged for the delivery of hundreds of kilograms of cocaine to Atlanta, Georgia.

P. In August, 1997, DEMETRIUS FLENORY possessed approximately 7-8 kilograms of cocaine with the intent to distribute in California which he gave to another conspirator.

Q. In August, 1997, DEMETRIUS FLENORY possessed approximately 9 kilograms of cocaine with the intent to distribute in California which he gave to another conspirator.

10.     It was further part of the conspiracy that GWENDOLYN DESHAWN BROWEN would use currency derived from the sale of cocaine to purchase or lease luxury automobiles and to acquire real property and would further facilitate the conspiracy by transporting and/or distributing cocaine, storing cocaine and cocaine proceeds and leasing vehicles that were used to transport cocaine and cocaine proceeds.

All in violation of Title 21 United States Code, Section 846

## COUNT TWO
(Title 21, U.S.C. §§ 848(a)(b) & (c) - Continuing Criminal Enterprise)

D-1     TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams"

That in or about the year 1990, said date being approximate, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Michigan, Southern Division, and elsewhere, TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown" & "Terry Williams," defendant herein, did knowingly, intentionally and unlawfully engage in a continuing criminal enterprise in that he

11

unlawfully, willfully, intentionally and knowingly did violate Title 21, United States Code Sections 841(a), 843(b) and 846 on three or more occasions including but not limited to those violations set forth more completely in Count One in general and specifically in paragraphs 7, 8 and 9 of Count One, Counts Four through Nine and Counts Twelve and Thirteen of this indictment, which counts are hereby adopted and incorporated by reference as if set forth fully. These and other violations were all part of a continuing series of violations of Subchapter I and II of Title 21, United States Code Section 801 et seq., involving at least 150 kilograms of cocaine that were undertaken by defendant  TERRY LEE FLENORY in concert with at least five or more persons with respect to whom the defendant occupied the position of one of the principal administrators, organizers, or leaders of the enterprise and from which continuing series of violations he received substantial income and resources.

All in violation of Title 21, United States Code Sections 848(a)(b) & (c).

## COUNT THREE
(Title 21, U.S.C. §§ 848(a)(b) & (c) - Continuing Criminal Enterprise)

D-2 DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory,"

That in or about the year 1990, said date being approximate, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Michigan, Southern Division, and elsewhere, DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory," defendant herein, did knowingly, intentionally and unlawfully engage in a continuing criminal enterprise in that he unlawfully, willfully, intentionally and knowingly did violate Title 21, United States Code Sections 841(a),

12

843(b) and 846 on three or more occasions including but not limited to those violations set forth

more completely in Count One in general and specifically in paragraphs 7 and 9 of Count One, and

in Counts Twelve and Thirteen of this indictment, which counts are hereby adopted and

incorporated by reference as if set forth fully. These and other violations were all part of a

continuing series of violations of Subchapter I and II of Title 21, United States Code Section 801 et

seq., involving at least 150 kilograms of cocaine that were undertaken by defendant DEMETRIUS

EDWARD FLENORY  in concert with at least five or more persons with respect to whom the

defendant occupied the position of one of the principal  administrators, organizers, or leaders of the

enterprise and from which continuing series of violations he received substantial income and

resources.

All in violation of Title 21, United States Code Sections 848(a)(b) & (c).

### COUNT FOUR
(21 U.S.C. §§841(a)(1) & 841(b)(1)(B)(ii)(II) -
Possession With intent to Distribute  More Than 500 Grams of Cocaine)

D-1     TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
        "Terrence Welch," "Terry Lee Brown," &  "Terry Williams,"
D-2     DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik
        Carothers," "Ricardo Santos," & "Ronald B. Ivory,"
D-11    BENJAMIN ANTHONY JOHNSON a.k.a. "James Lee Belle," "Jeff Wilson," "Marcus
        Page," "Blanko," & "Blank,"

1. That on or about June 9, 2002, in the Eastern District of Michigan, Southern Division,

TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"

"Terrence  Welch," "Terry Lee Brown," &  "Terry Williams," DEMETRIUS EDWARD

FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," &

"Ronald B. Ivory," and BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle," "Jeff

Wilson," "Marcus Page," "Blanko," & "Blank," defendants herein, aiding and abetting each other,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance

containing in excess of 500 grams of cocaine, a Schedule II Controlled Substance to wit:

approximately 876.9 grams.

All in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(B)(ii)(II) and

18 United States Code Section 2.

### COUNT FIVE
(21 U.S.C. §§841(a)(1) & 841(b)(1)(A)(ii)(II) -
Possession With intent to Distribute More Than 5 Kilograms of Cocaine)

D-1    TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
          "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"
D-4    ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-15  CHARLES THEODORE PARSON

1. That on or about June 18, 2004, in the Eastern District of Michigan, Southern Division,

TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"

"Terrence Welch," "Terry Lee Brown," & "Terry Williams," and ARNOLD THEODORE BOYD,

JR., a.k.a. "A.R.," and CHARLES THEODORE PARSON defendants herein, aiding and abetting

each other, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture

or substance containing in excess of 5 kilograms of cocaine, a Schedule II Controlled Substance to

wit: approximately 9,987 grams.

All in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(ii)(II) and

Title 18 United States Code Section 2.

14

## COUNT SIX
### (21 U.S.C. §§841(a)(1) -
Possession With Intent to Distribute Cocaine )

D-1     TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
        "Terrence  Welch," "Terry Lee Brown," & "Terry Williams,"
D-10    ROBERT SHAWN JAMES, a.k.a. "Wimp"

1. That on or about November 12, 2004 , in the Eastern District of Michigan, Southern

Division, TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"

"Terrence Welch," "Terry Lee Brown," & "Terry Williams," and ROBERT SHAWN JAMES,

a.k.a. "Wimp," defendants herein, aiding and abetting each other, did unlawfully, knowingly and

intentionally possess with intent to distribute  a mixture or substance containing approximately 124

grams of cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and  Title 18 United

States Code Section 2.

## COUNT SEVEN
### (21 U.S.C. Sec. 843(b) -
Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-1     TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
        "Terrence  Welch," "Terry Lee Brown," & "Terry Williams,"

1. That on or about May 28, 2004 at approximately 11:24 a.m., in the Eastern District  of

Michigan, Southern Division, and elsewhere TERRY LEE FLENORY, a.k.a. "T," "Southwest T,"

"Paulie," "Randy Jerome Seville," "Terrence  Welch," "Terry Lee Brown," & "Terry Williams,"

defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in

15

causing or facilitating the commission of acts constituting a felony under the Controlled Substances

Act, to-wit: conspiracy to distribute cocaine in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).


## COUNT EIGHT
(21 U.S.C. Sec. 843(b) -
Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-1    TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
       "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"
D-27   ERIC WAYNE BIVENS, a.k.a. "E," "Slim"& "Louis Jackson"

1. That on or about May 29, 2004 at approximately 11:09 p.m., in the Eastern District of

Michigan, Southern Division, and elsewhere, TERRY LEE FLENORY, a.k.a. "T," "Southwest T,"

"Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"

and ERIC WAYNE BIVENS, a.k.a. "E," "Slim"& "Louis Jackson" defendants herein, knowingly

and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the

commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to

distribute cocaine in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).


## COUNT NINE
(21 U.S.C. Sec. 843(b) -
Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-1    TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
       "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"

16

D-15   CHARLES THEODORE PARSON

1. That on or about June 17, 2004 at approximately 2:51 p.m., in the Eastern District of

Michigan, Southern Division, and elsewhere, TERRY LEE FLENORY, a.k.a. "T," "Southwest T,"

"Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams, and

CHARLES THEODORE PARSON, defendants herein, knowingly and intentionally used a

communication facility, to-wit: a telephone, in causing or facilitating the commission of acts

constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine

in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

**COUNT TEN**
(18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i),
1956(a)(1)(B)(ii), and 1956(h) - Conspiracy
to Launder Monetary Instruments

D-1   TERRY LEE FLENORY, a.k.a. "T,"
      "Southwest T," "Paulie," "Randy Jerome Seville,"
      "Terrence Welch," "Terry Lee Brown," &
      "Terry Williams,"
D-2   DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"
      "Rico Seville," "Aundrez Malik Carothers,"
      "Ricardo Santos," & "Ronald B. Ivory,"
D-3   NEIL JAMIL BAHURA,
D-4   ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-5   ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
D-8   BRIAN RONELL GARRETT, a.k.a. "White Boy,"
D-9   JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
D-11  BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
      "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
D-13  STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
D-14  BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
D-16  DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
D-18  KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"

D-22   TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"

D-23   GREGORY RAY WEST, a.k.a. "David Blackmon,"

D-24   HAROLD STANLEY WILCOX, a.k.a. "June,"

D-25   KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim"

D-26   JACOB ARABOV, a.k.a. "Jacob the Jeweler,"

D-27   ERIC WAYNE BIVENS, a.k.a. "E," & "Slim," "Louis Jackson,"

D-28   GWENDOLYN DESHAWN BROWEN, a.k.a. "Luli," "Gwen," & "Girl Scout,"

D-29   CHAD E. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"

D-30   PAUL SHELDON BUFORD, JR.,

D-31   RONALD WAYNE CANYON,

D-32   CHARLES EDWARD FLENORY, a.k.a.  "Pops,"

D-33   NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate,"

D-34   WAYNE DARNELL JOYNER, a.k.a. "Way,"

D-35   MAURICE PIERRE-GORDON KING, a.k.a."Mo," & "Marcus Morrison,"

D-37   LARRY VAN STEELE,

D-39   WILLIAM RICHARD TURNER, a.k.a. "Big Way," "Antonio Crawford," and

D-41   MARLON TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin Corey Massie,"

1. That in or about January, 1990, and continuing through the date of this indictment, in the

Eastern District of Michigan, and elsewhere,  TERRY LEE FLENORY, a.k.a. "T," "Southwest T,"

"Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"

DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers,"

"Ricardo Santos," & "Ronald B. Ivory," NEIL JAMIL BAHURA, ARNOLD EDWARD BOYD,

JR., a.k.a. "A.R.," ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris," BRIAN RONELL

GARRETT, a.k.a. "White Boy," JABARI HAYES, a.k.a. "Kenneth Torry Collins," BENJAMIN

ANTHONY JOHNSON, a.k.a. "James Lee Belle," "Jeff Wilson," "Marcus Page," "Blanko," &

"Blank," STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"  BRUCE

ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth," DERRICK KEITH PEGUESE, JR.,

a.k.a. "Devin Jackson," KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," &  "Phillip

18

Woodson," TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni," GREGORY RAY

WEST, a.k.a. "David Blackmon," HAROLD STANLEY WILCOX, a.k.a. "June," and KIM

VERNELL WILLIAMS, a.k.a. "Auntie Kim," JACOB ARABOV, a.k.a. "Jacob the Jeweler," ERIC

WAYNE BIVENS, a.k.a. "E," &"Slim," "Louis Jackson," GWENDOLYN DESHAWN BROWEN,

a.k.a. "Luli," "Gwen," & "Girl Scout,"CHAD E. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"

PAUL SHELDON BUFORD, JR., RONALD WAYNE CANYON, CHARLES EDWARD

FLENORY, a.k.a. "Pops," NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate,"

WAYNE DARNELL JOYNER, a.k.a. "Way," MAURICE PIERRE-GORDON KING, a.k.a."Mo,"

& "Marcus Morrison," LARRY VAN STEELE, WILLIAM RICHARD TURNER, a.k.a. "Big

Way," "Antonio Crawford," MARLON TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin

Corey Massie," defendants herein, along with William Charles Marshall, Jr., a.k.a. "Anthony

Jordan," "Jamal Washington," "Doc," & "BI," and others knowing that the property involved

represented the proceeds of some form of unlawful activity, as defined in Title 18, United States

Code, Section 1956(c)(1), that is, the distribution of cocaine, a felony under Title 21, United States

Code, Section 841(a)(1), did knowingly, intentionally and unlawfully combine, conspire,

confederate and agree with each other, and with others, both known and unknown to the grand jury,

to conduct and/or cause to be conducted financial transactions which involved the proceeds of said

unlawful activity, with intent to promote the carrying on of said unlawful activity, to conceal and/or

disguise the nature, location, source, ownership and control of the proceeds of the said unlawful

activity and/or to avoid transaction reporting requirements under federal law; all in violation of Title

18, United States Code, Sections 1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii), and (h).

19

2. It was part of the unlawful conspiracy that TERRY LEE FLENORY and DEMETRIUS EDWARD FLENORY would and did operate a large drug distribution organization which involved the delivery of cocaine to Detroit, Michigan and elsewhere for distribution.

3. It was a further part of the unlawful conspiracy that, at the direction of TERRY LEE FLENORY and DEMETRIUS EDWARD FLENORY, ARNOLD EDWARD BOYD, JR., BRIAN RONELL GARRETT, JABARI JAMIL HAYES, BENJAMIN ANTHONY JOHNSON, STANLEY LEON LACKEY, JR., BRUCE ERNEST MARTIN, DERRICK KEITH PEGUESE, JR., KARREAM HASAN SHEARD, GREGORY RAY WEST, HAROLD STANLEY WILCOX, KIM VERNELL WILLIAMS, ERIC WAYNE BIVENS, CHAD E. BROWN, PAUL SHELDON BUFORD, JR., NATHAN ASHLEY GLETON, WAYNE DARNELL JOYNER, WILLIAM RICHARD TURNER, MARLON TERRELL WELCH, DAVID WALKER and others would collect or arrange for the collection, counting and/or packaging of large amounts of currency derived from the sale of cocaine in the metropolitan Detroit area and elsewhere, and then transport or arrange for the transportation of this currency to Texas, California, Georgia, Missouri and elsewhere for the purpose of purchasing more cocaine, thus promoting the illicit distribution of cocaine.

4. It was a further part of the unlawful conspiracy that the FLENORY organization would utilize vehicles equipped with traps and hidden compartments to conceal and transport the cash generated from the drug organization's sale of cocaine.

5. It was a further part of the unlawful conspiracy that TERRY LEE FLENORY and DEMETRIUS EDWARD FLENORY, KARREAM HASAN SHEARD, ERIC WAYNE BIVENS, GWENDOLYN DESHAWN BROWEN, CHAD E. BROWN, NATHAN ASHLEY GLETON,

WAYNE DARNELL JOYNER, MAURICE PIERRE-GORDON KING, WILLIAM RICHARD
TURNER and other conspirators including William Charles Marshall, Jr., would utilize false names
as well as nominee purchasers and lessees to purchase or lease luxury vehicles, to acquire and sell
real property and to conduct related financial transactions, while concealing the true source, nature
and ownership of the funds involved in these transactions, the source being from the sale of cocaine.

6. It was further part of the unlawful conspiracy that RONALD WAYNE CANYON and
LARRY VAN STEELE acted as nominees and otherwise facilitated the purchase of motor vehicles
utilizing the drug proceeds of TERRY LEE FLENORY, DEMETRIUS FLENORY and others in
order to conceal the true source, nature and ownership of the funds involved in these transactions.
Several of these transactions were structured by RONALD WAYNE CANYON and LARRY VAN
STEELE in an attempt to avoid the filing of currency transaction reports by financial institutions as
required by law. RONALD WAYNE CANYON and LARRY VAN STEELE also failed to file
Forms 8300(Report of Cash Payments over $10,000 Received in a Trade or Business).

7. It was further part of the unlawful conspiracy that JACOB ARABOV facilitated the
purchase of jewelry utilizing the drug proceeds of TERRY LEE FLENORY, DEMETRIUS
FLENORY and others in order to conceal the true source, nature and ownership of the funds
involved in these transactions. One method employed by JACOB ARABOV included the failure to
file Forms 8300 after having received large sums of currency from TERRY LEE FLENORY,
DEMETRIUS FLENORY and others on their behalf. Another method employed by JACOB
ARABOV involved the knowing acceptance of large sums of currency, money orders and cashier's
checks from persons he knew to be nominees of TERRY LEE FLENORY and DEMETRIUS

21

FLENORY and, thereafter, submitting Forms 8300 in the names of the nominees even though he knew that the true source of the funds was TERRY LEE FLENORY, DEMETRIUS FLENORY and others.

8. It was a further part of the unlawful conspiracy that various conspirators would provide false employment and income information to car dealerships and banking institutions in order to obtain vehicles by purchase or lease or mortgage loans for real property purchases

9. It was a further part of the unlawful conspiracy that various conspirators including TONESA LYNETTE WELCH and William Charles Marshall, Jr. would take large amounts of cash derived from the organization's sale of cocaine and a) deposit the cash into various bank accounts or direct others to make the deposits; b) purchase cashier's checks and money orders or direct others to make such purchases and/or c) wire transfer these funds or direct others to do so. These funds would then be used to purchase assets and pay personal expenses with the goal of concealing the true source, nature and ownership of the funds which had been derived from the sale of cocaine.

10. It was further part of the unlawful conspiracy that CHARLES EDWARD FLENORY, from on or about September 2002 through on or about March 2003 made cash payments to contractors who were remodeling a home owned by TERRY LEE FLENORY located 6086 Blair Lake Road, Lithonia, Georgia.

11. It was a further part of the unlawful conspiracy that members of the conspiracy would purchase winning four digit State of Michigan lottery tickets from the true winners. Many of these tickets were obtained by NEIL JAMIL BAHURA who in turn sold them to HAROLD STANLEY WILCOX. HAROLD STANLEY WILCOX would pay NEIL JAMIL BAHURA for the lottery

tickets with cash obtained from TERRY LEE FLENORY. These winning tickets, which totaled more than $1,000,000 would be redeemed with the State of Michigan's lottery bureau by TONESA LYNETTE WELCH, ROY CHRISTOPHER BRADDY, GWENDOLYN DESHAWN BROWEN and others and monies received would be deposited into various personal bank accounts. The monies would then be used to purchase homes, make mortgage payments, and purchase vehicles in order to conceal the fact that these monies really were derived from the sale of cocaine by the FLENORYS' drug organization.

12. It was a further part of the conspiracy that on or about October 4, 1996, in the Eastern District of Michigan, agents from the United States Customs Service (now known as Immigration and Customs Enforcement), working in an undercover capacity, received approximately $300,000 in cash which was intended as payment for cocaine purchased by the FLENORYS' organization.

13. It was a further part of the conspiracy that on or about October 16, 1996 in the Eastern District of Michigan, agents from the United States Customs Service (now known as Immigration and Customs Enforcement), working in an undercover capacity, received approximately $250,000 in cash which was intended as payment for cocaine purchased by the FLENORYS' organization.

14. It was a further part of the conspiracy that on or about October 3, 1997, BRUCE ERNEST MARTIN possessed and transported approximately $143,221 in cash which was seized by police in Spalding County, Georgia.

15. It was a further part of the conspiracy that on or about September 14, 1999, BRUCE ERNEST MARTIN possessed and transported approximately $425,190 in cash which was seized by police in Beaumont, Texas.

23

16. It was a further part of the conspiracy that from approximately October, 2001 through December, 2004, TONESA LYNETTE WELCH made mortgage payments with cashier's checks or money orders totaling more than $240,000 on a house located at 5435 Ethel, Sherman Oaks, California.

17. It was a further part of the conspiracy that from approximately January, 2001 through August, 2005, TONESA LYNETTE WELCH made monthly lease payments with funds from her personal bank account totaling more than $600,000 to lease a residence located at 14445 Mulholland Drive, Bel Air, California.

18. It was a further part of the conspiracy that on or about January 31, 2003, KIM VERNELL WILLIAMS, purchased a 2003 GMC Yukon VIN # 3GKFK16Z43G1311940. This vehicle was then transferred to an alias used by BENJAMIN ANTHONY JOHNSON. It would later be used by ARNOLD EDWARD BOYD, JR. as a trade-in on a 2003 Chevrolet Express RV.

19. It was a further part of the conspiracy that on or about February 26, 2003, BRIAN RONELL GARRETT and KIM VERNELL WILLIAMS possessed and transported approximately $723,790 in cash which was seized by police in Gray County, Texas.

20. It was a further part of the conspiracy that on or about March 20, 2003, CLEVELAND CATO purchased a cashier's check with cash in the amount of $4,800.

21. It was a further part of the conspiracy that on March 20, 2003, CLEVELAND CATO entered into a two year lease agreement relative to 23332 Mission Lane, Farmington Michigan. The owners of the property were paid $1,000 for the partial month of March and an additional $9,600 ($3,200 per month) for the months of April, May, and June.

22. It was a further part of the conspiracy that on or about May 23, 2003 TERRY LEE FLENORY purchased a 2001 Mercedes Benz S500 VIN # WDBNG75J51A136551 using an alias name.

23. It was a further part of the conspiracy that on or about September 25, 2003, TONESA LYNETTE WELCH purchased a 2003 BMW 760LI, VIN # WBAGN83463DK10609.

24. It was a further part of the conspiracy that on or about November 4, 2003, TERRY LEE FLENORY purchased a 2003 Range Rover VIN #SALME11473A118886 using an alias name.

25. It was a further part of the conspiracy that on or about December 11, 2003, ARNOLD EDWARD BOYD, JR. purchased 36027 Beverly, Romulus, Michigan.

26. It was a further part of the conspiracy that on or about December 4, 2003, TERRY LEE FLENORY purchased a 2004 Chevrolet K15, VIN # 3GNFK16Z34G102739 using an alias name.

27. It was a further part of the conspiracy that on or about March 16, 2004, JABARI HAYES possessed and transported approximately $588,605 in cash which was seized by police in Fenton, Missouri.

28. It was a further part of the conspiracy that on or about June 28, 2004, ARNOLD EDWARD BOYD, JR. purchased a 2003 Chevrolet Express VIN # 1GBFG15T831192236.

29. It was a further part of the conspiracy that on or about July 28, 2004, GREGORY RAY WEST possessed and transported approximately $199,690 in cash which was seized by police in Atlanta, Georgia. The vehicle in which the money was hidden had been registered in the name of a friend of KARREAM HASAN SHEARD with SHEARD'S active involvement.

30. It was a further part of the conspiracy that on or about December 17, 2004 DEMETRIUS EDWARD FLENORY utilizing a nominee/lessee leased a residence located at 9205 SW 58 Avenue, Miami, Florida for $30,000 per month.

31. It was a further part of the conspiracy that on or about January 11, 2005, approximately $576,000 in cash was seized by police from 16221 Elisa Place, Sherman Oaks, California where TONESA LYNETTE WELCH resided.

32. It was a further part of the conspiracy that on or about January 27, 2005, STANLEY LEON LACKEY, JR. and DERRICK KEITH PEGUESE, JR. possessed and transported approximately $648,550 in cash which was seized by police in Detroit, Michigan. The vehicle in which the money was hidden had been registered by KARREAM HASAN SHEARD under an alias name.

33. It was a further part of the conspiracy that on or about April 5, 2005, STANLEY LACKEY, JR. possessed and transported approximately $580,250 in cash which was seized by police in Romulus, Michigan. The vehicle in which the money was hidden had been registered by KARREAM HASAN SHEARD under an alias name.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT ELEVEN
(21 U.S.C. § 853, 18 U.S.C. § 981 (a)(1)(C), 18 U.S.C. § 982 and/or
28 U.S.C. §2461 - Criminal Forfeiture)

1. The allegations contained in Counts 1-6,10, 12 and 13 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title

26

21, United States Code, Section 853; Title 18, United States Code, Sections 981(a)(1)(C) and 982; and Title 28, United States Code, Section 2461.

2. As a result of the foregoing violations of Title 21, United States Code, Sections 841, 846 and 848 and Title 18, United States Code, Section 1956, as charged in Counts 1-6, 10, 12 and 13 of this Indictment, defendants 1-41, shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property involved in said violations, or any property traceable to such property; and (c) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

3. **Identified Property Subject to Forfeiture.** Property subject to forfeiture to the United States includes, but is not limited to, the following property:

(a) **REAL PROPERTY**, which is facilitating property, proceeds or property traceable thereto, or property involved in the above-described violations of Title 21, United States Code, Sections 841, 846 and 848 and Title 18, United States Code, Section 1956.

(1) **6086 Belair Lake Road, Lithonia, Georgia**, described as:

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 85 of the 16th District of Dekalb County, Georgia and being Lot 1, of Belair Estates Subdivision, as per plat recorded in Plat Book 100, Page 112, Dekalb County records and revised on June 4, 1997, by Alvin E. Vaughn & Associates, Surveyors, which plat is incorporated herein by reference thereto; being unimproved property known as 6086 Belair Lake Road, according to the present system of numbering houses in Dekalb County, Georgia.
Titled in the name of Tonesa L. Welch.

(2) **1886 S. Beatrice St. Detroit, Michigan**, described as:

South 34 feet of Lot 23 and North 9 feet of Lot 24, "Michael Dunn Estate
Subdivision", according to the plat thereof as recorded in Liber 57 of Plats, Page 70,
Wayne County Records.
Ward: 20 Item No. 12857
Title in the name Roy Braddy.

(3) **47080 Hidden River Circle, Canton, Michigan**, described as:
Lot 23 of HIDDEN RIVER ESTATE SUBDIVISION, according to the plat thereof
recorded in Liber 116 of Plats, page(s) 45, 46 and 47 of Wayne County Records
Tax Parcel No.: 71-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-000.
Titled in the name of Roy Braddy.

(4) **2543 John R, Detroit, Michigan**, described as:
Unit #23 Woodward Place at Brush Park II Condominium a condominium according
to the Master Deed recorded in Liber 31357, Pages 957 through 1053, inclusive,
Wayne County Records, as amended, and designated as Wayne County
Condominium Subdivision Plan No. 549, together with rights in Common Elements
and Limited Common Elements as set forth in the aforementioned Master Deed and
as described in Act 59 of the Public Acts of 1978, as amended, more commonly
known as: 2543 John R, Ward No.: 618.023
Titled in the name of Harold Wilcox.

(5) **25114 Coral Gables, Southfield, Michigan**, described as:
Lot 13 White Valley Subdivision, according to the Plat thereof as recorded in Liber
61, Page 7 of Plat Oakland County Records.
Tax I.D. No: 24-20-126-008
Titled in the name of Harold Wilcox.

(6) **17607 Edinborough Road, Detroit, Michigan**, described as:
Lot 418, Brookline Subdivision No. 2, as recorded in Liber 43 Page 47 of Plats,
Wayne County Records Parcel Identification: Ward: 32 Item: 091124
Commonly known as 17607 Edinborough Road, Detroit, Michigan
Titled in name of Harold Wilcox.

(7) **4409-4411 Second Street, Ecorse, Michigan**, described as:
LOT 19, including one half of the vacated alley located at the rear thereof and
adjacent thereto, "LABADIES SUBDIVISION", according to the plat thereof as
recorded in Liber 22 of Place, Page 5, Wayne County Records
c/k/a 4409-4411 2nd Street
Property ID #34-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-000.
Titled in the name of Roy Braddy and Randi Boyd.

(8) **36027 Beverly, Romulus, Michigan**, described as:
Lots 9 and 10 Grand Park Subdivision as recorded in Liber 14, Page 96, of Plats,
Wayne County Records. Parcel Id.# 80-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-300.
Titled in the name of Arnold E. Boyd Jr.

(9) **14445 Mulholland Dr., Los Angeles, California 90077-1733**, described as:
TRACT #1000 LOT COM N 69 10' W 226 FT FROM MOST W COR OF LOT 12
TR # 14155 TH N 20 58'15" E TO SW LINE OF SD TR TH NW THEREON TO A
PT SE THEREON 263 FT FROM MOST W COR OF LOT 5 SD TR TH SW TO
NE.
Parcel ID: 2275-029-019.
Titled in the name of Tonesa Welch.

(10) **40530 Deer Creek Unit 42, Canton, Michigan**, described as:
Land situated in the Township of Canton, Wayne County, Michigan. Unit 42, DEER
CREEK CONDOMINIUM, a Condominium according to the Master Deed recorded
in Liber 34501, On Pages 1 through 59, both inclusive, Wayne County Records, and
designated as Wayne County Condominium Subdivision Plan No. 620, together with
rights in general common elements and limited common elements, as set forth in the
above described Master Deed and as described in Act 59 of the Public Acts of 1978,
as amended.
Sidwell Number: 71-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-000.
Titled in the name of Christine Johnson-Browen.

(11) **18659 Hilltop Drive, Riverview, Michigan**, described as:

UNIT 56, BUILDING 109, CROWN POINTE OF RIVERVIEW CONDOMINIUM,
according to the Master Deed recorded in Liber 23479, Page 082, Wayne county
Records and amended by First Amendment recorded in Liber 24176, Page 772;
Second Amendment in Liber 24344, page 475; third Amendment in Liber 24558,
Page 226; Fourth Amendment in Liber 24962, page 718; Firth Amendment in Liber
25258, Page 87; Sixth Amendment in Liber 25499, page 906; and Seventh
Amendment in Liber 26041, page 272 Wayne County Records and designated as
Wayne County Condominium Subdivision Plan No. 226, together with rights in
general common elements and limited common elements as set forth in the above
Master Deed and as described in Public Act 59 of 1978 as amended.
Titled in the name of Rhonda Major.

29

### (12) 6012 Edmund, Romulus, Michigan

Lot(s) 18 of ROMULUS URBAN RENEWAL PLAT NO. 1 according to the plat thereof recorded in Liber 100 of Plats, page(s) 39 through 44 of Wayne County Records.
More commonly known as 6012 Edmund.
Tax I.D. Number: 800-130-200-18-000
Titled in the name of Andrea Whitman.

### (13) 7001 S. La Cienega, Apt. 313, Los Angeles, California

7001 S. La Cienega, Apt. 313, Los Angeles, California, more fully described as:
Parcel 1:
An undivided 1/54th interest in and to Lot 1, Tract No. 25277, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1065 Pages 78 and 79 of Maps, in the office of the County Recorder of said County.
Except Therefrom Units 101 to 104; 201 to 219; 301 to 319 and PH6 through PH17 all inclusive, as shown and defined on a Condominium Plan recorded April 15, 1986 as Instrument No. 86-464328, Official Records.
Also Except Therefrom an exclusive easement for parking purposes over those portions shown and defined as areas 101P to 104P; 101P-1 to 104P-1; 201P to 21P; 201 P-A to 219P-1; 301P to 319P; 301 P-1 to 319 P-1; PH6p to PH17P and PH6P-1 to PH17P-1, all inclusive of said Condominium Plan.

Parcel 2:
Unit 213 as shown and defined on a Condominium Plan recorded April 15, 1986 as Instrument No. 86-464328, Official Records.

Parcel 3:
An exclusive easement for the benefit of and appurtenant to Parcels 1 and 2 above, for parking purposes over those portions shown and defined as Areas 313-P and 313P-1 said Condominium Plan.
Assessor's Parcel Number: 4103-013-055

(b) **VEHICLES**, which are facilitating conveyances or proceeds, or property traceable to, or

property involved in the above-described violations of Title 21, United States Code,

Sections 841, 846 and 848 and Title 18, United States Code, Section 1956.

(1) **2000 Lincoln Limousine**, VIN: 1L1FM81W3YY860226, in the name of Hasan Sheard;

(2) **2001 Chevrolet**, VIN: 1GCEC19T91E100943, in the name of Stomping Ground Entertainment;

(3) **2001 Yukon Denali**, bearing MI license plate 8EZ-P03, VIN: 1GKFK66U51J178326, in the name of Roy Braddy;

(4) **2003 BMW 760 LI**, VIN: WBAGN83473DK10294, in the name of Inconel Motors Sale & Leasing or Larry Van Steele;

(5) **2003 Chevrolet Express RV**, bearing MI license plate YVS-297, VIN: 1GBFG15T831192236, in the name of Arnold Edward Boyd, Jr.;

(6) **2003 Lincoln Navigator**, VIN: 5LMFU27R63LJ24963, in the name of Philip Woodson;

(7) **2003 Silver Range Rover**, bearing CA license plate 5DUX354, VIN: SALME11473A118886, in the name of Terrence Welch;

(8) **2004 Chevrolet K15**, bearing GA license plate BW-3165, VIN: 3GNFK16Z34G102739, in the name of Terrence Welch;

(9) **2004 Black Land Rover**, bearing MI license plate OFJN59, VIN: SALMF11464A141414, in the name of Gwendolyn Deshawn Brown;

(10) **2004 Aston-Martin**, VIN: SCFAC233X4B501454, in the name of Oracle Motorsports;

(11) **2004 Bentley GT**, VIN: SCBCR63W14C021520, in the name of Inconel Motors Sale & Leasing or Larry Van Steele;

(12) **2004 Black Bentley Continental GT**, bearing Florida plate S761C1, VIN: SCBCR63W74C021313, in the name of Larry Van Steele;

31

(13) **2004 Dodge Ram**, bearing MI license plate YYV-293, VIN: 3D7HA16HX4G233720, in the name of Harold Wilcox;

(14) **2004 Marauder**, bearing MI license plate YVW-244, VIN: 2MHHM79V04X681039, in the name of Roy Braddy;

(15) **2004 Silver Monte Carlo**, bearing MI license plate ZPC408, VIN: 2G1WW12E049100661, in the name of Jacqueline Wilcox;

(16) **2005 Black BMW**, bearing CA license plate 5LAK974, VIN: WBAGN83505DK11265, in the name of Inconel Motors Sale & Leasing or Larry Van Steele;

(17) **2005 GMC Sierra Pick-up**, MI plate CX25A, VIN: 1GTHK23245F929196, registered to Randall Jones;

(18) **2004 Black Cadillac Escalade**, VIN: 3GYEK62NX4G177856, California registration 5FTU219, registered to William Marshall;

(19) **2004 F-150**, VIN: 1FTPW12574KB47809, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-459165;

(20) **2004 Bentley Continental GT**, VIN: SCBCR63W54C021441, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-459167;

(21)**1987 Chevrolet Caprice**, VIN: 1G1BN81Y6HA164946, seized on October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459482;

(22) **1971 Buick Skylark**, VIN: 433371H153858, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459508;

(23) **1970 Chevrolet Monte Carlo**, VIN: 138570F107881, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459510;

(24) **1981 Cadillac Deville**, VIN: 1G6AD474XB9250470, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459511;

(25) **1971 Oldsmobile Cutlass**, VIN: 342671M149629, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459519;

(26) **1970 Chevrolet Camaro**, VIN: 124870N559047, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459528;

(27) **1973 Chevrolet Chevelle SS-454**, VIN: 1D37Y3R480629, seized October 28, 2005, from Warehouse at 4409-4412 Second Street, Ecorse, Michigan, Asset ID # 06-DEA-459528;

(28) **2003 Suzuki GSX1300RK3 1298CC Street Motorcycle**, VIN: JS1GW71A232105719, seized October 28, 2005, from Performance Powersports 25341 Michigan Ave., Dearborn, Michigan, Asset ID # 06-DEA-459682;

(29) **2004 Suzuki GSX1300RK4 1299CC Street Motorcycle**, VIN: JS1GW71A942100809, seized October 28, 2005,  from Performance Powersports 25341 Michigan Ave., Dearborn, Michigan, Asset ID # 06-DEA-459726;

(30) **2005 Maserati BTM**, VIN: ZAMCE39A650019523, seized  October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City, California, Asset ID # 06-DEA-459284;

(31) **2001 BMW X5**, VIN: WBAFB33561LH14583, seized October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City, California, Asset ID # 06-DEA-459290;

(32) **2006 Land Rover LR3**, VIN: SALMF134X6A207611, seized October 28, 2005, from Oracle Motorsports 11685 Ventura Blvd., Studio City, California, Asset ID # 06-DEA-459291;

(33) **2004 Infiniti QX56**, VIN: 5N3AA08C44N808900, seized October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459294;

(34) **1999 Iron Horse Stroker Motorcycle**, VIN: 48DPW22A4XA000065, seized October 28, 2005, from 17607 Edinborough Road, Detroit, Michigan, Asset ID # 06-DEA-458969;

(35) **2003 Hummer H2,** VIN: 5GRGN23U03H109783, seized October 28, 2005, from 25956 Bridgewood Lane, Apartment #26, Brownstown, Michigan, Asset ID # 06-DEA-459194; and

(c) **BANK ACCOUNTS,** which are proceeds or property involved in the above-described

violations of Title 21, United States Code, Sections 841, 846 and 848 and Title 18, United

States Code, Section 1956.

    (1)    Bank of America Account # 04296-08882 in the name of **Tonesa L. Welch,** in the amount of **$159,851.30;**

    (2)    Bank of America Account # 03970-06376 in the name of **Tonesa L. Welch,** in the amount of **$157.46;**

    (3)    Downriver Community Federal Credit Union Account # 2077259 in the name of **Gwendolyn D. Browen,** in the amount of **$180,099.32;**

    (4)    Comerica Bank Account # 6816011669 in the name of **Harold Wilcox or Tracey A. Stallworth,** in the amount of **$2,183.86;**

    (5)    Comerica Bank Account # 6810903960 in the name of **Roy Braddy,** in the amount of **$14,367.90;**

    (6)    Comerica Bank Account # 9407692632 in the name of **Roy Braddy,** in the amount of **$28,340.65;**

    (7)    Wells Fargo Bank Account # 348-3404418, in the name of **Larry V. Steele,** in the amount of **$255.98;** and

    (8)    Wells Fargo Bank Account # 076-1912757, in the name of **Inconel Motors - Larry V. Steele,** in the amount of **$206,567.51.**

(d) **SEIZED CURRENCY,** which are proceeds of the above-described violations of Title

21, United States Code, Sections 841, 846 and 848 and Title 18, United States Code, Section

1956.

(1) Five Hundred Eighty Thousand Two Hundred Fifty Dollars ($580,250) in United States Currency, which was seized on April 5, 2005, as described in paragraph 30 of Count 10 of this Indictment;

(2) Four thousand four hundred forty five dollars ($4,445.00) in United States Currency, seized October 28, 2005, from 25114 Coral Gables, Southfield, Michigan, Asset ID # 06-DEA-459249;

(3) Seven thousand five hundred seventy four dollars ($7,574.00) in United States Currency, seized October 28, 2005, from J & B Market 13207 W. McNichols Road, Detroit, Michigan, Asset ID # 06-DEA-460034;

(4) Six thousand five hundred ninety six dollars ($6,596.00) in United States Currency, seized October 28, 2005, from 5711 Templar Crossing, West Bloomfield, Michigan, Asset ID # 06-DEA-460038;

(5) Four (4) travelers express Money Gram money orders totaling Two Thousand Dollars ($2,000.00) in United States Currency, seized October 28, 2005, from 5711 Templar Crossing, West Bloomfield, Michigan, Asset ID # 06-DEA-460043; and

(6) Sixteen thousand two hundred thirty-three dollars ($16,233.00) in United States Currency, seized October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459357.

(c) **JEWELRY**, which is proceeds or property involved in the above-described violations of

Title 21, United States Code, Sections 841, 846 and 848 and Title 18, United States Code, Section

1956:

Jewelry items 1 through 24 were seized on July 11, 2005, in Bond County, Illinois, and bear

DEA Asset Identification Number 05-DEA-454857:

1. One platinum watch made by Jacob & Co., containing 1.8 carats of diamonds;

2. One 18K rose gold watch made by Jacob & Co.;

3. One 18K gold Audemars Piguet watch, style Royal Oakoffshore," #0448;

35

4. One platinum Rolex watch with diamond bezel, diamond mother of pearl and diamond band, Masterpiece Collection, Serial # 18956,K557531;

5. One platinum Rolex watch with diamond bezel, 2002 K series from Masterpiece Collection, Serial # 18946,K556493;

6. One 18K white gold Piaget watch weighing 130.5 grams with 310 diamonds, approximate combined weight 100.00 carats, Serial # 504744:40011;

7. One white gold Chopard watch with round brilliant cut diamonds on the band and bezel, pave set, Serial # 37/3232-23:921400;

8. One rubber bangle with 7-14 yellow gold cuffs, six of the cuffs contain 36 rds.10 pt. diamond/total weight 5.6;

9. One platinum custom-made necklace by Jacob & Co. with 224 Asscher-cut diamonds, weight .45 pts/total weight 107.2;

10. One 18K white gold Harry Winston watch with 8.75 cts of nt-cut diamonds #174, Serial # 200MCQ37W-008539;

11. One 18K white gold custom made Audemars Piguet watch, Grande complication, Serial # E71337;

12. One platinum Audemars Piguet watch with a diamond bezel with 40 rd diamonds, "Quantieme Perpetual Automatiquem" Serial # E7333361, #094;

13. One rose gold "ankh" cross with 258 rd brilliant-cut diamonds, all pave set into the piece, weight 7.53;

14. One 14K rose gold "ankh" cross with 262 rd brilliant-cut diamonds, all pave set, total weight 7.59;

15. One pair 14K white gold letter "E" with cuff link backs, each letter with 27 rd brilliant-cut diamonds;

16. One 14K rose gold letter "E" with cuff link back, the letter with 24 rd brilliant-cut diamonds;

17. One platinum bracelet with 30 Asscher-cut diamonds with 2 carats, total weight of 60 carats;

18. One white gold earring with Asscher-cut diamonds 11.4x10.6 mm, approximately 8 carats;

19. One 14K white gold earring with a round brilliant-cut diamond, weight 2 carats, S12 in clarity;

20. One pair 14K white gold earrings, each with a round brilliant-cut diamond, 5 carats, combined total 10 carats;

21. One platinum gents ring paved with round brilliant-cut diamonds and square stepcut diamonds, weight 21.00 carats, size 8;

22. One platinum gents ring paved with round brilliant-cut diamond and square stepcut diamond, weight 21.00 carats, size 11;

23. One 18K white gold custom-made ring with 47 baguette diamonds, weight 7.83 carats, all channel set, Serial # 11958716; and

24. One platinum cross with Asscher-cut diamonds, total weight 22.00 carats, set into the bail are 5 baguettes.

Jewelry items 25 through 27 are described as follows:

25. Assorted Jewelry, seized on October 20, 2005, from 5173 Brandywine Lane, Frisco, Texas, Asset ID # 06-DEA-458890;

26. Assorted Jewelry, seized on October 28, 2005, from 47080 Hidden River Circle, Canton, Michigan, Asset ID # 06-DEA-459814;

27. Assorted Jewelry, seized on October 28, 2005, from 14445 Mulholland Dr., Bel Air, California, Asset ID # 06-DEA-459251.

4. **Money Judgment.** Such property includes, but is not limited to, **$270,000,000** in United States currency and all traceable interest and proceeds for which the defendants are jointly and severally liable. Such sum in aggregate is property representing the proceeds of the aforementioned offenses, or is traceable to such property, and/or is involved in violations of Title 21, United States Code, Sections 841, 846 and 848 and Title 18, United States Code, Section 1956.

5. **Substitute Assets**. Pursuant to Title 21, United States Code, Section 853(p), as
incorporated by Title 18, United States Code, Section 982(b), defendants 1 through 41, shall forfeit
substitute property, up to the value of the properties described in paragraphs 3 and 4 above, if, by
any act or omission of the defendant, the property described in paragraphs 3 and 4 cannot be located
upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has
been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has
been commingled with other property which cannot be divided without difficulty.

### COUNT TWELVE
(21 U.S.C. §§841(a)(1) & 841(b)(1)(A)(ii)(II) -
Possession With intent to Distribute More Than 5 Kilograms of Cocaine)

D-1 TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
   "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"
D-2 DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik
   Carothers," "Ricardo Santos," & "Ronald B. Ivory,"
D-6 CLEVELAND EDWARD CATO, a.k.a. "Cuzo," & "Michael Damien Walker,"
D-16 DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"

1. That on a date between June 1, 2002 and December 31, 2002, in the Eastern District of

Michigan, Southern Division, TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie,"

"Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"

DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers,"

"Ricardo Santos," & "Ronald B. Ivory," CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &

"Michael Damien Walker," and DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"

defendants herein, aiding and abetting each other, did unlawfully, knowingly and intentionally

possess with intent to distribute a mixture or substance containing in excess of 5 kilograms of

cocaine, a Schedule II Controlled Substance to wit: 80 or more kilograms.

All in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(ii)(II) and

Title 18 United States Code Section 2.

### COUNT THIRTEEN
(21 U.S.C. §§841(a)(1) & 841(b)(1)(A)(ii)(II) -
Possession With intent to Distribute More Than 5 Kilograms of Cocaine)

D-1   TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville,"
      "Terrence  Welch," "Terry Lee Brown," & "Terry Williams,"
D-2   DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik
      Carothers," "Ricardo Santos," & "Ronald B. Ivory,"
D-6   CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
      "Michael Damien Walker,"

1. That sometime in the fall of 2002, in the Eastern District of Michigan, Southern Division,

TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville," "Terrence

Welch," "Terry Lee Brown," &  "Terry Williams,"  DEMETRIUS EDWARD FLENORY, a.k.a.

"Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory," and

CLEVELAND EDWARD CATO, a.k.a. "Cuzo," & "Michael Damien Walker,"  defendants herein,

aiding and abetting each other, did unlawfully, knowingly and intentionally possess with intent to

distribute a mixture or substance containing in excess of 5 kilograms of cocaine, a Schedule II

Controlled Substance to wit: 40 or more kilograms.

All in violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(ii)(II) and

Title 18 United States Code Section 2.

THIS IS A TRUE BILL

s/GRAND JURY FOREPERSON

STEPHEN J. MURPHY
United States Attorney

s/MICHAEL C. LEIBSON, P24092
Assistant United States Attorney

s/DAWN N. ISON, P43111
Assistant United States Attorney

s/JULIE A. BECK, P53291
Assistant United States Attorney

Dated: December 14, 2006

# ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 05-80995 |
| --- | --- | --- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | | Companion Case Number: |
| --- | --- | --- |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | | Judge Assigned: |
| ☐ Yes | ☐ No | AUSA's Initials: |

Case Title: USA v.  **TERRY LEE FLENORY, et. al.**

County where offense occurred :  **Wayne**

Check One:      ☐ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

____Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- **based upon prior complaint** [Case number: _____]
____Indictment/____Information --- **based upon LCrR 57.10 (d) [Complete Superseding section below].**

## Superseding Case Information:

Superseding to Case No:  **05-80955**          Judge:    **Avern Cohn**

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☑  Embraces same subject matter but adds the additional defendants or charges below.

| **Defendant name** | **Charges** |
| --- | --- |
| Gwendolyn Deshawn Browen | 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(ii)(II) |

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 7, 2006
Date

MICHAEL C. LEIBSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9615
Fax: (313) 226-5464
E-Mail address: michael.leibson@usdoj.gov
Attorney Bar #: P24092

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04