UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 05-80955

D-2, DEMETRIUS FLENORY,          HONORABLE AVERN COHN

    Defendants.

_____/

## ORDER DENYING MOTION FOR SEVERANCE

Defendant Demetrius Flenory has filed a motion for severance. For reasons stated on the record on June 28, 2007, the motion is DENIED.

SO ORDERED.

                                                  _____

                                                    s/Avern Cohn

                                                  **AVERN COHN**
Dated:                                         UNITED STATES DISTRICT JUDGE
    Detroit, Michigan

S:\LORI\Cases\CRIMINAL\USA v. Terry Flenory, et al\Order.wpd