UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 05-80955

TERRY LEE FLENORY, et al.,          HONORABLE AVERN COHN

    Defendants.

_____/

## **SCHEDULING ORDER**

This is a multi-defendant complex criminal involving charges of conspiracy, drug dealing and money laundering. The Court held a scheduling conference on June 28, 2007 to consider pending motions and trial dates.

1. There are no pending motions.

2. The trial dates for various defendants are as follows:

    A.     D-3, Neil Bahura - **Monday, July 30, 2007 at 9:00 a.m.**

    B.     D-32, Charles Flenory - **to be set**

    C.     D-26, Jacob Arabov - **Monday, November 26, 2007 at 9:00 a.m.**

    D.     D-31, Ronald Canyon - **Monday, July 23, 2007 at 9:00 a.m.**

3. The trial of defendants:

    D-1, Terry Lee Flenory

    D-2, Demetrius Flenory

    D-8, Brian Ronell Garrett

    D-19, Benjamin Henry Smith

    D-22, Tonesa Lynette Welch

    D- 24, Harold Stanley Wilcox

    D-25, Kim Vernell Williams

    D-34, Wayne Joyner

    D-40, David Walker

will commence on **Monday, August 06, 2007 at 9:00 a.m**.

  4. On or before **July 20, 2007**, the government shall lodge with the Court, with copies to the defendants named in Paragraph 3, the following:

    A. A redacted indictment excluding the a/k/a names of the defendants.

    B. A list of the witnesses who will testify at trial.

    C. A list of the exhibits which will be introduced at trial numbered for trial.

A set of the exhibits shall be lodged with the Court properly numbered.

    D. A draft of the instructions on the law of the case.

    E. The form of verdict to be submitted to the jury.

  5. The Court will hold a final pretrial conference for the August 06, 2007 trial on **Monday, July 23, 2007 at 3:00 p.m.**

  Any objection to this order shall be filed within three **(3)** business days.

  SO ORDERED.

              s/Avern Cohn
              **AVERN COHN**
Dated:            UNITED STATES DISTRICT JUDGE
  Detroit, Michigan