UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 05-80955

v.

HONORABLE AVERN COHN

D-2, DEMETRIUS FLENORY,

    Defendant.
_____/

## ORDER DENYING MOTION FOR BOND

Defendant has filed a Motion for Bond. The motion is DENIED. The Government's Answer in Opposition to Defendant's Motion for Revocation of Order of Detention and Brief in Support explains the reasons for denial.

**SO ORDERED.**

Dated: September 11, 2007
    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 11, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160