INDEX OF EXHIBITS

| Identifier | Title |
|---|---|
| 1 | Affidavit & Application for Search Warrant and related documents |
| 2 | DEA-6 Form re: Search of 6086 Belair Lake Road |