U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 33

| 1. Program Code | 2. Cross File | Related Files | 3. File No | 4. G-DEP Identifier |
|---|---|---|---|---|

5. By: S/A John F. Harvey
At: Atlanta, GA Group 2

6. File Title

7. ⎵ Closed ⎵ Requested Action Completed
☐ Action Requested By:

8. Date Prepared
12/10/03

9. Other Officers: see last paragraph

10. Report Re: Search Warrant at 6086 Belair Lake Road in Lithonia, GA on 11/17/03/Seizure of Exhibits 1-3 and N-62 through N-98/Analysis of Seized Evidence

## SYNOPSIS

Following the Atlanta Police arrest of Demetrius E. FLENORY, aka "MEECHIE," for the 11/11/03 gunshot slaying of Anthony "Wolf" JONES and Lamont GIRDY, DEA TF Group Two agents executed a search warrant at FLENORY's residence in Lithonia, GA on 11/17/03. Evidence seized during the search included a small amount of marijuana, an electric money-counter, miscellaneous documents, $3,921.00 in U.S. currency, photographs of FLENORY and others, a police radio scanner, handwritten records reflecting suspected drug trafficking, three firearms, jewelry with an appraised value of $123,050.00, and numerous items of "BLACK MAFIA FAMILY" paraphernalia and other gangster-type memorabilia. This DEA-6 includes a preliminary analysis of some of the evidence seized in the 11/17/03 search warrant. It should be noted that information pertinent to DEA St. Louis can be found in paragraphs 20, 27, and 48 of this report. Information pertinent to DEA Detroit can be found in paragraphs 8, 9, 11, 16, 22-24, 30, 34, 36, 39, 42, and 50.

## DETAILS

1. Reference is made to previously submitted reports under the above case file title and number. Particular reference is made to DEA-6 by S/A John F. Harvey dated June 30, 2003 re: Updated Information Concerning Demetrius E. FLENORY.

| 11. Distribution: Division SARI/DIG/DOE | 12. Signature (Agent) S/A John F. Harvey | 13. Date 1/12/04 |
|---|---|---|
| District Detroit FD | | |
| Other St. Louis FD | 14. Approved (Name and Title) G/S Jeffrey A. Dalman | 15. Date 1-12-04 |

DEA Form - 6
(I. 1996)

JFH:am:01/05/04

1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02867

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4.
Page 2 of 33

5. Program Code

6. Date Prepared
12/10/03

2. On Tuesday November 11, 2003 Demetrius E. FLENORY was arrested by the Atlanta Police and charged with the murder of Anthony "Wolf" JONES and Lamont GIRDY. FLENORY was first contacted by police during the mid-morning hours of 11/11/03, at which time FLENORY was receiving treatment at North Fulton Hospital for a gunshot wound in his buttocks. FLENORY was not arrested until later that day, after giving a statement to APD homicide investigators at Atlanta Police Headquarters. No firearm was recovered from FLENORY. Both JONES and GIRDY were shot multiple times and died at the scene of the shooting, which occurred at approximately 4:00 AM on 11/11/03 outside CLUB CHAOS in the Buckhead section of Atlanta.

3. On Sunday, 11/16/03, S/A Harvey spoke with Atlanta Police Homicide Investigator John Brown, who provided the following additional information: A second person who was wounded along with FLENORY was one Ameen Rasheed HIGHT, DOB 10/23/76, who was shot in the foot. The two individuals who transported FLENORY to the hospital were identified as Jermaine Clevon ROBINSON, DOB 3/14/74, and Andre FOWLER, DOB unknown. During questioning by APD, FLENORY claimed to have no fixed address in the Atlanta area.

4. Because previous DEA investigation had identified FLENORY's residence as a half-million dollar home at 6086 Belair Lake Road in Lithonia, DeKalb County, GA, and because the firearm used in the shooting of JONES and GIRDY had not been recovered by law enforcement, S/A Harvey advised Inv. Brown that he would attempt to obtain a search warrant for the residence, to be executed in a coordinated effort with APD and DeKalb County Police. Subsequently, on Monday 11/17/03, TFA John Koerts submitted an affidavit to DeKalb County Magistrate C. David Wood, who then issued a warrant authorizing a search of the house located at 6086 Belair Lake Road. The search warrant was issued at approximately 12:05 PM.

5. Later that afternoon, at approximately 2:20 PM, a team of agents knocked and announced, then made a forced entry at the front door of the house at 6086 Belair Lake Road. The house was found to be occupied by one person, who was identified as Innocent GUERVILLE, an

EA Form     - 6a
ul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02868

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | 1. File No. ▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮▮▮▮ | |

4.
Page  3  of 33

5. Program Code

6. Date Prepared
12/10/03

illegal immigrant from Haiti.  (See DEA-6 by TFA Frank McCann re: Interview of GUERVILLE.)

6. The search of the house was concluded at approximately 4:30 PM, at which time TFA Koerts left a copy of a receipt (DEA Form 12) inside the house, listing all of the property that was removed from the house in accordance with the search warrant.  The seizing agent was S/A Shontal Linder, joined by TFA Koerts, and the evidence was subsequently processed by S/A's Linder and Harvey.  The following items were seized:

Exhibit 1: Three clear plastic baggies containing suspected marijuana. (master bedroom closet)

Exhibit 2: User amount of suspected marijuana wrapped in yellow paper.  (office)

Exhibit 3: Quarter-ounce of marijuana in clear plastic baggie. (office)

Exhibit N-62: Leather bag containing Compaq-Presario laptop Computer, SN-5Y1BKDJ15F12.  (master bedroom)

Exhibit N-63: One black "Forecast" canvas toiletry bag.

Exhibit N-64: Manila envelope containing miscellaneous documents. (office)

Exhibit N-65: One Street Gorilla "Scarface" t-shirt. (bedroom #3)

Exhibit N-66: Miscellaneous photographs

Exhibit N-67: One electric money-counter, SN-0038329, in black Canvas bag.  (office)

Exhibit N-68: One red spiral notebook.  (bedroom #2)

Exhibit N-69: One box of miscellaneous documents and car titles,

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02869

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | 1. File ▮ | 2. G-DEP Identifier |
|---|---|---|

3. File Title

4.
Page 4 of 33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

plus four license plates and four "drive-out" plates.
(office)

Exhibit N-70: One Radio Shack police scanner, Model C130051.
(master bedroom)

Exhibit N-71: One box of 404 Motor Sports business cards displaying
the name of Terry FLENORY

Exhibit N-72: One black leather box that contained one wristwatch.
(master bedroom)

Exhibit N-73: Miscellaneous papers displaying names of Darleen
JOHNSON and Melanie DODSON, and one letter from
"Clay" in prison.

Exhibit N-74: One Louis Vuitton travel bag with an undated L.A.
airport inspection sticker.

Exhibit N-75: One torn Bang @ Olufsen Phipps Plaza cash receipt
for $23,005.00.

Exhibit N-76: One Carriage House Imports repair receipt on a 2002
Mercedes Benz owned by 404 MOTOR SPORTS. (basement
bedroom)

Exhibit N-77: Two bags of rubber bands. (office)

Exhibit N-78: One t-shirt displaying the words "BMF For Life or
Death" (bedroom #3)

Exhibit N-79: Miscellaneous papers and cards reflecting ownership
by Michael Anthony GREEN, aka Michael Anthony
HOLYFIELD.

Exhibit N-80: One box containing "BLACK MAFIA FAMILY" jerseys, two
white and one black. (master bedroom and basement)

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02870

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| **1. File No.** | **2. G-DEP Identifier** |
| **3. File Title** | |

**4.**
Page   5   of   33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

Exhibit N-81:   One framed portrait of John GOTTI.   (office wall)

Exhibit N-82:   One framed portrait of John GOTTI with encased bullets and cigar.   (master bedroom)

Exhibit N-83:   One framed portrait of John GOTTI, with cigarette. (master bedroom)

Exhibit N-84:   One framed portrait of Christopher WALLACE, aka "Notorious B.I.G.," with hat.   (office wall)

Exhibit N-85:   One framed portrait of Al Pacino as "Scarface," with encased artificial lines of cocaine and a razor.   (office wall)

Exhibit N-86:   One framed portrait of Tupac SHAKUR.   (master bedroom)

Exhibit N-87:   One framed portrait of Al Pacino as "Scarface," wearing a tuxedo and holding a cigarette. (master bedroom)

Exhibit N-88:   One framed portrait of Christopher WALLACE, aka "Notorious B.I.G."   (master bedroom)

Exhibit N-89:   One framed portrait of Al Pacino as "Scarface," with cigar and liquor bottles.   (master bedroom)

Exhibit N-90:   One framed portrait of Al Pacino as "Scarface," with a cigar.   (master bedroom)

Exhibit N-91:   Personal papers of Terrance Lee SHORT and Terry FLENORY.   (bedroom #3)

Exhibit N-92:   One Luis Vuitton toiletry kit.

Exhibit N-93:   One "MEECH'S HAREM" compact disc.   (master bedroom closet)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02871

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page  6  of  33

5. Program Code

6. Date Prepared
12/10/03

---

Exhibit N-94: A box containing eight cellular telephones, with
eight chargers.  (bedroom #3)

Exhibit N-95: Gregory HORTON checkbook and miscellaneous cards
and papers.

Exhibit N-96: Photographs of Demetrius FLENORY, Terry FLENORY,
Damonne BRANTLEY, and others.  (office)

Exhibit N-97: Assorted jewelry (master bedroom dresser drawer,
master bedroom nightstand, and bedroom #2)

Exhibit N-98: $3,921.00 in U.S. currency.  (master bedroom)

7. The firearms that were found in the house were not processed by DEA
but were turned over to APD Inv. Brian Burns by TFA Koerts pursuant
to the execution of a DEA Form 12.  These firearms included a loaded
machine gun, fully described as an Action Arms 9-mm, SN 4P13276, with
magazine, found in the master bedroom nightstand.  Also seized was a
loaded Sigsauer .40 cal. semi-automatic pistol, Model P229, SN-
AG23256, with magazine, found in bedroom #3; and a Springfield Armory
.45 cal. semi-automatic pistol, SN-N362657, with magazine, found in
bedroom #2.  Other items seized from the house and turned over to
Inv. Burns included ten (10) additional magazine clips, a box of 9-mm
Lugar ammunition, two boxes of .45 cal. ammunition, and one plastic
bag containing .40 cal. ammunition.

8. Several exhibits, including N-64 and N-73, consist of documents that
bear the name of Rowland ALLEN, DOB 9/28/48, the former owner of 6086
Belair Lake Road.  Previous investigation, and records seized at the
house, revealed that ALLEN quitclaimed the property at 6086 Belair
Lake Road to Tonesa L. WELCH "for love and affection" on September
19, 2002.  WELCH is known to be the common-law wife of Terry FLENORY,
younger brother of Demetrius, and ALLEN is known to be a convicted
heroin trafficker and longtime target of DEA Atlanta.  Whether there
exists any kind of drug business relationship between ALLEN and the
FLENORY brothers is currently unknown to DEA.

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

Previous edition dated 8/94 may be used.

02872

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| 3. File Title | |

| 4. Page  7  of  33 | |
|---|---|
| 5. Program Code | 6. Date Prepared  12/10/03 |

9. The aforementioned quitclaim deed, which is part of Exhibit N-64, was witnessed by Cleveland CATO and Victor HAMMONDS, two names that appear on various other documents seized from the house.  Cleveland Edward CATO, DOB 2/27/68, has previously been documented in DEA records as an associate of the FLENORY brothers, and CATO's Farmington, MI residence was searched by DEA Detroit agents on May 23, 2003 ▮▮▮▮▮▮

10. Exhibit N-64 includes copies of five applications, undated, for Sprint cellular telephone service.  The five named applicants, Anthony BANKS, Katie BANKS, David STEWART, Brian MARSHALL, and Leon WASHINGTON, provide various addresses, DOB's, SSN's, and home telephone numbers on their respective applications.  Preliminary investigation indicates that the applicant names are fictitious, and that all of the identifying information that was provided in regard to each Sprint "applicant" was fabricated.  The five Sprint cell phone numbers serviced through the aforementioned applications were 678-457-4128, 404-849-4196, 678-457-4194, 678-457-4240, and 678-457-3063.

11. Further investigation has revealed that the "Brian MARSHALL" Sprint number, 678-457-4240, was in frequent contact during August of 2003 with PN 818-612-2860, a phone number that has been under investigation by Detroit DEA S/A Bob Bell in ▮▮▮▮▮▮  In that DEA Detroit case, two particular targets, Reginald DANCY and Damonne A. BRANTLEY, both known associates of Demetrius FLENORY, were arrested on 11/20/03 and are awaiting trial on cocaine conspiracy and CCE charges.  The 818-612-2860 phone number is one that has been identified by DEA Detroit as strongly associated with Demetrius and Terry FLENORY.

12. Exhibit N-64 also includes copies of Nextel applications, dated 5/31/03, for cellular service for a total of ten Nextel phones, five in the name of Merci SAFAVI (404-328-5581, 404-328-5582, 404-328-5583, 404-328-5584, and 404-328-5585) and five in the name of Sheena MULLINS (404-328-5588, 404-328-5589, 404-328-5590, 404-328-5591, and 404-328-5592).  Information on the applications indicates that SAFAVI and MULLINS dealt with the same sales agent, Ms. Khara Turnlow, were

| DEA Form    - 6a (Jul. 1996) | **DEA SENSITIVE** Drug Enforcement Administration | |
|---|---|---|

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

4.
Page  8  of  33

5. Program Code

6. Date Prepared
12/10/03

at the same Nextel office at the same time, 2:00 PM to 3:00 PM on Saturday, May 31, 2003, and listed identical billing addresses and contact phone numbers, those being 1738 Jefferson Drive, Sandy Springs, GA 30350, PN 404-467-1922.  SAFAVI's applications show her to be acquiring this telephone service as an "individual," while MULLINS's applications list her as acquiring the service as a representative of "The ARCO COMPANY" at the Jefferson Drive address.

13. Previous investigation has revealed that the "ARCO COMPANY" is non-existent in the state of Georgia, and that 1738 Jefferson Drive is located within the Centergate at Morgan Falls apartment complex in a totally residential area off Roswell Road, a few miles north of I-285.  Additionally, Mercedeh ("Merci") SAFAVI, DOB 9/19/67, and Sheena M. MULLINS, DOB 2/16/84, aka "Tonia Rae JORDAN," have previously been identified by APD investigations as being involved in the lease or purchase of various luxury automobiles through "XQUISITE EMPIRE" for actual possession and use by suspected members of the BLACK MAFIA FAMILY, and others.

14. On 9/08/03 Atlanta Police seized nine late-model, high-end vehicles from the parking lot of a townhouse on Angier Court in Atlanta, in furtherance of an investigation of a suspected home invasion that occurred at the townhouse during the late evening of 9/7/03.  In the course of that incident, one man, Cleon JONES, was shot dead, and a second man, Kenneth David HARVEY, was wounded by gunfire.  Police responding to the scene discovered and seized a kilogram of powder cocaine and 46 grams of crack cocaine.  HARVEY and a third individual, Bill MARSHALL, were later charged with cocaine trafficking and are awaiting trial on those charges. In addition to the vehicles, investigators also seized boxes of records pertaining to XQUISITE EMPIRE.  Those records list the names of MARSHALL and HARVEY, among others, and they identify Mercedeh SAFAVI as an XQUISITE lessee, or "go-between," who was then leasing a total of 12 luxury vehicles in her own name.

15. Sheena MULLINS was arrested on a forgery charge by APD at Phipps Plaza in Atlanta on 10/9/03.  In addition to false identification, MULLINS was found to be in possession of numerous sets of car keys

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02874

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No | 2. G-DEP Identifier |
| | 3. File Title | |

4.
Page 9 of 33

| 5. Program Code | 6. Date Prepared 12/10/03 |
|---|---|

(to a Lexus, Ranger Rover, and BMW), lease agreements, $3,700.00 in cash, and one document listing the names of Tonesa WELCH, Rowland ALLEN, and Melissa FIELDS, as well as the address of 6086 Belair Lake Road, Lithonia, GA. Melissa FIELDS, aka Melissa MARSHALL, is known to be the wife, or common-law wife, of Bill MARSHALL.

16. Each and every one of the five "Sheena MULLINS" Nextel phone numbers found by DEA at 6086 Belair Lake Road on 11/17/03, 404-328-5588 through 404-328-5592, is identified in DEA records as having been in contact during August - November of 2003 with either of two phone numbers under investigation by DEA Detroit in ███████ the aforementioned 818-612-2860 as well as 818-612-4816.

17. Exhibit N-68 from the 6086 Belair Lake Road search warrant consists of a spiral notebook containing various cryptic, handwritten notations that pertain to obvious financial expenditures and apparent drug trafficking. An example of these notations is a "Note to Fatboy" that begins with the words, "After all I seen him with 93 but 12 were payed back = 81, his total 1,458." It is known that 81 kilograms of cocaine at $18,000.00 per kilogram, a reasonable wholesale price for an Atlanta-based distributor dealing with a Los Angeles-based supplier, would cost $1,458,000.00.

18. Other notations in Exhibit N-68 mention Los Angeles, "airline ticket," money owed, money paid, "car notes," "first run," "payroll," "cellular phones," "supplies," "Cali run," "2 nights," and various other phrases that seem to be used in reference to tracking the routine expenditures of a large-scale, interstate drug trafficking organization. Also included is a long list of nicknames of subjects who appear to be performing various roles within this suspected criminal organization. Some or all of these names, listed below in alphabetical order, likely belong to the group that has come to be known in Atlanta as the BLACK MAFIA FAMILY:

| | | | |
|---|---|---|---|
| Ace | Cuzo | 50Vant | Moms |
| Ant | D-cuz | 40 | Pig |
| April | D-white | Fresh | Play |
| Ar | Debra | Furly | Playboy |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02875

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| | 1. File No. [redacted] |
| | 2. G-DEP Identifier |
| | 3. File Title [redacted] |
| 4. Page  10  of  33 | |
| 5. Program Code | 6. Date Prepared  12/10/03 |

| | | | |
|---|---|---|---|
| Ben | E | G | Smooth |
| Benny | Eye | Greg | TX Cuz |
| Bi | Eyes | Ken | Ty |
| Big Ben | Fatboy | Lucky | Tye |
| Black | Feak | Mama | W |
| Chuck | 50 | Me | Wetback |
| Country | 50 cent van | Miko | Wilma |

19. It should be noted that the aforementioned XQUISITE EMPIRE records seized by APD include the name of the lessee, in most cases someone who has leased multiple vehicles, and the name of the actual driver, or sub-lessee, although the sub-lessee name is frequently shortened or coded in the XQUISITE EMPIRE documents.  Among records pertaining to over 150 vehicle leases, at least 15 leases specifically list "BMF" as the sub-lessee.  Six samples from these records are listed below:

| Vehicle | Lessor | Sub-Lessee |
|---|---|---|
| Silver 2003 Infinity FX-45 | Stephen JAMES | Cortez WILLIAMS BMF |
| 2003 BMW X5 4by4 | David KING | BMF - E |
| Black 2003 Cadillac Escalade | Mercedeh SAFAVI | BMF - Country Boy |
| Silver 2003 Range Rover | Mercedeh SAFAVI | BMF - Cuzo |
| Black 2003 Mercedes Benz E500 | Stephen JAMES | BMF - Wetback |
| Silver 2003 BMW 760LI | Carmen STALLWORTH | BMF - Mob |

20. The XQUISITE EMPIRE records are significant in their explicit identification of Cortez WILLIAMS as a BMF member.  Cortez WILLIAMS, aka "Tez," has been a principal target of a DEA St. Louis investigation, [redacted], being worked by S/A's Brad Byerley and Chris Ebner.  The extent of any drug business connection between the FLENORY brothers and WILLIAMS is a subject of investigation in both St. Louis and Atlanta.

21. The names "E," "Country," "Cuzo," and "Wetback" are found among both the seized XQUISITE EMPIRE records and the handwritten records found inside 6086 Belair Lake Road on 11/17/03.  The true identities of these four individuals have yet to be determined.  It should also be

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02876

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page 11 of 33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

noted that the XQUISITE EMPIRE records list three 2003 luxury vehicles as being sub-leased by a subject named "Playboy," but this "Playboy" is not specifically identified in the records as a BMF member.

22. In regard to the "BMF-Mob" notation, it is known that the vehicle corresponding with that sub-lessee name, a silver 2003 BMW 760 LI, VIN WBAGN83423DK10414, was seized by DEA Detroit from Reggie DANCY at the time of DANCY's arrest on the aforementioned CCE charge on the morning of 11/20/03. DANCY is known in Detroit as the leader of the "PURITAN AVENUE BOYS," also known as "PA's," a criminal organization allegedly involved in narcotics trafficking, gambling, money laundering, and homicide.

23. Investigation conducted by Detroit IRS Agent Frank Scartozzi ascertained that the above-referenced silver 2003 BMW was purchased at BMW of Fort Myers, FL on 6/6/03 by one Carmen Elaine STALLWORTH, DOB 5/10/75, of 1142 Fountain Crest Drive, Conyers, GA. The purchase price of the BMW was $129,635.00. STALLWORTH made a down payment in the form of a $33,000.00 cashier's check, remitter name Bobby JONES, and agreed to make monthly payments of $1,994.48 to cover the balance due, $97,219.00, on the vehicle. STALLWORTH's loan application listed her occupation as a supervisor at the ARCO COMPANY, 1738 Jefferson Drive in Sandy Springs, GA, with an annual salary of $143,000.00.

24. Further investigation by S/A Scartozzi revealed that Carmen STALLWORTH is, in fact, a teacher in the DeKalb County public school system, as is Bobby JONES, DOB 5/24/69, who is believed to be STALLWORTH's husband. The Detroit investigation ascertained, as did the Atlanta investigation, that the ARCO COMPANY does not exist.

25. Telephone numbers provided by STALLWORTH to BMW of Fort Myers were listed as follows:

    Home 770-760-7
    Work 770-482-7
    Cell 678-858-9

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02877

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮▮ |
| 3. File Title ▮▮▮▮▮ | |

4.
Page  12  of  33

5. Program Code

6. Date Prepared
12/10/03

26. Subscription information provided to DEA in Atlanta in response to DEA administrative subpoenas served on three different phone companies is listed below:

     770-760-▮▮▮ (non-pub)
     Carmen STALLWORTH-JONES
     1142 St. Ives Drive SE
     Conyers, GA
     Billing: Carmen
     1142 Fountain Crest Drive
     Conyers, GA 330013-7404
     Established: 1/9/99
     Credit: Atlanta Public School System
     Ref: Father, John STALLWORTH, 850-438-▮▮▮

     770-482-7905
     Melissa MARSHALL
     3303 Crystal Cove
     Lithonia, GA 30038
     Other Phone Line: 770-482-▮▮▮

     678-858-▮▮▮ (Nextel Phone)
     Kenneth HARVEY
     771 Lindbergh Drive NE, Apt. 6206
     Atlanta, GA 30324-3648
     Date Established: 5/10/03

27. Toll records on the STALLWORTH/HARVEY 678-858-▮▮▮ number show it to have been in contact during June of 2003 with St. Louis number 314-574-7115, a number that was under investigation by DEA St. Louis during the same time period in the aforementioned ▮▮▮▮▮

28. It is known that 3303 Crystal Cove in Lithonia, GA is an address that has been used by William "Bill" MARSHALL, the subject who is awaiting trial in connection with the aforementioned 9/7/03 home invasion and cocaine seizure. Since Kenneth HARVEY is MARSHALL's co-defendant in that case, it is clear that Carmen STALLWORTH, through the telephone

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02878

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
**Page 13 of 33**

5. Program Code

6. Date Prepared
12/10/03

numbers she provided when purchasing the Reggie DANCY BMW, is clearly connected to two of the principals involved in the 9/7/03 shooting and drug seizure on Angier Court.

29. In the XQUISITE EMPIRE records seized by APD, STALLWORTH is listed as the lessee of seven luxury vehicles, including a second "BMF" vehicle, a silver 2004 Porsche Cayenne Turbo. The records further show that, in leasing these vehicles, STALLWORTH dealt with seven different lenders, listed as GMAC, BMWF, Wachovia, FMCC, New South, Honda Finance, and Associated Federal Credit Union. Similarly, the 12 XQUISITE EMPIRE vehicles leased by Mercedeh SAFAVI list financing provided to SAFAVI from 12 different lenders.

30. Exhibit N-69 from 6086 Belair Lake Road is a box containing actual license plates along with numerous records pertaining to late-model luxury vehicles, including titles, registrations, and insurance cards. Names listed with one or more of these vehicles include Kimberly Jene BROWN of Jonesboro, GA, Andrea Romaine PIERCE of Stone Mountain, GA, Kenneth HARVEY, Cassander Lanay DOTSON of Stone Mountain, the ARCO COMPANY, Carmen STALLWORTH, STOMPING GROUND ENTERTAINMENT of Gardena, CA, Melissa MARSHALL, Bill MARSHALL, David KING of Ellenwood, GA, Jabari HAYES of Atlanta, and Randy Jerome SEVILLE of Dallas, TX and Canton, MI. (DEA Detroit has since ascertained that "Randy Jerome SEVILLE" is an alias name used on a Michigan Driver License by Terry FLENORY.)

31. One of the documents in Exhibit N-69 is a Georgia Certificate of Title on a white 2003 Acura Coupe, listing the owner's name as the ARCO COMPANY, Melody FIELDS, 3303 Crystal Cove, Lithonia, GA 30038-3471. Investigation in this case indicates that Melody FIELDS, DOB 12/13/46, is possibly the mother of Melissa (FIELDS) MARSHALL.

32. Exhibit N-69 also includes a cash receipt in the amount of $6,500.00, reflecting a purchase of a "Jerusalem Landscape-Lacquer" from the Wentworth Gallery at Phipps Plaza in Atlanta on 9/26/02. The receipt lists the buyer as "Tony WELCH" of 1231 Liebold, Detroit, MI 48217, PN 313-849-2426. From previous investigation, it is known that

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02879

## REPORT OF INVESTIGATION

*(Continuation)*

| 1. File No. | | 2. G-DEP Identifier |
|---|---|---|
| 3. File Title | | |

4.
Page   14   of   33

5. Program Code

6. Date Prepared
12/10/03

"Tony" is a nickname used by Tonesa WELCH, the purported owner of the house at 6086 Belair Lake Road.

33. Another item in Exhibit N-69 is a receipt for $39,814.00 reflecting a cashier's check in that amount paid to Wells Fargo by Rowland ALLEN on 10/22/02. The receipt further indicates that ALLEN was making this payment to Wells Fargo as the mortgage lender, loan #0022092407, in regard to 6086 Belair Lake Road. What is notable about the receipt is the date, 10/22/02, which is one month after ALLEN supposedly quitclaimed the Belair Lake property to Tonesa WELCH. This matter is being further investigated by Atlanta IRS Agent John Schmarkey.

34. Also contained within Exhibit N-69 is a copy of an automobile insurance application completed on 6/27/03 by one "Jeff WILSON" of 3995 12th Street in Ecorse, MI, listing a phone number of 313-382-6864. DEA records indicate that this phone number, 313-382-6864, came under investigation in April of 2002 in a second DEA Detroit case, ▓▓▓▓▓▓▓▓ a case that lists Demetrius FLENORY, Terry FLENORY and Melanie DODSON as other subjects of investigation.

35. Exhibit N-69 also includes a Comcast Cable TV bill, dated 11/3/03, issued to Melanie DODSON for service at 6086 Belair Lake Road, Lithonia, GA. From previous investigation, it is known that DODSON, DOB 4/25/76, is identified as the 6086 Belair Lake Road service recipient in records maintained by Snapping Shoals Electric, Georgia Natural Gas, and the DeKalb County Treasury, in addition to Comcast. It is noteworthy that DODSON and WELCH, who are listed on almost all records pertaining to 6086 Belair Lake Road, were apparently not used by BMF members for the leasing or registration of any motor vehicles.

36. Exhibit N-73 includes an undated letter from an incarcerated subject who signs off as "Clay." The letter does not reflect a return address or an addressee. In the letter, "Clay" refers to a 1999 motor vehicle stop supposedly made in Illinois in 1999, boasts repeatedly of the fact that he is not cooperating with law enforcement despite DEA or FBI pressure to do so, and mentions various accomplice names such as "Jesse," "Big Rick," "Dude,"

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

4.

Page 15 of 33

5. Program Code

6. Date Prepared
12/10/03

"Shorty," "Dukes," and "Duck." The letter indicates that the writer is incarcerated somewhere in the state of Michigan, and that he has a great deal of respect for the recipient of the letter. (Detroit S/A Bob Bell has advised that the letter writer, "Clay," is most likely one Clyde W. BATES, DOB 6/16/71, a subject who is currently incarcerated and is listed in DEA records as an associate of Terry FLENORY.)

37. Exhibit N-73 also includes a Georgia Power invoice and a Georgia Natural Gas invoice, both dated 10/31/03, both addressed to one Darleen JOHNSON at 1303 Peachtree View Drive NE, Atlanta, GA 30319-3413. It should be noted that Exhibit N-68 includes the handwritten notation, "August 5, Bi 10,000 to close at Peachtree View, 3500 to Arn for pool guy." The BMF or FLENORY connection to the residence at 1303 Peachtree View Drive in Atlanta will be further investigated.

38. Exhibit N-75 consists of a torn receipt reflecting a cash payment of $23,005.00 made to Bang & Olufsen (seller of electronic equipment) at Phipps Plaza in Atlanta, dated 6/16/03. This paperwork includes an invoice addressed to "Victor NEWMAN" of "6886 Bellair Lake Road" in Lithonia, with a notice to ship to "Victor HAMMONDS" of 4593 Latchwood Drive in Lithonia, phone number 678-361-9610. The 678-361-9610 phone number is notable because it is listed with the name "Victor JOHNSON" on an auto repair receipt in Exhibit N-68, and because it is listed in NADDIS records with the name "COUNTRY" LNU under case ▓▓▓▓▓▓▓▓ According to the ▓▓▓▓▓▓▓ case agent, S/A Juan Calvo, that case primarily concerns a fugitive from Jacksonville, FL, Jamad M. ALI aka Gary Jamad HILL, and does not involve either of the FLENORY brothers. Further investigation will be conducted regarding the correct identity of Victor JOHNSON/HAMMONDS/NEWMAN, and regarding the association between that individual and either Demetrius FLENORY or the BMF.

39. Exhibit N-79 includes miscellaneous paperwork bearing the name Michael Anthony GREEN, including a Delta Airlines receipt for a flight made by GREEN from Detroit to Los Angeles on 7/18/03. The seized records indicate that "Michael Anthony GREEN" might actually be an alias name, based on the following: Agents seized a Michigan

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

Previous edition dated 8/94 may be used.

02881



**REPORT OF INVESTIGATION**

*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page  16  of  33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

D.L. in the name of Michael Anthony GREEN, DOB 7/20/67, 8070 Carlin Street, Detroit, MI, but agents also seized a New York birth certificate for Michael Anthony HOLYFIELD, DOB 7/21/67, and a Social Security card for one Michael A. HOLYFIELD, SSN ▓▓▓▓▓▓  It should be noted that DEA Detroit has previously identified Michael Anthony GREEN, DOB 7/20/67, as a suspected cocaine trafficker (I7-00-0036) but not in connection with the FLENORY brothers.

40. Exhibit N-79 also includes a small spiral notebook containing more handwritten notations pertaining to suspected drug trafficking. The notebook charts expenses for such items as "flight," "gas," "room," "supplies," and "phones," and contains a great deal of computing of various figures, which reach amounts as high as 1,180,000, 1,125,000, and 1,239,852. This notebook also contains the below-listed coded names, some of which were also found in Exhibit N-68:

| | | | |
|---|---|---|---|
| Ac | BM | 50 Cent | Pla |
| Ace | BS | G | Play |
| Anthony | Chuck | Ham | Slick |
| Ar | Co | Kim WB | V |
| Bac | Cuzo | Luck | W |
| Ben | D-Cuzo | Lucky | Wally |
| Bi | Dani | Michelle | Wb Kim |
| Bill | E | Neil | White Boy & Kim |
| Black | Fat | New York | Wu |

41. Exhibit N-91 consists mostly of miscellaneous documentation bearing the name of one Terrance Lee SHORT, DOB 2/18/73. The paperwork indicates that SHORT is originally from Ohio and served many years in the Air Force, mostly in Texas. SHORT currently holds a CDL from the state of Texas. Whether SHORT was actually residing at 6086 Belair Lake Road is unknown, and SHORT's connection to the BMF or the FLENORY brothers is unknown, although it appears that he may be a FLENORY cousin.

42. Exhibit N-92 also includes various identification cards in the names of Rhonda Y. MAJOR and Terry L. FLENORY, and a Social Security card

| | |
|---|---|
| DEA Form    - 6a<br>(Jul. 1996) | **DEA SENSITIVE**<br>Drug Enforcement Administration |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02882

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | | |
| 3. File Title | | |

4.
Page 17 of 33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

displaying the number ▮▮▮▮▮ with the name "Terry Flenory Major." It should be noted that DEA records from Detroit ▮▮▮▮ identify Rhonda Yvonne MAJOR as an associate of Terry FLENORY.

43. Exhibit N-93 consists of a compact disc that plays about a dozen rap songs by a variety of artists. Exhibit N-93 is the only CD that was seized from a stack of approximately 50 – 60 identical CD's in the master bedroom closet. The front cover of Exhibit N-93 reads "MEECH'S Harem! A Birthday Celebration of Mass Proportions!" The inside of the front cover reads, in part, "A Birthday Celebration Fit for a King. Brought to you exclusively by BMF." Of most significance is what is stated on the back of the CD jacket, which is, "Saturday June 21, 2003, you're invited to indulge in the … Mysterious. A Birthday Celebration for a Unique Man! The Man: MEECH. The Celebration: His Birthday. The Venue: JUSTIN's. The Time: 10PM. JUSTIN'S RESTAURANT & BAR, 2200 Peachtree Road, Atlanta, Georgia. To RSVP call 404-603-5353 before Friday June 20, 2003."

44. The date of birth of Demetrius E. FLENORY, aka "MEECH," is June 21, 1968. Although the name "Demetrius FLENORY" was not seen on any of the documents or various other items found inside 6086 Belair Lake Road on 11/17/03, and the name "MEECH" was found only on Exhibit N-93, it would appear that Exhibit N-93 counters any claim of no connection between Demetrius FLENORY and 6086 Belair Lake Road. The stack of CD's displaying a label clearly honoring "MEECH," the listing of the June 21 birthday, and the additional mention of the BMF all serve to solidify evidence of the strong association among the house, the BLACK MAFIA FAMILY, and Demetrius FLENORY.

45. A review of the content of Exhibit N-93 reveals a variety of rap songs containing lyrics that celebrate such activities as selling cocaine, carrying multiple firearms, killing witnesses, and "never snitch(ing)." The disc jockey on the C.D. pays verbal homage to "MEECH" after every song, and also mentions "Big T" in connection with the BMF, at one point stating, "We're celebrating the King, my man Meech, 'Big T,' BMF For Life." ("Big T" is a known moniker for Terry FLENORY.) The disc jockey states several times, "My man MEECH

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02883

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page  18  of   33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

is in the house," then finishes the CD with the pronouncement, "Let no man separate what we have created, man, BMF For Life."

46. It is notable that JUSTIN'S was the setting for Demetrius FLENORY's birthday party. JUSTIN'S is an upscale Buckhead restaurant that is known to be owned by Sean "Puffy" COMBS, who is also known to have been very close with Anthony "Wolf" JONES, one of the two 11/11/03 murder victims. The nature of the relationship between COMBS and FLENORY is unknown.

47. Exhibit N-94, the eight seized cellular phones, were found by S/A Linder to have the following phone numbers:

| | |
|---|---|
| Nextel/Motorola L305X | 313-790-9425 (130*21*8988) |
| T-Mobile Motorola | 321-276-2272 |
| Motorola Verizon | 404-783-0505 |
| Motorola Verizon | 404-783-0802 |
| SPRINT 3585 Nokia | 404-849-4236 |
| SPRINT Sanyo PCS Vision (red) | 678-923-5745 |
| Kyocera Verizon | 909-238-1722 |
| SPRINT Sanyo PCS Vision(clear) | 909-534-6038 |

48. Two of the Exhibit N-94 cellular phones, 909-238-1722 and 909-534-6038, are listed in DEA records as having been in contact during the summer of 2003 with PN 314-452-5274, a primary target telephone number in the aforementioned St. Louis investigation, ▇▇▇▇. Although seized in Lithonia,GA, the 909-238-1722 and 909-534-6038 phone numbers are serviced, respectively, out of Ontario, CA and San Bernardino, CA.

49. Exhibit N-95 consists of miscellaneous documents and business cards, some of which display handwritten names and telephone numbers. Included within Exhibit N-95 is a checkbook reflecting a Delta Employees Credit Union checking account in the name of one Gregory Q. HORTON, Jr.; a state of Michigan identification card in the name of James T. MOBLEY, DOB 8/11/70; and a credit card and an airline receipt bearing the name of Guerville INNOCENT.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02884



## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page  19  of  33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

50. Included in Exhibit N-96 are several photographs of Demetrius FLENORY and Terry FLENORY posing together. Two of those photos, which were taken at CLUB ONE TWELVE in Atlanta, date unknown, show two other black males posing with the FLENORY brothers. One of those two subjects is clearly recognizable as Damonne A. BRANTLEY, aka "MONE," one of the two principal defendants in ▓▓▓▓▓▓▓ s well as a longtime target of investigation under this case file. BRANTLEY and the FLENORY brothers reportedly had a falling-out approximately two years ago. Aside from the photographs, there was no other evidence found at the Belair Lake Road house that obviously pertained to BRANTLEY.

51. Exhibit N-97, the jewelry, consisted of 10 separate items, including four watches, a bracelet, a pair of earrings, two necklaces, and two pendants. Most notable was the white gold diamond bracelet that was found to contain 100 25-carat "princess cut" diamonds, appraised value $50,000.00; and the two pendants, each worth $15,000.00 and each displaying lettering in white gold reading "BMF 4 LIFE."

52. The following names, not mentioned elsewhere in this report, were also found listed on one or more documents found during the 11/17/03 search at 6086 Belair Lake Road: Richard AUGUSTINE, Ben BELL, Vanessa BRIDGES, Harold CHAPMAN, Walter DANCHAK, Joel DESIR, Freddie DIXON, Armando FERNANDEZ, Twyanna HAMZIE, Thurman JOHNSON, Jenny McCOY, Michael MOORE, Jason ROBERTS, Stephania R. SHINE, Michael SHORTEN, Kenneth C. SMITH, Mark THOMAS, William TURNER, and Clay M. WEIBEL. Any available identifying information on these subjects is listed in the indexing section of this report.

53. The following telephone numbers, not listed elsewhere in this report, were found listed on various cards and papers located inside 6086 Belair Lake Road on 11/17/03. These numbers were either not attached to a full name, or were not attached to any name at all. The seized telephone numbers in this category are:

        289-6528  (M)        404-569-2820
        328-6864      -           404-569-2852

| | | |
|---|---|---|
| DEA Form   - 6a<br>(Jul. 1996) | **DEA SENSITIVE**<br>Drug Enforcement Administration | |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02885

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|

3. File Title

4.
Page  20  of  33

5. Program Code

6. Date Prepared
12/10/03

| | |
|---|---|
| 435-2205 | 404-886-5409 |
| 506-0598 | 678-343-8673 |
| 575-3802 | 678-523-2188  (Val) |
| 587-4141 | 678-923-5745 |
| 617-0734 | 770-270-0004  (Lisa) |
| 313-753-1269 | 770-388-0598 |
| 404-210-3124 | 909-941-6646 |
| 404-218-3559  (Curtis) | 954-575-0373 |
| 404-472-9317 | 973-605-1251 |
| 404-569-2789 | |

54. OTHER OFFICERS: G/S Jeffrey Dalman, S/A's William Baxley, Joe Walker, Julio Alba, and Shontal Linder, TFA's Marvin Oglesby, Dan DeVita, Greg Carson, Frank McCann, Gene Beard, Grayling Jordan, Terry Mullins, Allen Martin, John Koerts, and Tony Smith, APD Sgt. Mike Juliano, APD Inv. Brian Burns, DeKalb Co. Police Sgt. Bradbury, and FBI S/A Matthew Ross.

### CUSTODY OF EVIDENCE

Exhibits 1-3, described in paragraph 6 of this report, were seized by S/A Shontal Linder and TFA John Koerts from 6086 Belair Lake Road in Lithonia, GA on 11/17/03.  The exhibits were maintained in DEA custody until sent to DEA SEL, Miami, FL by S/A Jack Harvey, Federal Express Receipt #8447 6379 1329.

Exhibits N-62 through N-98, described in paragraph 6 of this report, were seized by S/A Shontal Linder and TFA John Koerts from 6086 Belair Lake Road in Lithonia, GA on 11/17/03.  Exhibits N-62 through N-96 were subsequently submitted for safekeeping to the Atlanta D.O. non-drug evidence custodian.  Exhibit N-97, after appraisal, and Exhibit N-98, after conversion to a cashier check, were turned over to the U.S. Marshals Service, pending DEA administrative forfeiture proceedings.

### INDEXING

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02886

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|

3. File Title

4.
Page 21 of 33

5. Program Code

6. Date Prepared
12/10/03



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02887

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4. Page 22 of 33 | |
|---|---|

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

| 4. Page 23 of 33 | |
|---|---|

5. Program Code

6. Date Prepared
12/10/03



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No | 2. G-DEP Identifier |
|---|---|
| 3. File Title | |

4.
Page   24   of   33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

DEA Form        - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02890

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | | |

3. File Title

4.
**Page 25 of 33**

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

02891

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
### (Continuation)

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

4.
Page 26 of 33

5. Program Code

6. Date Prepared
12/10/03

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02892

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4.
**Page 27 of 33**

5. Program Code

6. Date Prepared
12/10/03

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02893

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4.
Page 28 of 33

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

U.S. Department of Justice ( )
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|

| 3. File Title |
|---|

| 4. | |
|---|---|
| Page 29 of 33 | |

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 12/10/03 |

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

4.
Page  30  of  33

5. Program Code

6. Date Prepared
12/10/03



DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02896

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No | 2. G-DEP Identifier |
|---|---|

3. File Title

4.
Page  31  of  33

5. Program Code

6. Date Prepared
12/10/03

DEA Form        - 6a
(Jul. 1996)

## DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02897

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| | |

3. File Title

4.
Page  32  of  33

5. Program Code

6. Date Prepared
12/10/03



DEA Form    - 6a
(Jul. 1996)

## DEA SENSITIVE
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|

3. File Title

4.
Page   33   of   33

5. Program Code

6. Date Prepared
12/10/03

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

02899