# CRIMINAL WARRANT

~~SUPERIOR~~ *Magistrate* COURT OF FULTON COUNTY:
GEORGIA, Fulton County.

## AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came <u>Inv. W.L.BRITT</u>, who on oath says that to the best of his/her knowledge and belief <u>THAT DEMETRIUS FLENORY, B/M, DOB 06-21-61 (AKA MEECH)</u> (hereinafter called the accused) did at <u>APPROXIMATELY 7:30 PM</u>on the <u>23TH,</u> day of <u>NOVEMBER</u>, 2004, in the county aforesaid, commit the offense of <u>V.G.C.S.A.POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE 16-13-30</u>, in that said accused did <u>HAVE IN HIS POSSESSION MORE THAN FIVE OUNCES OF MARIJUANA WHICH WERE CONTAINED IN PLASTIC BAGS FOUND IN THE MASTER BED ROOM AND KITCHEN AREA OF THE RESIDENCE, THESE ITEMS WERE SEIZED BY INV.W.L. BRITT DURING THE EXECUTION OF A SEARCH WARRANT AT DEMETRIUS FLENORY PLACE OF RESIDENCE, LOCATED AT 4363 PARAN PLACE, CITY OF ATLANTA, FULTON COUNTY , GEORGIA.</u> and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,
this __14 Oct__, 20__05__.

_____
Deputy Clerk
State Court of Fulton County

_____
Inv. W L Britt
Prosecutor

## STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of said State **GREETING:** For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of:
<u>POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE 16-13-30,</u>
and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

This __14 Oct__, 20__05__.

_____
JUDGE, SUPERIOR COURT OF FULTON COUNTY

09321

# SUPERIOR COURT OF FULTON COUNTY

No. 231641 MC

**CRIMINAL WARRANT**
THE STATE
versus

DEMETRIUS FLENORY

| RACE | D.O.B. | SEX | HGT. | WGT. |
|---|---|---|---|---|
| B | 06-21-61 | M | 5'10-6'00 | 180-200LBS |

ADDRESS LAST KNOWN <u>4362 PARAN PLACE, ATLANTA, GA</u>

BUSINESS _____

PHONE NUMBER ( )

BOND $ 3000<sup>oo</sup>

CHARGE: <u>POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE 16-13-30</u>

PROSECUTOR NAME & ADDRESS: <u>RAND CSEHY</u>

PHONE NUMBER (404-730-4889)
ATTY/PROSECUTOR: NAME/ADDRESS/PHONE
<u>FULTON COUNTY SUPERIOR COURT</u>

PROSECUTOR NOTIFIED BY: _____
DATE: __/__/__   TIME: ____ AM/PM
PERSON NOTIFIED: _____

CALENDAR DATE AND NUMBER

CASE # _____

---

**WITNESSES FOR THE STATE**

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

****************************

NOTES:

---

GEORGIA, Fulton County:

After hearing evidence the accused is

Discharged _____

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

DISMISSED _____

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

*******************
**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that the accused give bond of $_____ dollars for his/her appearance at the STATE COURT/SUPERIOR COURT of said County now in session, to answer to the Charge of: _____

or in default that they be committed to jail

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.
*********************************
**GEORGIA, FULTON COUNTY:**
Executed the within warrant by arresting the defendant, this _____, 20___.

_____
ARRESTING OFFICER(S)

$ _____

---

GEORGIA, FULTON COUNTY
I, do certify that the within and foregoing is a true complete and correct copy of the original in said court as appears by the original on file in the office of Clerk of Fulton Magistrate Court, consisting of ___ pages.
Witness my hand and the seal of said Court, this the ___ day of October, 20___

_____
DEPUTY CLERK, FULTON MAGISTRATE COURT

09322

# CRIMINAL WARRANT

~~SUPERIOR~~ *Magistrate* **COURT OF FULTON COUNTY:**
**GEORGIA, Fulton County.**

## AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came Inv. W.L.BRITT, who on oath says that to the best of his/her knowledge and belief THAT DEMETRIUS FLENORY, B/M, DOB 06-21-61 (AKA MEECH) (hereinafter called the accused) did at APPROXIMATELY 7:30 PM on the 23TH, day of NOVEMBER, 2004, in the county aforesaid, commit the offense of **POSSESSION OF FIREARM BY CONVICTED FELON 16-11-131**, in that said accused did HAVE IN HIS POSSESSION A GLOCK 40 CAL. SEMI AUTO WHICH WAS SEIZED BY INV.W.L. BRITT DURING THE EXECUTION OF A SEARCH WARRANT AT DEMETRIUS FLENORY PLACE OF RESIDENCE IN LINEN CLOSET LOCATED AT 4363 PARAN PLACE, CITY OF ATLANTA, FULTON COUNTY, GEORGIA. and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,
this 14 Oct, 2005.

_____
Deputy Clerk
State Court of Fulton County

_____
Inv. W. L. Britt
Prosecutor

## STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of said State **GREETING:** For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of:

POSSESSION OF A FIREARM BY CONVICTED FELON 16-11-131,

and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

This 14 Oct, 2005.

_____
JUDGE, SUPERIOR COURT OF FULTON COUNTY

09323

# SUPERIOR COURT OF FULTON COUNTY

No. 231644MC

CRIMINAL WARRANT
THE STATE
versus

DEMETRIUS FLENORY

| RACE | D.O.B. | SEX | HGT. | WGT. |
|---|---|---|---|---|
| B | 06-21-61 | M | 5'10"-6'00" | 180-200LBS |

ADDRESS LAST KNOWN 4362 PARAN PLACE, ATLANTA, GA

BUSINESS _____

PHONE NUMBER ( ) _____

BOND $ NO BOND

CHARGE: POSSESSION OF FIREARM BY CONVICTED FELON 16-11-131

PROSECUTOR NAME & ADDRESS: RAND CSEHY

PHONE NUMBER (404-730-4889)
ATTY/PROSECUTOR: NAME/ADDRESS/PHONE
FULTON COUNTY SUPERIOR COURT
PROSECUTOR NOTIFIED BY: _____
DATE: ___/___/___ TIME: ___ AM/PM
PERSON NOTIFIED: _____

| CALENDAR DATE AND NUMBER | |
|---|---|
| | |
| | |
| | |
| | |

CASE # _____

## WITNESSES FOR THE STATE

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

*************************

NOTES:

GEORGIA, FULTON COUNTY
I, do certify that the within and foregoing is a true complete and correct copy of the original in said court as appears by the original on file in the office of Clerk of Fulton Magistrate Court, consisting of ___ pages.
Witness my hand and the seal of said Court, this the ___ day of October, 2005
_____
DEPUTY CLERK, FULTON MAGISTRATE COURT

## GEORGIA, Fulton County:

After hearing evidence the accused is

Discharged _____

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

DISMISSED _____

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

*************************
GEORGIA, FULTON COUNTY:
After hearing evidence it is ordered that the accused give bond of $ _____ dollars for his/her appearance at the STATE COURT/SUPERIOR COURT of said County now in session, to answer to the Charge of:

or in default that they be committed to jail

This _____, 20___.

_____
JUDGE, SUPERIOR COURT-FULTON CO.
*************************
GEORGIA, FULTON COUNTY:
Executed the within warrant by arresting the defendant, this _____, 20___.

_____
ARRESTING OFFICER(S)

$ _____

09324

# CRIMINAL WARRANT

~~SUPERIOR~~ *Magistrate* COURT OF FULTON COUNTY:
GEORGIA, Fulton County.

## AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came Inv. W.L.BRITT, who on oath says that to the best of his/her knowledge and belief THAT DEMETRIUS FLENORY, B/M, DOB 06-21-61 (AKA MEECH) (hereinafter called the accused) did at APPROXIMATELY 7:30 PM on the 23TH, day of NOVEMBER, 2004, in the county aforesaid, commit the offense of POSSESSION OF FIREARM DURING THE COMMISSION OF A CRIME 16-11-106,
in that said accused did HAVE IN HIS POSSESSION A GLOCK 40 CAL. SEMI AUTO WHICH WAS SEIZED BY INV.W.L. BRITT DURING THE EXECUTION OF A SEARCH WARRANT AT DEMETRIUS FLENORY PLACE OF RESIDENCE IN LINEN CLOSET LOCATED AT 4363 PARAN PLACE, CITY OF ATLANTA, FULTON COUNTY, GEORGIA. and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,
this 14 Oct., 2006.

_____
Inv. W. L. Britt
Prosecutor

_____
Deputy Clerk
State Court of Fulton County

## STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of said State **GREETING:** For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of:
POSSESSION OF A FIREARM DURING THE COMMISSION OF A CRIME 16-11-106,
and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

This 14 Oct., 2006.

_____
JUDGE, SUPERIOR COURT OF FULTON COUNTY

09325

# SUPERIOR COURT OF FULTON COUNTY

No. 031643 MC

**CRIMINAL WARRANT**
THE STATE
versus

DEMETRIUS FLENORY

| RACE | D.O.B. | SEX | HGT. | WGT. |
|------|--------|-----|------|------|
| B | 06-21-61 | M | 5'10"-6'00" | 180-200LBS |

ADDRESS LAST KNOWN 4362 PARAN PLACE, ATLANTA, GA

BUSINESS _____

PHONE NUMBER ( ) _____

BOND $ No BOND

CHARGE: POSSESSION OF FIREARM DURING COMMISSION OF A CRIME 16-11-106

PROSECUTOR NAME & ADDRESS: RAND CSEHY

PHONE NUMBER (404-730-4889)
ATTY/PROSECUTOR: NAME/ADDRESS/PHONE
FULTON COUNTY SUPERIOR COURT

PROSECUTOR NOTIFIED BY: _____

DATE: __/__/__   TIME: ___ AM/PM

PERSON NOTIFIED: _____

CALENDAR DATE AND NUMBER

CASE # _____

---

**WITNESSES FOR THE STATE**

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

**************************

NOTES:

GEORGIA, FULTON COUNTY
I, do certify that the within and foregoing is a true complete and correct copy of the original in said court as appears by the original on file in the office of Clerk of Fulton Magistrate Court, consisting of ___ pages.
Witness my hand and the seal of said Court this the 14 day of October, 20___
[signature]
DEPUTY CLERK, FULTON MAGISTRATE COURT

---

**GEORGIA, Fulton County:**

After hearing evidence the accused is

Discharged _____

This _____, 20___.

JUDGE, SUPERIOR COURT-FULTON CO.

DISMISSED _____

This _____, 20___.

JUDGE, SUPERIOR COURT-FULTON CO.

**************************
**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that the accused give bond of $_____ dollars for his/her appearance at the STATE COURT/SUPERIOR COURT of said County now in session, to answer to the Charge of:

or in default that they be committed to jail

This _____, 20___.

JUDGE, SUPERIOR COURT-FULTON CO.
**************************
**GEORGIA, FULTON COUNTY:**
Executed the within warrant by arresting the defendant, this _____, 20___.

ARRESTING OFFICER(S)

$ _____

09326

# CRIMINAL WARRANT

*Magistrate*
## SUPERIOR COURT OF FULTON COUNTY:
## GEORGIA, Fulton County.

### AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came **Inv. W.L.BRITT**, who on oath says that to the best of his/her knowledge and belief THAT DEMETRIUS FLENORY, B/M, DOB 06-21-61 (AKA MEECH) (hereinafter called the accused) did at APPROXIMATELY 7:30 PM on the 23TH, day of NOVEMBER, 2004, in the county aforesaid, commit the offense of **V.G.C.S.A.POSSESSION OF COCAINE 16-13-30**, in that said accused did HAVE IN HIS POSSESSION COCAINE WHICH WAS CONCEALED IN PLASTIC WRAPPINGS FOUND IN THE GARAGE AREA OF THE RESIDENCE THESE ITEMS WERE SEIZED BY INV.W.L. BRITT DURING THE EXECUTION OF A SEARCH WARRANT AT DEMETRIUS FLENORY PLACE OF RESIDENCE LOCATED AT 4363 PARAN PLACE, CITY OF ATLANTA, FULTON COUNTY , GEORGIA. and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me, this _14 Oct_, 20_05_.

_Inv. W. L. Britt_
Prosecutor

_[signature]_
Deputy Clerk
State Court of Fulton County

### STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of said State **GREETING:** For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of:

POSSESSION OF COCAINE 16-13-30,

and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

This _14 Oct_, 20_05_.

_[signature]_
JUDGE, SUPERIOR COURT OF FULTON COUNTY

09327

# SUPERIOR COURT OF FULTON COUNTY

NO. _C31642 MC_

**CRIMINAL WARRANT**
THE STATE
versus

DEMETRIUS FLENORY

| RACE | D.O.B. | SEX | HGT. | WGT. |
|---|---|---|---|---|
| B | 06-21-61 | M | 5'10"-6'00" | 180-200LBS |

ADDRESS LAST KNOWN 4362 PARAN PLACE, ATLANTA, GA

BUSINESS _____

PHONE NUMBER ( ) _____

BOND $ _NO BOND_

CHARGE: POSSESSION OF COCAINE 16-13-30

PROSECUTOR NAME & ADDRESS: RAND CSEHY

PHONE NUMBER (404-730-4889)
ATTY/PROSECUTOR:   NAME/ADDRESS/PHONE

FULTON COUNTY SUPERIOR COURT

PROSECUTOR NOTIFIED BY: _____

DATE: ___/___/___   TIME: _____ AM/PM

PERSON NOTIFIED: _____

CALENDAR DATE AND NUMBER

CASE # _____

---

**WITNESSES FOR THE STATE**

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

Name: _____
Address: _____
Phone: _____

**********************

NOTES:

---

**GEORGIA, Fulton County:**

After hearing evidence the accused is

Discharged _____

This _____, 20____.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

DISMISSED _____

This _____, 20____.

_____
JUDGE, SUPERIOR COURT-FULTON CO.

**********************
**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that the accused give bond of $ _____ dollars for his/her appearance at the STATE COURT/SUPERIOR COURT of said County now in session, to answer to the Charge of:

or in default that they be committed to jail

This _____, 20____.

_____
JUDGE, SUPERIOR COURT-FULTON CO.
**********************
**GEORGIA, FULTON COUNTY:**
Executed the within warrant by arresting the defendant, this _____, 20____.

_____
ARRESTING OFFICER(S)

$ _____

---

GEORGIA, FULTON COUNTY
I, do certify that the within and foregoing is a true complete and correct copy of the original in said court as appears by the original on file in the office of Clerk of Fulton Magistrate Court, consisting of ____ pages.
Witness my hand and the seal of said Court, this the ____ day of _____, 20____.

_____
DEPUTY CLERK, FULTON MAGISTRATE COURT

09328