# SEARCH WARRANTS (PERSONS)

THE STATE OF TEXAS

COUNTY OF COLLIN

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Collin County, Texas, or any Peace Officer of the State of Texas:

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit appearing on the reverse hereof is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and establishes the existence of property grounds for the issuance of this Warrant:

NOW, THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit and to there search for the person described in said Affidavit and to seize him and bring him before me. Herein fail not, but have you then and there this Warrant within three days, exclusive of the day of its execution, with your return thereon.

ISSUED AT __6:25__ o'clock __P__ M, on this the __19__ day of __October 2005__, to certify which witness my hand this day.

_____
MAGISTRATE, COLLIN COUNTY, TEXAS

## RETURN AND INVENTORY

THE STATE OF TEXAS

COLLIN COUNTY

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the __20__ day of __October__ 2005, by making the search directed therein and seizing during such search the following described person, property or items: __DEMETRIOUS FLENORY__

_____ Affiant

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this the ____ day of _____, 2005.

__Texas Peace Officer__
NOTARY PUBLIC, In and For Collin County, Texas

09384