STATE OF TEXAS

COUNTY OF COLLIN

THE UNDERSIGNED AFFIANT, BEING A PEACE OFFICER UNDER THE LAWS OF TEXAS AND BEING DULY SWORN, ON OATH MAKES THE FOLLOWING STATEMENTS AND ACCUSATIONS.

1. THERE IS IN COLLIN COUNTY, TEXAS, A SUSPECTED PLACE AND PREMISES DESCRIBED AND LOCATED AS FOLLOWS:

5173 Brandywine Lane, Frisco, Collin County, Texas. A White Stucco single family dwelling, with garage doors on each side of the front door, the front of the residence facing to the north and the rear of the residence faces south. ANY AND ALL CURTLEDGE AND VEHICLES LOCATED ON THE PREMISES.

LEGAL DESCRIPTION: 5173 Brandywine, Frisco, Collin County, Texas.

2. SAID SUSPECTED PLACE AND PREMISES ARE IN CUSTODY OF AND CONTROLLED BY EACH OF THE FOLLOWING PERSON:

    DEMETRIUS EDWARD FLENORY, Black Male, Date of Birth: 6/21/68.
    (FBI ID#886148HA7)
    SOCIAL SECURITY #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.

3. IT IS THE BELIEF OF AFFIANT THAT A SPECIFIC CRIMINAL OFFENSE HAS BEEN COMMITTED, TO WIT:

    1. POSSESSION OF MARIJUANA AND MARIJUANA PARAPHERNELIA.

4. THERE IS AT SAID SUSPECTED PLACE AND PREMISES, PROPERTY AND ITEMS CONCEALED AND KEPT, CONSTITUTING EVIDENCE OF SAID OFFENSE DESCRIBED IN PARAGRAPH 3 AND CONSTITUTING EVIDENCE THAT THE PERSON DESCRIBED ABOVE IN PARAGRAPH 2 COMMITTED SAID OFFENSE, SAID PROPERTY AND ITEMS BEING MORE PARTICULARLY DESCRIBED AS:

    MARIJUANA AND MARIJUANA PARAPHERNALIA, FIREARMS, COMPUTERS, CELLULAR TELEPHONES AND CURRENCY GAINED IN OR USED IN THE COMISSION OF DELIVERY AND POSSESSION OF MARIJUANA.

5. AFFIANT HAS PROBABLE CAUSE FOR SAID BELIEF BY REASON OF THE FOLLOWING FACTS:

09381

Affiant, SGT. ANDREW HAWKES, is a licensed Texas peace officer employed by the Collin County Sheriff's Office and is currently assigned as a criminal investigator with the Special Operations Unit of said office.

On Thursday, October 20th, 2005, at approximately 1105 hours, I was contacted by Special Agent James Ergas, A Senior Special Agent with the United States Marshall's Service and requested assistance. On 102005 at approximately 1000 hours, U.S. Marshall's service assisted by Collin County Deputies Kyle Nevil, James Henry, and Chris Havey executed a search warrant for the body of Demetrius Flenory at the above address for outstanding federal warrants of possession of marijuana with intent to distribute and possession of controlled substance, namely cocaine, with intent to distribute.

Special Agent Ergas had notified Affiant that Flenory is a drug trafficker known by the Drug Enforcement Administration.

Upon execution of the search warrant, Demetrius Flenory was taken into custody and a sweep of the house was done to ensure the safety of the officers. In the master bedroom, in plain view on a table, was a small bag of marijuana. Also located in the master bedroom were clothing items labeled "Meetch" which is Demetrius Flenory's nickname.

Prior to the execution of the warrant, U.S. Marshall's and CCSO surveillance team observed Flenory in the back yard smoking a marijuana cigarette/cigar often referred to as a "blunt". Also located in the residence was an extremely strong odor of marijuana coming from the kitchen area.

Two firearms were also located in the attic of the residence when officers were searching for Flenory.

Affiant is a licensed Texas Peace officer with over 14 years experience and over 10 years experience as a narcotics officer investigating narcotics offenses on state and federal levels. Affiant has been trained in the investigating of illegal drugs. Affiant holds a Master Peace Officer certification by the State of Texas and a Bachelor's degree in Criminal Justice.

BASED ON HIS PREVIOUS LAW ENFORCEMENT TRAINING AND EXPERIENCE, AFFIANT BELIEVES THAT ADDITIONAL MARIJUANA, MARIJUANA PARAPHERNELIA, AND ITEMS USED IN AND GAINED FROM THE COMMISSION OF POSSESSING MARIJUANA IS BEING KEPT AND STORED IN AND ON SAID PROPERTY LOCATED 5173 BRANDYWINE, FRISCO, COLLIN COUNTY, TEXAS.

WHEREFORE, AFFIANT ASKS FOR ISSUANCE OF A WARRANT THAT WILL AUTHORIZE THE SEARCH OF SAID SUSPECTED PLACE FOR SAID PERSONAL PROPERTY AND SEIZE THE SAME AND TO TAKE CUSTODY OF ALL SEIZED PROPERTY AND SAFEKEEP SUCH PROPERTY AS PROVIDED BY STATUTE.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME BY SAID AFFIANT ON THIS THE ____
DAY OF _____, A.D., 200_

_____
MAGISTRATE

09383