**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 8

| 1. Program Code | 2. Cross File   Related Files | 3. File N~~ ~~ | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Jerry Hall, TFA<br>At: Detroit, Michigan | ☐<br>☐<br>☐<br>☐<br>☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>10/24/05 | |

9. Other Officers: See "OTHER OFFICERS" Section

10. Report Re: Arrest of Demetrius FLENORY, Execution of Texas State Search Warrant at 5173 Brandywine, Frisco, TX and Seizure of Exhibits #3-#7 and N-37 Through N-50 and N-171

**SYNOPSIS**

On October 20, 2005, Demetrius FLEONORY was arrested at 5173 Brandywine Frisco, Texas, pursuant to a Federal Arrest Warrant out of the Eastern District of Michigan, Southern Division, Detroit, Michigan and Georgia State Arrest Warrant. On this same date, time and location marijuana was observed in open view and a Texas State Search Warrant was obtained and the residence was fully searched.

**DETAILS**

1. Reference is directed to all DEA-6s, Reports of Investigation, under this case file number and title. On October 20, 2005, at approximately 10:00 a.m., in Frisco, Texas, Demetrius FLENORY was arrested pursuant to a Federal Arrest Warrant out of the Eastern District of Michigan, Southern Division, Detroit, Michigan, and an outstanding Georgia State Warrant for weapons violations. The Arrest of FLONORY occurred without incident. FLENORY was transported to the Collins County Jail in McKinney, Texas and is being held without bond.

2. The United States Marshals Service (USMS) obtained a Texas State Warrant in order to breach the door of 5173 Brandywine, Frisco, for the arrest of Demetrius FLENORY. Upon entry into the residence, in open view were bags of marijuana in the entrance to the master bedroom and on the

| 11. Distribution:<br>Division<br>District<br>Other | 12. Signature (Agent)<br>Jerry Hall, TFA | 13. Date<br>11-28-05 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Joseph H. Moses, Group Supervisor | 15. Date<br>11-29-05 |

DEA Form - 6
(Jul. 1996)
ArrDemetriusFlenoryExecTexasSSW5173Brandywine&SeizEx#3-#7N37-N50&N171
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02990

02990

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ███████ | ███████ |
| | 3. File Title | |
| | ███████ | |
| 4. Page 2 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

kitchen counter. After securing the residence, another Texas State Search Warrant was obtained by Collins County Sheriff's Sergeant Andrew Hawkes for this address to further search the residence for narcotics, narcotic proceeds and documents regarding the BLACK MAFIA FAMILY (BMF) organization.

3. After obtaining the Texas State Search Warrant, Sgt. Hawkes, along with the assistance of DEA Dallas, Texas Task Force Group 1, searched the residence and located, and seized as evidence, several bags of marijuana and suspected MDMA (later marked as Exhibits #3-#7). All the drug evidence was turned over to DEA Detroit Task Force Agent Jerry Hall and DEA Dallas S/A Shwan Aziz. S/A Aziz transported the drug exhibits to the DEA Dallas D.O. and secured the evidence overnight. Exhibits #3 through #7 were processed as evidence by TFA Hall, as witnessed by S/A Aziz. TFA Hall subsequently mailed Exhibits #3 through #7 to the North Central Laboratory in Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

4. Located and seized from the kitchen counter were several pieces of expensive jewelry (4 necklaces, 2 watches, 1 bracelet and 2 pair of earrings) (later marked as Exhibit N-37). Exhibit N-37 was transported to DEA Detroit D.O. for appraisal, processing and then turned over to the USMS for storage. DEA Form SSF has been completed.

5. Exhibits N-38 and N-39 are miscellaneous documents that were seized from the kitchen. Exhibit N-40 is three disposable cameras that were seized as evidence from the kitchen. Exhibits N-41 and N-42 are miscellaneous documents that were seized as evidence from the master bedroom. Exhibit N-43 was miscellaneous documents seized as evidence from the office of the residence. Exhibit N-44 is six cellular telephones that were seized as evidence from the kitchen. Exhibit N-45 is three new cellular telephones that are still in the store packaging and seized as evidence from the kitchen.

6. Exhibit N-47 is $10,266.00 United States Currency (USC) that was seized from the nightstand in the master bedroom as proceeds from the illicit sale of cocaine. The money was officially counted at the Compass Bank in Dallas, Texas and issued a Cashiers Check in the above amount.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02991

02991

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 3. File Title ▮▮▮▮ | |
| 4. Page 3 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

DEA Form SSF has been completed. DEA form 48a was completed and submitted, along with the Cashiers Check, to the Detroit Asset Forfeiture Specialist.

7. Exhibit N-48 is a Ford F-150 Pick-up, Florida license plate I08RPC, that was seized from the driveway of the residence for forfeiture as being purchased with proceeds from the illicit sale of cocaine. Exhibit N-49 is a Dodge Magnum Station Wagon, bearing Florida license Q257KU, that was seized from the garage for forfeiture as being purchased with proceeds from the illicit sale of cocaine. Exhibit N-50 is a Bentley, bearing California license plate 5GVZ983, that was seized from the garage for forfeiture as being purchased with proceeds from the illicit sale of cocaine. DEA Form SSF and 48As have been completed for Exhibits N-48 through N-50 and are being forfeited through the DEA Dallas Field Division under DEA Detroit Case file ▮▮▮▮

8. Also seized from the residence were several handguns as follows:

    a. A loaded Springfield 40 caliber, Serial Number US445848, that was seized from the kitchen cabinet by GS/Sgt. Ted Shinn, as witnessed by TFO David Garcia.

    b. A loaded FN Erstal 5.7x28 piston, Serial Number 386107089, with armored piercing rounds that was seized from the master bedroom closet safe by TFO Bird, as witnessed by TFO Rivera.

    c. A loaded Para Ordinance .45 caliber pistol, Serial Number RM6210, and a Professional Ordinance fully automatic pistol, Serial Number B24467, were seized from the attic by ATF S/A Joel Sheppard.

9. All the weapons were turned over to ATF S/A Joel Sheppard at the scene for analysis and safekeeping.

**OTHER OFFICERS**

TFAs from Dalllas Police Department: Frazier, Hibbits, Tabor, Kennedy, Bird, Rivera, Garcia, Sgt. Shinn, Standige, Canon, DEA S/A Shwan Aziz,

---

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02992

02992

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ██████ | ██████ |
| | 3. File Title | |
| | ██████ | |
| 4. Page 4 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

Elaine Cesare, ATF S/A Joel Sheppard and USMS S/As Mitchell, Thompson, Touchstone, Brown, Fonda, Murray, Gordon and Maxwell

**CUSTODY OF EVIDENCE**

1. Exhibit #3 - is described as two (2) bags with black writing of suspected marijuana that was seized as evidence from the kitchen cabinet, by GS/Sgt. Ted Shinn, as witnessed by TFA David Garcia. Exhibit #3 was turned over to S/A Shwan Aziz and transported to the Dallas D.O. to secure it over night. On October 21, 2005, Exhibit #3 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA North Central Laboratory, Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

2. Exhibit #4 - is described as a bag of suspected marijuana that was seized as evidence from the master bedroom closet, by TFA Rivera, as witnessed by TFA Bird. Exhibit #4 was turned over to S/A Aziz and transported to the Dallas D.O. to secure it overnight. On October 21, 2005, Exhibit #4 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA North Central Laboratory, Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

3. Exhibit #5 - is described as a bag of suspected marijuana that was seized as evidence from the entryway into the master bedroom, by S/A Aziz as witnessed by TFA Hall. S/A Aziz transported Exhibit #5 to the Dallas D.O. for overnight storage. On October 21, 2005, Exhibit #5 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA North Central Laboratory, Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

4. Exhibit #6 - is described as several blue pills of suspected MDMA that was seized as evidence from the upstairs bedroom's nightstand by S/A Aziz, as witnessed by TFA Hall. S/A Aziz transported Exhibit #6 to the Dallas D.O. for overnight storage. On October 21, 2005, TFA Hall processed Exhibit #6 as evidence, as witnessed by S/A Aziz, and mailed it to the DEA

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |
| 4. Page 5 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

North Central Laboratory, Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

5. Exhibit #7 - is described as one (1) white pill of suspected MDMA that was seized as evidence from the kitchen cabinet by TFAs Standige and Canon. Exhibit #7 was transported to DEA Dallas D.O. by S/A Aziz for overnight storage. On October 21, 2005, TFA Hall processed Exhibit #7 as evidence, as witnessed by S/A Aziz, and mailed it to the DEA North Central Laboratory, Chicago, Illinois, via Registered Mail, Return Receipt Requested, for analysis and safekeeping.

6. Exhibit N-37 - is described as miscellaneous jewelry (4 necklaces, 2 watches, 1 bracelet and 2 pair of earrings) that was seized from 5173 Brandywine, Frisco, Texas, for forfeiture by GS/Sgt. Ted Shinn, as witnessed by TFA David Garcia. Exhibit N-37 was transported to Detroit, Michigan by TFA Hall and processed as evidence. TFA Hall, as witnessed by TFA Steven Wireman, transported Exhibit N-37 to the Birmingham Gemological Society for appraisal on November 7, 2005. TFA Hall completed DEA Forms SSF and 48a for the jewelry, and subsequently turned the jewelry and forms over to the United States Marshals Service for processing and safekeeping.

7. Exhibit N-38 - is described as miscellaneous documents that were seized as evidence from the kitchen by S/A Aziz, as witnessed by ATF S/A Sheppard. Exhibit N-38 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

8. Exhibit N-39 - is described as miscellaneous documents that were seized as evidence from the kitchen drawer by S/A Aziz, as witnessed by ATF S/A Sheppard. Exhibit N-39 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

9. Exhibit N-40 - is described as three (3) disposable cameras that were seized as evidence from the kitchen by S/A Aziz, as witnessed by ATF S/A Sheppard. Exhibit N-40 was processed as evidence by TFA Hall, as

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02994

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| ███████ | ███████ |

3. File Title: ███████

4. Page 6 of 8

5. Program Code

6. Date Prepared: 10/24/05

witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

10. Exhibit N-41 - is described as miscellaneous documents, bug detector, passport, business cards and credit cards that were seized as evidence from the master bedroom closet dresser by TFA Bird, as witnessed by TFA Rivera. Exhibit N-41 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

11. Exhibit N-42 - is described as business cards with Texas telephone number on them that were seized as evidence from the master bedroom closet by TFA Bird, as witnessed by TFA Rivera. Exhibit N-42 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

12. Exhibit N-43 - is described as miscellaneous documents that were seized as evidence from the office of the residence by S/A Cesare, as witnessed by TFA Hall. Exhibit N-43 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

13. Exhibit N-44 - is described as six (6) cellular telephones that were seized as evidence from the kitchen by S/A Aziz, as witnessed by TFA Hall. Exhibit N-44 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

14. Exhibit N-45 - is described as three (3) cellular telephones new in original packaging that were seized as evidence from the kitchen by S/A Aziz, as witnessed by TFA Hall. Exhibit N-45 was processed as evidence by TFA Hall, as witnessed by S/A Aziz, and mailed to the DEA Detroit D.O. and subsequently turned over to the DEA Detroit Non-Drug Evidence Custodian for safekeeping.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02995

02995

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |
| 4. Page 7 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

15. Exhibit N-46 - is described as a document that was from the Department of Motor Vehicles showing that Exhibit N-50 (a 2004 Bentley) was sold to BMF Entertainment. Exhibit N-46 was seized as evidence from the kitchen by S/A Aziz, as witnessed by TFA Hall. TFA Hall processed Exhibit N-46 as evidence, as witnessed by S/A Joseph Schihl. TFA Hall maintained custody of Exhibit N-46 and subsequently turned Exhibit N-46 over to the DEA Detroit D.O. Non-Drug Evidence Custodian for safekeeping.

16. Exhibit N-47 - is described as miscellaneous U.S. Currency that was seized by TFA Bird, as witnessed by TFA Rivera, as illicit funds from the sale of cocaine. The money was officially counted at the Compass Bank in Dallas, Texas and issued a Cashiers Check in the amount of $10,226.00 that seized for forfeiture. TFA Hall completed DEA Forms SSF and 48a for the Cashiers Check, and subsequently turned it and the forms over to the United States Marshals Service for processing and safekeeping.

17. Exhibit N-48 - is described as a black Ford F-150 Pick-up, bearing Florida license plate I08rpc, VIN 1FTPW12574KB47809, that was seized for forfeiture by TFA Hall, as witnessed by S/A Aziz. Exhibit N-48 was towed to the DEA Dallas D.O. for safekeeping, and subsequently turned over to the USMS for processing and safekeeping via DEA Form 48a. DEA Form SSF was completed for Exhibit N-48.

18. Exhibit N-49 - is described as a gray Dodge Magnum Station Wagon, bearing Florida license plate Q257KU, VIN 2D46V58275H116692, that was seized for forfeiture by TFA Hall, as witnessed by S/A Aziz. Exhibit N-49 was driven to the DEA Dallas D.O. for safekeeping, and subsequently turned over to the USMS for processing and safekeeping via DEA Form 48a. DEA Form SSF was completed for Exhibit N-49.

19. Exhibit N-50 - is described as a silver Bentley, bearing California license plate 5GVZ983, VIN 5GBCR63W54C021441, that was seized for forfeiture by TFA Hall, as witnessed by S/A Aziz. Exhibit N-50 was towed to the DEA Dallas D.O. by City Contract Wrecker for safekeeping, and subsequently turned over to the USMS for processing and safekeeping via DEA Form 48a. DEA Form SSF was completed for Exhibit N-50.

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 8 of 8 | | |
| 5. Program Code | 6. Date Prepared 10/24/05 | |

20. Exhibit N-171 - is described as a video recording and photographs of the search warrant location at 5173 Brandywine, Frisco, Texas. The video was recorded by Lt. Mike Vance and turned over to TFA Hall for processing as evidence. The photographs were taken by S/A Elaine Cesare and turned over to TFA Hall for processing as evidence. TFA Hall processed Exhibit N-171 as evidence, as witnessed by S/A Schihl, and subsequently turned Exhibit N-171 over to the DEA Detroit D.O. Non-Drug Evidence Custodian for safekeeping.



DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02997