IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:05CR 213 |
| | § | Judge _____ |
| DEMETRIUS FLENORY | § | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

COUNT I

Violation: 18 U.S.C. § 922(g)(1)
(Felon in possession of a firearm)

On or about October 20, 2005, in the Eastern District of Texas, Defendant DEMETRIUS FLENORY did knowingly possess in and affecting commerce a firearm, namely: an FNH, model unknown, 5.7 x 28mm caliber semi-automatic pistol, bearing serial number 386107089, made in Belgium and imported into the United States by FNH, Fredericksburg, VA, and Defendant previously had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

_____  11-1-05
SAMUEL W. CANTRELL
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Criminal No. 4:05CR____ Judge _____ |
| DEMETRIUS FLENORY | § | |

NOTICE OF PENALTY

COUNT I

Violation:     18 U.S.C. § 922(g)(1)

Penalty:     A term of imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three (3) years.

Special Assessment:     $100.00