UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                             Case No. 05-80955-02

                                                             HON. AVERN COHN

DEMETRIUS EDWARD FLENORY,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR DISCLOSURE OF CHAMBERS PAPERS

This is a criminal case. Defendant Demetrius Edward Flenory plead guilty under a Rule 11 agreement to continuing criminal enterprise (CCE), in violation of 21 U.S.C. § 21 U.S.C. § 848 and conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(h). Defendant was sentenced to 360 months of imprisonment. Defendant did not file a direct appeal. Defendant filed a pro se motion to vacate his sentence under § 2255. The Court denied the motion. See Memorandum and Order filed December 11, 2009 (Doc. No. 1276). Defendant has filed a notice of appeal. See Doc. No. 1293.

Before the Court is defendant's Motion for Disclosure of Chambers Papers in which he requests "[c]ase-related correspondence and background material (including but not limited to memoranda between judges and law clerks, drafts of orders and opinions, other correspondence or papers generated in this action)." Even assuming the motion

is procedurally proper in light of defendant's appeal, there is no authority for defendant's request. As such, the motion is DENIED.

SO ORDERED.

      S/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

Dated: May 28, 2010

I hereby certify that a copy of the foregoing document was mailed to Demetrius Flenory, #13037-078, FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599 and the attorneys of record on this date, May 28, 2010, by electronic and/or ordinary mail.

      S/Julie Owens
      Case Manager, (313) 234-5160