UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-2, DEMETRIUS EDWARD FLENORY,

        Defendant.
_____/

CRIMINAL NO. 05-80955-02

HONORABLE AVERN COHN

**ORDER FINDING DEFENDANT'S MOTION TO RECUSE AS MOOT**

The defendant's Motion to Recuse 28 USC § 455(b)(4) (Doc. 1314) is MOOTED by the fact undersigned is a district judge and the motion is directed to any appellate judge.

SO ORDERED.

        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: September 29, 2010

I hereby certify that a copy of the foregoing document was mailed to Demetrius Flenory, #13037078, FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599 and the attorneys of record on this date, September 29, 2010, by electronic and/or ordinary mail.

        S/Shawntel Jackson
        Relief Case Manager, (313) 234-5160