Case No. 10-2275

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEMETRIUS EDWARD FLENORY

    Defendant - Appellant

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The appellate filing fee for this appeal filed 9/24/10 was not paid.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Leonard Green, Clerk

Issued: January 05, 2011

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 05, 2011

Mr. Demetrius Edward Flenory
F.C.I. Jesup
2680 Highway 301, S.
Jesup, GA 31599

                  Re:  Case No. 10-2275 , *USA v. Demetrius Flenory*
                      Originating Case No. : 05-80955-002

Dear Sir,

   The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Sue Burlage
                                        Case Manager
                                        Direct Dial No. 513-564-7012

cc:  Ms. Patricia Gaedeke
     Mr. David J. Weaver

Enclosure

No mandate to issue