UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

-vs-

DEMETRIUS EDWARD FLENORY,

      Defendant.
_____/

Case No. 05-80955-2

HON. AVERN COHN

## STIPULATION

On September 12, 2008, Defendant Demetrius Edward Flenory was sentenced to 360 months in custody based on his convictions under 21 U.S.C. § 848 (continuing criminal enterprise), as charged in Count Two of the indictment and 240 months based on his conviction under 18 U.S.C. § 1956 (conspiracy to launder monetary instruments), as charged in Count Ten of the indictment. Defendant's adjusted offense level at the time of the original sentencing was 42 and the resulting guideline ranges were 360 months to life on Count Two and 240 month on Count Ten, based on a criminal history category II.

The parties stipulate that Defendant meets the criteria under United States Sentencing Guidelines Amendments 782 and 790, the recent retroactive amendments to the sentencing guidelines for drug cases. Thus, Defendant's amended guideline

range is based on a level 40, which results in a guideline range of 324 months to 405 months in custody for Count Two (drug count), which carries a 240 month mandatory minimum penalty, and 240 months' imprisonment on Count Ten, (money laundering count).

The parties stipulate that this Court may, in its discretion, reduce Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).  If the Court exercises its discretion and reduces Defendant's sentence, it may result in a total sentence as low as: **324 months**, which would reflect the bottom of the amended guideline range.

| | |
|---|---|
| s/Jeffrey Collins | Dawn N. Ison |
| Attorney for Defendant | Assistant U.S. Attorney |
| 1323 Broadway, Suite 800 | 211 W. Fort St., Suite 2001 |
| Detroit, MI  48226 | Detroit, MI  48226 |
| (313) 963-2303 | (313) 226-9567 |
| Email: jcollins@collinslegal.net | Email: dawn.ison@usdoj.gov |

Date:  March 7, 2019