**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,                         Case No. 2:05- cr-80955-AC-RSW

v.                                    Hon. Avern Chon

DEMETRIUS EDWARD FLENORY,

     Defendant.

_____/

**MOTION WITHDRAW**

       On or about December 5, 2018, the Defendant filed a Motion and Brief for Reduction of Sentence Pursuant to 18 USC 3582(C)(2). (ECF No. 1599)  The Defendant, Demetrius Edward Flenory, by and through his attorney Jeffrey G. Collins, hereby withdraws the aforementioned motion.

                                   Respectfully submitted

                                   /s/: *Jeffrey G. Collins*
                                   Attorney for Defendant
                                   1323 Broadway, Suite 800
                                   Detroit, MI 48226
                                   (313) 963-2303
                                   jcollins@collinslegal.net

Date:  March 27, 2019

## **CERTIFICATE OF SERVICE**

I, Jeffrey G. Collins, hereby certify that on March 28, 2019 I served a copy of the foregoing Motion Withdraw to the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jeffrey G. Collins*
Jeffrey G. Collins