03CP11632

# COMPLAINT Clerk No.

## FULTON SUPERIOR COURT

THE STATE OF GEORGIA     1 MURDER O.C.G.A. §16-5-1
                                    2 MURDER O.C.G.A. §16-5-1

V.

Demetrious Flenory Ct 1 & 2



FILED IN OFFICE
NOV 12 2003
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

_____ Paul L. Howard Jr _____

**PAUL L. HOWARD, JR., District Attorney**

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This___day of_____,___ | This___day of_____,___ | This___day of_____,___ |

*List of Witnesses appears on the last page

BOOK    PAGE
0428    357

Government Exhibit 1

## STATE of GEORGIA, COUNTY OF FULTON

## IN THE SUPERIOR COURT OF SAID COUNTY

On behalf of the People of the State of Georgia, the undersigned, **Paul L. Howard, Jr.**, District Attorney, as prosecuting attorney for the County and State aforesaid does charge and accuse **Demetrious Flenory** with the offense of MURDER O.C.G.A. §16-5-1 for the said accused, in the County of Fulton and State of Georgia, on the **11th day of November, 2003, DID UNLAWFULLY AND WITH MALICE AFORETHOUGHT, CAUSE THE DEATH OF LAMONT GIRDY, A HUMAN BEING, BY SHOOTING HIM;** - contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 2

The undersigned, as prosecuting attorney, does further charge and accuse **Demetrious Flenory** with the offense of **MURDER O.C.G.A. §16-5-1** for the said accused, in the County of Fulton and State of Georgia, on the **11th day of November, 2003, DID UNLAWFULLY AND WITH MALICE AFORETHOUGHT, CAUSE THE DEATH OF ANTHONY JONES, A HUMAN BEING, BY SHOOTING HIM;** - contrary to the laws of said State, the good order, peace and dignity thereof;

PAUL L. HOWARD, JR., District Attorney

BOOK PAGE
00428 358

Complaint #: 033150108
Defendant: Demetrious Flenory
DA#: 372164
Bookin #: Complaint Room
Race: Black
Sex: Male
Birthdate: ▮▮▮▮
OTN#:
Jurisdiction: Complaint Room
Arrest Date: November 11, 2003

(a) 1129150

# WITNESS LIST

**Christopher G. Johnson**
▮▮▮▮

**Suresh Mohabir**
▮▮▮▮

**Renata Marques**
▮▮▮▮

**Lisa Johnson**
▮▮▮▮

**Jason Scott Hill**
▮▮▮▮

**Ovida M. Reeves**
▮▮▮▮

**Anthony J. Watson**
▮▮▮▮

L. Torres - APD
J.K. Brown - APD

**Shaun Mohabir -**
▮▮▮▮

nrl

BOOK    PAGE
00428   359

**INCIDENT REPORT** — **ATLANTA POLICE DEPARTMENT** — Page of

## INCIDENT DATA

1. Incident / CICA No: 033150108
2. Date of Report, Mo Day Year Time: 11 11 03 1
3. Ga. Code(s):
4. Conf:
5. Vic #:
6. UCR Class:
7. Reserved:

8. Beat: 205
9. Location of Incident: (Street #, street name, Apt #): 255 East Paces Ferry rd
☐ NW ☐ NE ☐ SW ☐ SE
☐ Fulton ☒ Dekalb ☐ Airport
10. Location Type*: HWY

11. Date/Time Incident: Mo Day Year Time Mo Day Year Time: 11 11 03 0358
12. Reporting Officer (L/F/M, Suffix): BROWN, J. K.
13. Sex: M
14. APD ID NO:
15. Assignment: 4128

16. Court Code: ☒ Reported Case ☐ Witnessed Case — Off Days S M T W T F S ☐ ☐ ☐ ☐ ☐ ☐ ☐ — Regular Court Time:

17. Describe how crime was committed / how incident occurred: TWO PERSONS SHOT DEAD
18. Attempt Only ☐ Yes ☐ No
19. Weapon or Tool*: HGUN

20. Temperature / Weather: ☐ Hot ☐ Cold ☐ Warm ☐ Cool ☒ 1 Clear ☐ 2 Cloudy ☐ 3 Rain ☐ 4 Snow ☐ 5 sleet ☐ 6 Fog
21. Forced Entry? ☐ Yes ☒ No
22. Alcohol Related? ☐ Yes ☒ No
23. Bias Incident? ☐ yes ☒ No
24. Gang Related? ☐ Yes ☐ No
25. Family Violence? ☐ Yes ☒ No
26. Security Devices? ☐ Yes ☐ No
27. Special Events? ☐ Yes ☐ No (list)

28. Incident appear drug related? ☐ Yes ☐ No
29. If Yes, indicate type of drug(s): ☐ 01 Amphetamine ☐ 02 Barbiturate ☐ 03 Cocaine ☐ 04 Hallucinogen ☐ 05 Heroin ☐ 06 Marijuana ☐ 07 Methamphetamine ☐ 08 Opium ☐ 09 Synthetic Narcotic ☐ U Unknown

## VICTIM / WITNESS DATA

1. Code*: V
2. Name: (L/F/M, Suffix) ☒ ADLT ☐ JUV ☐ BUS ☐ GOV ☐ POL: GIRDY, LAMONT
3. Race*: B
4. Sex: M
5. Date of Birth: [redacted]
6. Ga. Code(s):
7. UCR Class:
8. Address: (Street #, street name, Apt #, City, St., Zip):
9. Work Phone: ( ) -
10. Sobriety ☐ 1 Sober ☐ 2 Unk ☐ 4 UI / Alcohol ☐ 5 UI / Synthetic Narcotic ☐ UI / Both Alcohol / Drugs
11. Temporary Address: Until:
12. Home Phone: ( ) -
13. Prosecute / Testify: ☐ Yes ☐ No
14. Victim Notified of Rights: ☐ Yes ☐ No
15. Relation to Offender*:
16. Med Treat - Hospital / Treat. Center: ☐ Yes ☐ No
17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☒ Fatal
18. Location of Injury on body:
19. Type of Injury*: 01
20. If no injury, describe threat / act:
21. Victim's School: (Name, Address)

1. Code*: V
2. Name: (L/F/M, Suffix) ☒ ADLT ☐ JUV ☐ BUS ☐ GOV ☐ POL: JONES, ANTHONY
3. Race*: B
4. Sex: M
5. Date of Birth: [redacted]
6. Ga. Code(s):
7. UCR Class:
8. Address: (Street #, street name, Apt #, City, St., Zip):
9. Work Phone: ( ) -
10. Sobriety ☐ 1 Sober ☐ 2 Unk ☐ 4 UI / Alcohol ☐ 5 UI / Synthetic Narcotic ☐ UI / Both Alcohol / Drugs
11. Temporary Address: Unit:
12. Home Phone: ( ) -
13. Prosecute / Testify: ☐ Yes ☐ No
14. Victim Notified of Rights: ☐ Yes ☐ No
15. Relation to Offender*:
16. Med. Treat – Hospital / Treat. Center: ☐ Yes ☐ No
17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☒ Fatal
18. Location of Injury on body:
19. Type of Injury*: 01
20. If no injury, describe threat / act:
21. Victim's School: (Name, Address)

## REPORTING PERSON

2. Reporting person's Name: (L/F/M, Suffix): DET. J. K. BROWN
3. Race*:
4. Sex:
5. Date of Birth:
6. Testify: ☐ Yes ☐ No
7. Relation to Victim/Offender*: HOMICIDE
8. Sobriety: ☐ 1 Sober ☐ 2 Unknown ☐ 4 UI / Alcohol ☐ 5 UI / Drugs ☐ 6 UI / Combination of Alcohol / Drugs
9. Address: (Street #, street name, Apt. #, St., Zip): 675 PONCE DE LEON AVE.
10. Work Phone: (404)853-4235
11. Home Phone: ( ) -

## VEHICLE DATA

1. Also see # Impound Report(s).
2. Owner's Name (L/F/M, Suffix) — Address: (Street #, street name, Apt #, City, St., Zip)
3. Work Phone: ( ) -
4. Driver's Name (L/F/M, Suffix)
5. Is Driver Owner? ☐ Yes ☐ No
6. Record Type ☐ T Theft from Vehicle ☐ V Suspect Vehicle ☐ S Stolen ☐ R Recovered ☐ D Damaged ☐ Other
7. Home Phone: ( ) -
8. Vehicle Type:*
9. Year
10. Make
11. Model
12. VIN
13. Vehicle Style*
14. Color
15. Tag Number
16. State
17. Year
18. Tag Type*
19. Doors Locked? ☐ Yes ☐ No — Ignition Locked? ☐ Yes ☐ No — Keys in Ignition? ☐ Yes ☐ No
14. Date Lost / Stolen
15. Stolen Veh. Value $
16. Recovered Veh. Value $
17. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside — If out, jurisdiction

## PROPERTY DATA

1. Also see # Prop /Evidence Inventory(s)
2. Cont' on back of suppl' rept ☐ Yes ☐ No

RECORD TYPE ☐ D – Damaged ☐ R – Recovered ☐ L – Lost ☐ S – Stolen

PROPERTY TYPE: ☐ F – Office Equipment ☐ H – Household Goods ☐ L – Others ☐ B – Currency ☐ E – Clothing ☐ I – Firearms ☐ C – Jewelry ☐ G – Electronics ☐ J – Consumables

PROPERTY STATUS: ☐ F – Found ☐ R – Returned ☐ N/A - Not in Possession of APD

| 3 Record Type* | 4 | # QUANTITY / DESCRIPTION Make – Model – Identifying Feature | 5 Property Type* | 6 Serial No. or Identifying No. | 7 Estimated Value – $ Amount | 8 Property Status* |
|---|---|---|---|---|---|---|
| | # | | | | | |
| | # | | | | | |
| | # | | | | | |
| | # | BACK PAGE | | | | |

Form APD 001, Revised 11/29/07

00428 3b0

Incident / CICA No.
033150108

# ATLANTA POLICE DEPARTMENT

## INCIDENT REPORT (back)

ARRESTED PERSON / SUSPECT / MISSING PERSON DATA

1. ☒ APR ☐ Copy ☐ SUS ☐ MIS ☐ PRI. AGG
2. UCR Code
3. Name (L/F/M, Suffix)
FLENORY, DEMETRIOUS
4. GCIC / Status
5. DOB [redacted]
6. Sex M
7. Race* B
8. ☐ Alias ☐ Assoc.
9. Age To
10. Height To
11. Weight To
12. Build*
13. Residence
Telephone ( ) -
14. Who ID'd this person?
15. Occupation / Gang
16. ☐ DL ☐ SSN
State
17. School
18. Hat
19. Shirt
20. ☐ Pants ☐ Shorts ☐ Dress ☐ Skirt
21. Coat
22. Shoes
23. Clothing Type*
24. Hair color*
25. Style*
26. Eye color*
27. Eye Defect*
28. Facial Hair*
29. Teeth*
30. Skin Tone*
31. Complexion*
32. Head Use*
33. Jewelry
34. Oddity*
35. Speech*
36. Impersonate*
37. Amp/Deform
38. ☐ Scar ☐ Mark ☐ Tattoo (location / description)*
39. Med. Treat Rec'd – Hospital / Treatment Center ☐ Yes ☐ No
40. Injury Extent*
41. Injury Location (body)
42. Injury Type*
43. Arrest Date Time
44. Arrest Location(Street #,street name, Apt #) ☐ NW ☐ NE
45. Weapon ☐ Auto
46. Weapon ☐ Auto
47. # Chgs.
2
48. Court Date Time
49. Sobriety ☐ 1 Sober ☐ 4 UI / Alcohol ☐ 6 UI / Both ☐ 2 Unk ☐ 5 UI / Drugs Alcohol/Drugs
50. Charges (Code #/ Title)
MURDER, 2 COUNTS 16-5-1
51. M.P.Type:*
52. M.P.Status*
53. Foul Play? ☐ Yes ☐ No ☐ Unk
54. Prev. Missing? ☐ Yes ☐ No
55. Rec. Code:*

DRUGS

56. Drug Activity: ☐ None ☐ Buy ☐ Sell ☐ Possess ☐ History of Use
57. Drug Type:*
58. Qty. Drug:
59. Was ID work requested or completed? ☐ Yes ☐ No
Work Performed: ☐ Photo ☐ Fingerprint ☐ Composite ☐ Other
60. Performed By.
64. Perpetrator Actions toward Victim: (Code Series A-J)*

(Second person column)

1. ☐ APR ☐ Copy ☐ SUS ☐ MIS ☐ PRI. AGG
2. UCR Code
3. Name (L/F/M, Suffix)
4. GCIC / Status
5. DOB
6. Sex
7. Race*
8. ☐ Alias ☐ Assoc.
9. Age To
10. Height To
11. Weight To
12. Build*
13. Residence
Telephone ( ) -
14. Who ID'd this person?
15. Occupation / Gang
16. ☐ DL ☐ SSN
State
17. School
18. Hat
19. Shirt
20. ☐ Pants ☐ Shorts ☐ Dress ☐ Skirt
21. Coat
22. Shoes
23. Clothing Type*
24. Hair color*
25. Style*
26. Eye color*
27. Eye Defect*
28. Facial Hair*
29. Teeth*
30. Skin Tone*
31. Complexion*
32. Head Use*
33. Jewelry
34. Oddity*
35. Speech*
36. Impersonate*
37. Amp/Deform
38. ☐ Scar ☐ Mark ☐ Tattoo (location / description)*
39. Med. Treat Rec'd – Hospital / Treatment Center: ☐ Yes ☐ No
40. Injury Extent*
41. Injury Location (body)
42. Injury Type*
43. Arrest Date Time
44. Arrest Location(Street #,street name, Apt #) ☐ NW ☐ NE
45. Weapon ☐ Auto
46. Weapon ☐ Auto
47. # Chgs.
48. Court Date Time
49. Sobriety ☐ 1 Sober ☐ 4 UI / Alcohol ☐ 6 UI / Both ☐ 2 Unk ☐ 5 UI / Drugs Alcohol/Drugs
50. Charges (Code #/ Title)
51. M P Type:*
52. M.P.Status*
53. Foul Play? ☐ Yes ☐ No ☐ Unk
54. Prev. Missing? ☐ Yes ☐ No
55. Rec. Code
56. Drug Activity. ☐ None ☐ Buy ☐ Sell ☐ Possess ☐ History of Use
57. Drug Type*
58. Qty. Drug.
61. Point of Entry*
62. Method of Entry*
63. Security Measures*
65. Perpetrator Behavior / Actions. (Code Series K-S)*

66.
HOMICIDE UNITS RESPONDED TO 255 EAST PACES FERRY RD ON PERSONS SHOT AND DEAD ON THE SCENE. A VERBAL ALTERCATION OCCURRED AT THE CLUB CHAOS WHICH SPILLED OUTSIDE . MULTIPLE SHOTS WERE FIRED AND SEVERAL VICTIMS WERE STRUCK. ANTHONY JONES WAS FOUND DEAD ON THE SCENE AND LAMONT GIRBY WAS TRANSPORTED TO GRADY HOSPITAL WERE HE DIED FROM HIS INJURIES. A SUSPECT, DEMETRIOUS FLENORY, WAS ARRESTED FOR THE SHOOTING DEATHS OF THE VICTIMS. THE INVESTIGATION CONTINUES................

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND RELIEF

67. Referred to: ☐ RD ☐ HR ☐ Vice ☐ Hom ☐ Burg ☐ Youth ☐ Zone ☐ FV ☐ Fug ☐ SD ☐ Sex ☐ Larc ☐ PSZ ☐ AHA ☐ CP ☐ Narc ☐ SIS ☐ Rob ☐ AT
68. Reporting Officer's Signature
69. APD ID No
70. SWORN TO AND SUBSCRIBED BEFORE ME THIS _______ DAY OF ________________ 19 _____
72. APD ID No
73. Supervisor's Signature
74. APD ID No

Form APD 001, revised 11/2/01

BOOK PAGE
00428 361

## CRIMINAL WARRANT  Copy

# MAGISTRATE COURT OF FULTON COUNTY:
## GEORGIA, Fulton County.

### AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came **Detective J.K. Brown**, who on oath says that to the best of his/her knowledge and belief Demetrius Flenory, 7-10-1968 (hereinafter ___), of the accused, did on 11/11/03, the 11th day of November ___, 2003, in the county aforesaid, commit the offense of **Murder, GA Code 16-5-1**, in that said accused did shoot and kill Lamont Girds and Anthony Jones. The accused are identified by an eyewitness to the actual shooting. This eyewitness knows the suspect on sight and by name and has given an audio taped statement as to the events. And this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me, this 11 Nov ___, 2003.

_signature_  
Deputy Clerk J.Z.  
Mag. Ct. of Fulton Ct.

_signature_  
APD/Homicide

### STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of said State **GREETING**: For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of:
**Murder, GA Code 16-5-1**,
and bring him/her before me or some other Judicial Officer of this County, to be dealt with as the law directs, **HEREIN FAIL NOT**.

This 11 Nov ___, 2003.

_signature_  
JUDGE, MAGISTRATE COURT OF FULTON COUNTY

BOOK  PAGE
00428  362

| WITNESSES FOR THE STATE | GEORGIA, Fulton County: | MAGISTRATE COURT OF FULTON COUNTY |
|---|---|---|

Name: _____

Address: _____

Phone: _____

Name: _____

Address: _____

Phone: _____

Name: _____

Address: _____

Phone: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES:

----

GEORGIA, Fulton County:

After hearing evidence the accused is

Discharged _____

This _____, 20____.

_____
JUDGE, MAGISTRATE COURT-FULTON CO.

DISMISSED _____

This _____, 20____.

_____
JUDGE, MAGISTRATE COURT-FULTON CO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GEORGIA, FULTON COUNTY:
After hearing evidence it is ordered that the accused give bond of $_____
dollars for his/her appearance at the
STATE COURT/SUPERIOR COURT
of said County now in session, to answer to the Charge of.

Murder, GA Code 16-5-1
or in default that they be committed to jail

This _____, 20____.

_____
JUDGE, MAGISTRATE COURT-FULTON CO.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GEORGIA, FULTON COUNTY:
Executed the within warrant by arresting the defendant, this
_____, 20____.

_____
ARRESTING OFFICER(S)

$ _____

---

MAGISTRATE COURT OF FULTON COUNTY

No. 003943 N
CRIMINAL WARRANT
THE STATE
versus

Demetrius Flenory

| RACE | D.O.B. | SEX | HGT. | WGT. |
|---|---|---|---|---|
| B | ■ | M | | |

ADDRESS 1555 Edsel Drive, Detroit MI 48217

BUSINESS _____

PHONE NUMBER ( )

BOND $ _____

CHARGE: Murder

PROSECUTOR NAME & ADDRESS: John R. Brown
675 Ponce De Leon Av N.E.

PHONE NUMBER (404)853-4235 x 5691
ATTY/PROSECUTOR: NAME/ADDRESS/PHONE

PROSECUTOR NOTIFIED BY: _____

DATE: __/__/__ TIME: ____ AM/PM

PERSON NOTIFIED:

| CALENDAR DATE AND NUMBER | | | |
|---|---|---|---|
| | | | |
| | | | |

CASE #03-315-0180

11/11/2003 23:26  4045321128  APD GUN UNIT  PAGE 08

BOOK 00428 PAGE 363

**CITY OF ATLANTA ARREST CITATION**

**1237376**

1. Incident / CICA Number: 03215 01:08
2. GA Code(s):
3. UCR:
4. Family Violence: Yes ☒No
5. Court Code: ☒ Reported Case  Witnessed Case  Off Days: S M T W ☒☒☒  Court Time:
6. Incident Report Made? ☒ Yes  No  If yes, indicate type report:  Original  Supplement
7. Name: (last) FLENORY (first) DEMETRIUS (middle)  (alias)
8. Address: St. No.  Street Name  Type  Apt  NW NE SW SE
9. City  State  Zip
   ☒ Physical Arrest
   Copy of Charges
10. Race/Sex: B M  DOB  DL#  SSN  If DL#, issuing State:
11. On 11-11-03 at 3:30 (A/PM) in the City of Atlanta, FULTON County the above accused did commit the offense(s) of:

    a. MURDER — against section 16-5-1 — ☒ state law / city ordinance
    b. MURDER — against section 16-5-1 — state law / city ordinance
    c. — against section — state law / city ordinance

12. in that the accused did: Shoot and Kill LAMONT GIRDY and ANTHONY JONES.

13. Place of Offense: (Street address) 255 EAST PACES FERRY RD.  NW ☒NE SW SE
14. Place of Arrest: (Street address) 675 PONCE DE LEON AVE  NW ☒NE SW SE at 7:30 AM/PM on 11-11-03

15. YOU ARE HEREBY COMMANDED to appear at the Municipal Court, General Division of the City of Atlanta, to be held at 170 Garnett St., S.W. on the ___ day of ___ Yr. ___ at ___ AM/PM
16. Arresting Officer: (print) Det. J. K. BROWN  APD ID #  Radio # 4128
17. Arresting/Transporting Officer:  APD ID #  Radio #
18. Codefendants (list name, first initial. List all on this line):
19. Name (Victim/Witness):  Telephone #  Race/Sex  Rel Code  Hospital
20. Name (Victim/Witness):  Telephone #  Race/Sex  Rel Code  Hospital
21. Name (Victim/Witness):  Telephone #  Race/Sex  Rel Code  Hospital
22. Rel Code: (1) Domestic (2) Acquaintance (3) Stranger (4) Bias Crime (W) Witness
23. ARRESTING OFFICER'S CERTIFICATION: The undersigned, being duly sworn, upon his/her oath, deposes and

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | * |
| | * |
| V. | *   AGENCY CASE NO. 033150108 |
| | * |
| DEMETRIOUS FLENORY | * |

### STATEMENT OF WITNESS

I, L. Torres , the undersigned, under penalty of prosecution pursuant to O.C.G.A. §16-10-20 for the crime of False Statements and Writings, do state the following:

1.

I am over eighteen (18) years of age, am suffering from no legal disabilities; I make this Statement from personal knowledge.

2.

I am, and at all times relevant here have been, a duly certified law enforcement officer with the APD POLICE DEPARTMENT.

3.

The facts set forth herein below are true and correct to the best of my knowledge and belief; and facts included in the police report, Agency Case Number 033150108, are incorporated herein.

4.

On 11/11/03, at approximately 0358, the defendant(s) herein named:

| Name | DOB |
|---|---|
| **DEMETRIOUS FLENORY** | ▮ |

DID, AT THE FOLLOWING LOCATION: 255 EAST PACES FERRY ROAD, ATLANTA, Fulton County, commit the following offenses:

### MURDER (2 COUNTS) §16-5-1

NOVEMBER 11, LAMONT GIRDY AND ANTHONY JONES WERE AT CLUB CHAOS AT ABOVE LISTED LOCATION. INSIDE THE CLUB, THERE WAS AN ALTERCATION BETWEEN GIRDY AND JONES AND ANOTHER GROUP OF MEN WHICH INCLUDED DEFENDANT. BOTH GIRDY AND JONES LEFT THE CLUB. WHILE OUTSIDE, BOTH APPROACHED THE CLUB AGAIN AND MET UP WITH DEFENDANT AND HIS GROUP. ACCORDING TO WITNESSES SHOOTING THEN STARTED. A WITNESS WHO KNOWS DEFENDANT STATED THAT SHE SAW HIM WITH A GUN, RUNNING AFTER GIRDY AND JONES AND SHOOTING AT THEM. BOTH GIRDY AND JONES WERE ALSO SHOOTING. JONES WAS SHOT AND PRONOUNCED DEAD ON SCENE. GIRDY WAS SHOT AND PRONOUNCED DEAD AT THE HOSPITAL. A BYSTANDER, WHO HAD NO INVOLVEMENT WITH EITHER GROUP, WAS SHOT IN THE FOOT. DEFENDANT WAS SHOT IN THE BUTTOCKS AND WAS FOUND ON SCENE BY POLICE. HE MADE NO STATEMENT.

I FURTHER ACKNOWLEDGE RECEIPT OF SUBPOENA FOR PRELIMINARY HEARING ON 11/26/03 FROM THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE.

00428  365

**SWORN TO ME TELEPHONICALLY
AND BY FAX** this _____ day of
_____, 2003.

_____
My Commission expires:
_____

FURTHER WITNESS SAYETH NAUGHT.

_____
L. Torres

BOOK    PAGE
00428   366

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | * |
| V. | * |
| | * AGENCY CASE NO. 033150108 |
| DEMETRIOUS FLENORY | * |

## STATEMENT OF WITNESS

I, L. Torres, the undersigned, under penalty of prosecution pursuant to O.C.G.A. §16-10-20 for the crime of False Statements and Writings, do state the following:

1.

I am over eighteen (18) years of age, am suffering from no legal disabilities; I make this Statement from personal knowledge.

2.

I am, and at all times relevant here have been, a duly certified law enforcement officer with the APD POLICE DEPARTMENT.

3.

The facts set forth herein below are true and correct to the best of my knowledge and belief; and facts included in the police report, Agency Case Number 033150108, are incorporated herein.

4.

On 11/11/03, at approximately 0358, the defendant(s) herein named:

Name                                                     DOB
**DEMETRIOUS FLENORY**                                   ███

DID, AT THE FOLLOWING LOCATION: 255 EAST PACES FERRY ROAD, ATLANTA, Fulton County, commit the following offenses:

### MURDER (2 COUNTS) §16-5-1

NOVEMBER 11, LAMONT GIRDY AND ANTHONY JONES WERE AT CLUB CHAOS AT ABOVE LISTED LOCATION. INSIDE THE CLUB, THERE WAS AN ALTERCATION BETWEEN GIRDY AND JONES AND ANOTHER GROUP OF MEN WHICH INCLUDED DEFENDANT. BOTH GIRDY AND JONES LEFT THE CLUB. WHILE OUTSIDE, BOTH APPROACHED THE CLUB AGAIN AND MET UP WITH DEFENDANT AND HIS GROUP. ACCORDING TO WITNESSES SHOOTING THEN STARTED. A WITNESS WHO KNOWS DEFENDANT STATED THAT SHE SAW HIM WITH A GUN, RUNNING AFTER GIRDY AND JONES AND SHOOTING AT THEM. BOTH GIRDY AND JONES WERE ALSO SHOOTING. JONES WAS SHOT AND PRONOUNCED DEAD ON SCENE. GIRDY WAS SHOT AND PRONOUNCED DEAD AT THE HOSPITAL. A BYSTANDER, WHO HAD NO INVOLVEMENT WITH EITHER GROUP, WAS SHOT IN THE FOOT. DEFENDANT WAS SHOT IN THE BUTTOCKS AND WAS FOUND ON SCENE BY POLICE. HE MADE NO STATEMENT.

I FURTHER ACKNOWLEDGE RECEIPT OF SUBPOENA FOR PRELIMINARY HEARING ON 11/26/03 FROM THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE.

BOOK       PAGE
00428      367

SWORN TO ME TELEPHONICALLY
AND BY FAX this 11th day of
November, 2003.

_Farlyn Bostic_
My commission expires 8/23/2007

FURTHER WITNESS SAYETH NAUGHT.

_L. Torres_
L. Torres

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | * |
| | * |
| V. | *  AGENCY CASE NO. 033150108 |
| | * |
| DEMETRIOUS FLENORY | * |
| | * |

### SENTENCE RECOMMENDATION
### OF DISTRICT ATTORNEY
### FOR PLEA OF GUILTY

It is the decision of the District Attorney, for and on behalf of the State of Georgia, to charge the defendant **DEMETRIOUS FLENORY** in the above referenced case with these offense(s):

**MURDER (2 COUNTS) §16-5-1**

Pursuant to a plea of guilty to these charges, the State is prepared to recommend to the court the following disposition:

**NONE AT THIS TIME**

If the defendant accepts this recommendation, he or she must sign a Waiver of Commitment Hearing or a Waiver of Indictment, as appropriate, and enter a plea of guilty at either of the following Complaint Room calendars: the First Appearance calendar, the Expedited Plea calendar, or the All Purpose calendar. *If the defendant does not enter a plea at one of these calendars, this plea offer is withdrawn and no lesser offer will be forthcoming from the State at any time.*

_____ 11/12/03
Assistant District Attorney    Date

BOOK   PAGE
00428   369