UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS FLENORY,

    Defendant.

_____/

Case Number 05-80955
Honorable David M. Lawson

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE

This matter is before the Court on the defendant's motion to strike. The motion challenges the government's supplemental exhibit filed after a hearing on the defendant's motion for compassionate release. The supplemental exhibit consists of an article by a journalist which contains unsubstantiated facts and has no evidentiary value. The government has not filed a response to the motion and the time for doing so has elapsed.

Accordingly, it is **ORDERED** that the defendant's motion to strike (ECF No. 1631) is **GRANTED**. The government's supplemental exhibit (ECF No. 1630) shall be **STRICKEN** from the record.

s/David M. Lawson
DAVID. M. LAWSON
United States District Judge

Dated: May 20, 2020