UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS FLENORY,

    Defendant.

Case No. 05-cr-80955

Hon. David Lawson

---

| | |
|---|---|
| Dawn N. Ison (P43111) | Wade G. Fink (P78751) |
| Assistant United States Attorney | WADE FINK LAW PC |
| 211 W. Fort Street, Suite 2001 | 370 E. Maple Rd., Third Floor |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| *Attorneys for the United States* | (248) 646-8292 |
| | wade@wadefinklaw.com |
| | *Attorney for Demetrius Flenory* |

**DEFENDANT FLENORY'S EX PARTE MOTION TO
ENLARGE PAGE LIMIT FOR HIS REPLY BRIEF**

In accordance with LR 7.1(d)(3), Defendant Flenory respectfully requests that the Court enlarge the page limit for his reply brief in support of his second motion for compassionate release from 7 to 15 pages, the same length of his previous reply. The accompanying brief sets forth the basis for this request.[1]

---

[1] Because of the emergency nature of the relief requested, the Reply Brief is being filed concurrently herewith.

2

Date: May 29, 2020                                  Respectfully Submitted,

                                                    WADE FINK LAW P.C.

                                                    /s/ Wade G. Fink
                                                    Wade G. Fink (P78751)
                                                    *Attorneys for Defendants*
                                                    370 E. Maple Rd., Third Floor
                                                    Birmingham, MI 48009
                                                    wade@wadefinklaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS FLENORY,

    Defendant.

Case No. 05-cr-80955

Hon. David Lawson

---

| | |
|---|---|
| Dawn N. Ison (P43111)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>*Attorneys for the United States* | Wade G. Fink (P78751)<br>WADE FINK LAW PC<br>370 E. Maple Rd., Third Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292<br>wade@wadefinklaw.com<br>*Attorney for Demetrius Flenory* |

---

**BRIEF IN SUPPORT OF DEFENDANT FLENORY'S EX PARTE**
**MOTION TO ENLARGE PAGE LIMIT FOR HIS REPLY BRIEF**

LR 7.1(d)(3) provides that a reply brief, including footnotes and signatures, may not exceed 7 pages, but that "[a] person seeking to file a longer brief may apply ex parte in writing setting forth the reasons." Defendant Flenory now makes such a request.

The government in this case has advanced a slightly new argument regarding the scope of the Court's review in compassionate release cases. In addition, the

government filed 18 exhibits that combine for over 200 pages of information, some of which has never been seen before by undersigned counsel.

For both reasons, counsel requests the extra pages to adequately address the legal arguments and extensive exhibits.

Therefore, Flenory respectfully request the page limit for Defendant's Reply Brief in Support of his Second Motion for Compassionate release be expanded from 7 to 15 pages.

Date: May 29, 2020                                         Respectfully Submitted,

                                                           WADE FINK LAW P.C.

                                                           /s/ Wade G. Fink
                                                           Wade G. Fink (P78751)
                                                           *Attorneys for Defendants*
                                                           370 E. Maple Rd., Third Floor
                                                           Birmingham, MI 48009
                                                           wade@wadefinklaw.com

---

**PROOF OF SERVICE**

I hereby certify that on May 29, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

   /s/ Wade G. Fink
   Wade G. Fink (P78751)
   *Attorneys for Demetrius Flenory*
   370 E. Maple Rd., Third Floor
   Birmingham, MI 48009
   248-712-1054
   wade@wadefinklaw.com

---