UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case Number 05-80955
v.                                                     Honorable David M. Lawson

DEMETRIUS FLENORY,

        Defendant.

_____/

## ORDER GRANTING MOTION TO UNSEAL EXHIBITS TEMPORARILY

This matter is before the Court on the government's motion to unseal temporarily certain sealed exhibits filed in response to the defendant's motions for compassionate release to prepare its brief in response to the defendant's appeal of this Court's order denying such relief. The government requests that the filings be unsealed so that it may access copies of the documents that include Page ID numbers, thereby enabling it to cite the documents accurately in its appellate brief. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the government's motion to unseal exhibits temporarily (ECF No. 1703) is **GRANTED**.

It is further **ORDERED** that the Clerk shall temporarily unseal ECF Nos. 1625 and 1656 to allow counsel of record to access the documents.

It is further **ORDERED** that the Clerk shall re-seal ECF Nos. 1625 and 1656 immediately after counsel accesses the documents, but no later than **October 16, 2020**.

                                                                      s/David M. Lawson
                                                                        DAVID M. LAWSON
                                                                          United States District Judge

Dated: October 14, 2020