UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL NO. 05-80955-02 |
| vs. | ) |
| | ) HON. DAVID M. LAWSON |
| | ) |
| DEMETRIUS EDWARD FLENORY, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENT TO MOTION AND BRIEF FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Now comes DEMETRIUS EDWARD FLENORY, by and through his undersigned counsel, and in support of his Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) ("Motion for Sentence Reduction") filed with this Court on June 2, 2021 (ECF No. 1725) states as follows:

1. As required by Local Rule 7.1(a), undersigned counsel conferred with AUSA Dawn Ison prior to June 2, 2021 regarding the Motion for Sentence Reduction, and the government does not oppose the motion.

2. Undersigned counsel and AUSA Dawn Ison filed a stipulation with the Court on June 2, 2021 with both parties agreeing that if "the Court exercises its discretion and reduces [Demetrius Flenory's] sentence, it may result in a sentence as low as: 324 months." ECF No. 1726 at 2.

WHEREFORE, for these reasons and the reason stated within his Motion for Sentence Reduction, Mr. Flenory respectfully asks the Court to grant his Motion for Reduction of Sentence, and reduce his sentence to 324 months.

Respectfully submitted,

/s/  **<u>Brittany K. Barnett</u>**
Brittany K. Barnett
Texas Bar No. 24078196
**BURIED ALIVE PROJECT**
3400 Oak Grove Avenue, Suite 370
Dallas, Texas 75204
Telephone: (214) 919-4421
E-mail:  bkb@brittanykbarnett.com

*Attorney for Demetrius Flenory*

Dated: June 8, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/  ***Brittany K. Barnett***
Brittany K. Barnett
Texas Bar No. 24078196
**BURIED ALIVE PROJECT**
3400 Oak Grove Avenue, Suite 370
Dallas, Texas 75204
Telephone: (214) 919-4421
E-mail:  bkb@brittanykbarnett.com

*Attorney for Demetrius Flenory*