Case 2:05-cr-80955-DML-RSW   ECF No. 1728, PageID.11194   Filed 06/14/21   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 05CR80955-02 |
| Demetrious Edward Flenory ) | USM No: 13037-078 |
| ) | |
| Date of Original Judgment: 9/16/2008 ) | |
| Date of Previous Amended Judgment: ) | Brittany Barnett |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion [#1725] is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    360    months **is reduced to**    324   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    9/16/2008    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 14, 2021          s/David M. Lawson
                                     *Judge's signature*

Effective Date: _____        David M. Lawson, U.S. District Judge
*(if different from order date)*      *Printed name and title*