*11*

United States District Court Detroit Mi

V

Demetrius Flenory.

### Case 05-80955

Motion to dismiss and vacate for lack of Subject Matter Jurisdiction Under the Hague Convention Usm 94 foreign central authority service of process

On are about the month and year of September 2008 U.S District Attorney David E Nahamias convicted Demetrius Flenory without legal Subject Matter Jurisdiction to do so.

The Subject Matter Jurisdiction of the court was never challenged at anytime during Mr Flenory trial. However, Subject Matter Jurisdiction can be challenged at anytime in a case even after conviction and sentencing.

Violation

All U.S Courts are members and employees of the United States Government whos headquarters is the Washington DC which is a territory of America. A territory lacks power authority and jurisdiction because it is, a member of a country, are nation which has jurisdiction over it.

The Hague Convention Usm 94 foreign central authority states that the U.S Government and, its agencies and its members, only have civil and commercial jurisdiction to protect its entities against civil claims from the American people are the organizations of the American people.

In the Dukes v Lee case, case number 3:2021 CV 0035

The federal judge ruled that all courts lack subject matter jurisdiction and that the courts must have subject matter jurisdiction over all parties within any particular case criminal are civil.

And that subject matter jurisdiction can be challenged at anytime at the defendant are the defendant attorney request and the court must prove it as subject matter jurisdiction over all parties and if the court can not prove it has subject matter jurisdiction then the trial judge must dismiss the case and any sentence that was imposed.

Claim Relief

The case and sentence against Demetrius Flenory be dismissed for lack of subject matter jurisdiction and to be released immediately upon the filing of this motion.



    
**02:17**



**Dun & Brad...**  1:40 PM

to me  ⌄

Having trouble seeing this email? Visit it online

**Access My Account**

dun & bradstreet

**10/27/2021**

**Rico Dukes,**

The following is the Dun & Bradstreet D-U-N-S® number for
**GOVERNMENT OF THE UNITED STATES**:
D-U-N-S number: **161906193**

If this is **YOUR COMPANY**, take advantage of CreditBuilder™, our
next generation credit building solution.

### With **CreditBuilder** you can:

- Get unlimited access to your business credit file
- Ensure you are always aware of the most current D&B
  information your banks, suppliers, competitors and
  customers are using to evaluate your business
- Get alerts when there are changes to your business credit
  file
- Benchmark your company's credit scores against your
  industry and key competitors
- Enhance your D&B credit scores and ratings by adding
  good payment history to your credit profile

If you are looking for information on **ANOTHER COMPANY**,
consider purchasing a Business Information Report™. Reduce the
risk of unpaid bills by evaluating the credit risk of another
company before doing business with them.

### With a **Business Information Report** you can:

- Get a detailed snapshot of another company's credit
  report; available online for 6 months from initial access
- See a company's PAYDEX® score and other D&B® ratings
- Access a company's payment history
- View company history and background information on key
  employees

  

⌂   🔒  everify.uscis.gov   :D   ⋮

# My Company Profile

## Company Information

**Company Name**
THEYFEARTRUTH FEDERAL GOVERNMENT OF AMERICA

**Doing Business As (DBA)**
THEYFEARTRUTH FEDERAL GOVERNMENT OF AME

**Company ID**
1752410

**Enrollment Date**
10/27/2021

**Employer ID Number**
851759521

**DUNS Number**
161906193

**Total Number of Employees**
5 to 9

**NAICS Code**
921

**Sector**
Public Administration

**Subsector**
Executive, Legislative, and Other General Governmer

Edit Company Information

## Employer Category

**Employer Category**
None of these categories
apply

Edit Employer Category

## Company Locations

**Physical Address**
1818 CORISCANA ST
DALLAS, TX 75201

**Mailing Address**
1818 CORISCANA ST
DALLAS, TX 75201

Edit Company Locations

## Hiring Sites

⚠ We have implemented a new policy and more information for existing and future sites.

**Number of Sites**
1

Edit Hiring Sites

## Company Access and MOU

**My Company is Configured to:**
Verify Its Own Employees

**Memorandum of Understanding**
View Current MOU



**TEXAS RANGER**
LAW ENFORCEMENT ASSOCIATION

MEMBER
Rico C. Dukes

HISTORY HERITAGE
TRADITION 11/21 – 11/22





🏠 🔒 re.abclegal.com 🔲 ⬆️

**»abclegal**          RD ▼

Search f

**MENU**

**Rico Dukes**
Theyfeartruth Federal
Government of America

➕ Place          ⚙️ Email Notifications

⏻ Logout

## Step **1 of 2** for Hague Service Convention

ABC Legal, acting on behalf of the U.S. Central Authority, is the only private process server company authorized to receive requests under the Hague Service Convention.

**To request formal service within the United States and its territories:**

- Upload a completed Hague Service Convention Model Form and your service documents.
- If you need original documer ⌃

◁ ○ ☐

 

**Company ID Number:** 1752410

### THE E-VERIFY
### MEMORANDUM OF UNDERSTANDING
### FOR EMPLOYERS

### ARTICLE I
### PURPOSE AND AUTHORITY

The parties to this agreement are the Department of Homeland Security (DHS) and THEYFEARTRUTH FEDERAL GOVERNMENT OF AMERICA (Employer).  The purpose of this agreement is to set forth terms and conditions which the Employer will follow while participating in E-Verify.

E-Verify is a program that electronically confirms an employee's eligibility to work in the United States after completion of Form I-9, Employment Eligibility Verification (Form I-9). This Memorandum of Understanding (MOU) explains certain features of the E-Verify program and describes specific responsibilities of the Employer, the Social Security Administration (SSA), and DHS.

Authority for the E-Verify program is found in Title IV, Subtitle A, of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L. 104-208, 110 Stat. 3009, as amended (8 U.S.C. § 1324a note). The Federal Acquisition Regulation (FAR) Subpart 22.18, "Employment Eligibility Verification" and Executive Order 12989, as amended, provide authority for Federal contractors and subcontractors (Federal contractor) to use E-Verify to verify the employment eligibility of certain employees working on Federal contracts.

### ARTICLE II
### RESPONSIBILITIES

**A. RESPONSIBILITIES OF THE EMPLOYER**

1. The Employer agrees to display the following notices supplied by DHS in a prominent place that is clearly visible to prospective employees and all employees who are to be verified through the system:

    a.  Notice of E-Verify Participation

    b.  Notice of Right to Work

2. The Employer agrees to provide to the SSA and DHS the names, titles, addresses, and telephone numbers of the Employer representatives to be contacted about E-Verify.  The Employer also agrees to keep such information current by providing updated information to SSA and DHS whenever the representatives' contact information changes.

3. The Employer agrees to grant E-Verify access only to current employees who need E-Verify access. Employers must promptly terminate an employee's E-Verify access if the employer is separated from the company or no longer needs access to E-Verify.

 

**Company ID Number:** 1752410

4. The Employer agrees to become familiar with and comply with the most recent version of the E-Verify User Manual.

5. The Employer agrees that any Employer Representative who will create E-Verify cases will complete the E-Verify Tutorial before that individual creates any cases.

    a.  The Employer agrees that all Employer representatives will take the refresher tutorials when prompted by E-Verify in order to continue using E-Verify.  Failure to complete a refresher tutorial will prevent the Employer Representative from continued use of E-Verify.

6. The Employer agrees to comply with current Form I-9 procedures, with two exceptions:

    a.  If an employee presents a "List B" identity document, the Employer agrees to only accept "List



🏠 🔒 everify.uscis.gov :D ⋮

An official website of the United States government  Here's how you know ⌄

**E Verify**



# Welcome back, Rico!

Here is what is happening in THEYFEARTRUTH FEDERAL GOVERNMENT OF AMERICA's account today



⊗

**0**

Cases to be Closed

[ View Cases to be Closed ]

🔔

**0**

Cases with Updates

[ View Updated Cases ]

⧗

**0**

Cases with Expiring Authorization Docs

[ View Expiring Doc Cases ]

🔁

**0**

Recently Auto-Closed Cas

[ View Auto-Closed Cases ]

✚ Create New Case          🔍 Search Cases

💡 View Resources          🎧 Contact Us

## E-Verify News

**Announcement for Web Service Message Center: E-Verify Updates on Ref Open Cases**

Updated On: 10/25/2021

In March 2020, E-Verify extended the timeframe employees had to contest their Tentative Noncon...

Show Full Message ⌄

TheyfearTruth Federal
Government of America
1818 Corsicana St
Dallas Tx 75201

Theodore Levin
US Courthouse
231 W. Lafayette Blvd
Room 775
Detroit, MI 48226

