UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL NO. 05-80955-02 |
| vs. | ) |
| | ) HON. DAVID M. LAWSON |
| | ) |
| DEMETRIUS EDWARD FLENORY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Demetrius Edward Flenory, by and through his undersigned counsel, hereby notifies the Court that the motion titled "Motion to dismiss and vacate for lack of subject matter jurisdiction" filed with this Court on December 10, 2021 (ECF No. 1729), is withdrawn in its entirety, and states as follows:

The above-mentioned motion was filed by a third-party unknown to both Mr. Flenory and his undersigned counsel. Mr. Flenory and his counsel had no knowledge such a motion would be filed, and neither Mr. Flenory, nor his counsel endorse the frivolous motion.

WHEREFORE, for these reasons, Mr. Flenory respectfully withdraws the "Motion to dismiss and vacate for lack of subject matter jurisdiction." (ECF No. 1729).

Respectfully submitted,

/s/ Brittany K. Barnett
Brittany K. Barnett
Texas Bar No. 24078196
**BURIED ALIVE PROJECT**
3400 Oak Grove Avenue, Suite 370
Dallas, Texas 75204
Telephone: (214) 919-4421
E-mail: bkb@brittanykbarnett.com
*Attorney for Demetrius Flenory*

Date: December 20, 2021