UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL NO. 05-80955-02 |
| vs. | ) |
| | ) HON. DAVID M. LAWSON |
| | ) |
| DEMETRIUS EDWARD FLENORY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR SENTENCE REDUCTION

Demetrius Edward Flenory, by and through his undersigned counsel, hereby notifies the Court that the motion/order filed with this Court on July 22, 2022 (ECF No. 1731), is withdrawn in its entirety, and states as follows:

The above-mentioned motion/order was filed by a third-party unknown to both Mr. Flenory and his undersigned counsel. Mr. Flenory and his counsel had no knowledge such a document would be filed, and neither Mr. Flenory, nor his counsel endorse the frivolous filing.

WHEREFORE, for these reasons, Mr. Flenory respectfully withdraws the motion/order filed with this Court on July 22, 2022 (ECF No. 1731).

Respectfully submitted,

/s/ Brittany K. Barnett
Brittany K. Barnett
Texas Bar No. 24078196
**BURIED ALIVE PROJECT**
3400 Oak Grove Avenue, Suite 370
Dallas, Texas 75204
Telephone: (214) 919-4421
E-mail: bkb@brittanykbarnett.com
*Attorney for Demetrius Flenory*

Date: July 25, 2022