Case 2:05-cr-80955-DML-RSW  ECF No. 1738, PageID.11236  Filed 02/27/24  Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>DEMETRIUS EDWARD FLENORY | )<br>)<br>)<br>) Case No: 05CR80955-02<br>) USM No: 13037-078 |
| Date of Original Judgment: 09/12/2008<br>Date of Previous Amended Judgment: 06/14/2021<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Brittany Barnett, Esquire<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **324** months **is reduced to** **292**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Count 3: Pursuant to 18 U.S.C. § 3582(c)(2), the defendant is committed to the custody of the Bureau of Prisons for a term of 292 months; Count 10: The original sentence of 240 months, concurrent to Count 3, remains.

Except as otherwise provided, all provisions of the judgment dated **06/14/2021** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/27/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

David M. Lawson, United States District Judge
*Printed name and title*